## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Bayu Saputra, et al | Case No: 18 C 7686, |
| | 18 C 8006, 19 C 622, |
| v. | 19 C 797, 19 C 802, |
| | 18 C 8484, 18 C 8490 |
| | Judge: Thomas M. Durkin |
| The Boeing Company | |

### ORDER

Status hearing held on 3/5/2019. A single response by all plaintiffs to defendant's motion to sequence discovery [14] is due by 5/6/2019. Separate responses will be allowed only if they raise arguments unique to that particular plaintiff. Defendant's reply is due by 5/28/2019. MIDP is waived at this time. A status hearing is set for 6/27/2019 at 9:00 a.m. The Court orders all individual related actions, 18 C 8006; 18 C 8490; 18 C 8484; 19 C 622; 19 C 797; and 19 C 802, to be consolidated under case number 18 C 7686, to be captioned "In re Lion Air Flight JT 610 Crash." This order will be implemented by the Clerk of Court submitting JS-6 forms to the Administrative Office for the individual related actions. This will designate the individual related actions as closed for administrative and statistical purposes. This order will not be considered a dismissal or disposition of these actions on the merits. All future pleadings are to be filed in the consolidated case alone. No pleadings should be filed in any of the individual related actions which are to be administratively closed. Any additional related cases filed in the future and assigned to Judge Durkin will also be administratively closed and consolidated with this case. Should any party believe at any point in the future that separate proceedings have become necessary for that party's particular claims, the party should make a motion in the consolidated case 18 C 7686 seeking that relief. The Clerk is also directed to transfer all attorney appearances in the individual related actions to 18 C 7686.

[:15]

Date: 3/5/2018                                              Thomas M. Durkin