**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: Lion Air Flight JT 610 Crash          Lead Case:  1:18-cv-07686

Honorable Thomas M. Durkin

_____

## JOINT CASE MANAGEMENT REPORT

The Parties conducted a telephonic scheduling conference on May 10, 2019 and May 13, 2019, pursuant to Federal Rules of Civil Procedure 16 and 26(f) and Northern District of Illinois Local Rule 16.1, and now submit the following Joint Case Management Report:

1.      On May 10, 2019, counsel for Defendant Boeing and a group of counsel designated to represent the interests of various Plaintiffs held a telephonic conference pursuant to the Court's Order on April 30, 2019. During the call, Boeing made clear its willingness to negotiate now in good faith to settle these cases for full compensatory damages under the applicable law as assessed based on the facts and circumstances of each case. To that end, Boeing proposed that the parties now engage in damages discovery followed by settlement discussions and mediation.

2.      After the May 10 call, counsel for Plaintiffs conferred among themselves and reached an agreement to cooperate in good faith with settlement discussions and mediation.

3.      On May 13, 2019, the Parties held another telephonic conference call to discuss the timing of damages discovery and mediation. On the call, counsel for Plaintiffs spoke with one voice to represent the interests of their clients. The Parties agreed to ask this Court to suspend the initial disclosure requirements under Rule 26(a)(1), as well as other deadlines, to give the Parties an opportunity to engage in informal damages discovery and settlement discussions.[1] The Plaintiffs

_____

[1] A minority of the Plaintiffs' counsel favor formal discovery rather than informal discovery.

will produce damages discovery no later than June 30, 2019. Mediation will proceed shortly thereafter. The Parties anticipate that mediation will take place over the course of several days, and they will confer to agree on convenient dates to begin the mediation in July 2019. The Parties have agreed that retired Judge Donald P. O'Connell will serve as the mediator and are discussing the process to be used to mediate the claims. If the Parties reach an impasse at mediation, as determined by Judge O'Connell, Boeing will have ten days following the impasse to file its motion to dismiss for *forum non conveniens*. The Parties also request a status conference to follow shortly after any impasse in the settlement negotiations.

4.     The Parties therefore request that the current case deadlines be struck, with the possible exception of the currently scheduled status conference on June 27, 2019. If the Court finds it helpful, the Parties would appear before the Court on that date to provide an update as to the status of the matter.

### JOINT REQUESTED SCHEDULE

| DATE | EVENT |
|---|---|
| 06/27/2019 | Status Conference |
| 06/30/2019 | Deadline for Plaintiffs to produce damages discovery |
| 07/17/2019 | First mediation session |
| 10 days following impasse | Deadline for Boeing to file motion to dismiss |
| 14 days following impasse | Status Conference |

Dated:  May 17, 2019                                    Respectfully submitted,

/s/ *Steven C. Marks*
Steven C. Marks
Fla. Bar No. 516414
Kristina M. Infante
Fla. Bar No. 112557
**PODHURST ORSECK, P.A.**
SunTrust International Center, Suite 2300

2

One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

- and -

Andrew T. Hays
HAYS FIRM LLC
55 W. Wacker Dr., 14th Floor
Chicago, IL 60601
(312) 626-2537
ahays@haysfirm.com
Atty. # 46467

*Attorneys for the Plaintiffs in Case Nos.*
*19-cv-01924*
*19-cv-01932*
*19-cv-01935*
*19-cv-01951*
*19-cv-01992*


/s/Alexandra M. Wisner
Floyd A. Wisner
Alexandra M. Wisner
Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois  60134
(630) 262-9434
(630) 262-1066 (fax)
faw@wisner-law.com
Ill. ID. No.
awisner@wisner-law.com
Ill. ID No. 6317572

*Attorney For Plaintiffs in*
*Saputra v. Boeing, No. 18-cv-7686*


By: */s/ Brian S. Kabateck*
Brian S. Kabateck
Christopher B. Noyes
KABATECK LLP

633 West 5th Street, Suite 3200
Los Angeles, California 90071
Phone: (213) 217-5000
Fax: (213) 217-5010
bsk@kbklawyers.com
cn@kbklawyers.com

- and -

/s/ *Steven A. Hart*
Steven A. Hart
John S. Marrese
Hart McLaughlin & Eldridge, LLC
22 W. Washington Street, Ste. 1600
Chicago, IL 60602
P. (312) 955-0545
F. (312) 971-9243
shart@hmelegal.com
jmarrese@hmelegal.com

*Attorneys for Plaintiffs in*
*Case Nos. 19-cv-2074,*
*19-cv-2312, and 19-cv-2315*

/s/*Michael K. Demetrio*
Michael K. Demetrio
Thomas A. Demetrio
Corboy & Demetrio
33 N. Dearborn Street
Suite 2100
Chicago, IL 60602
(312) 346-3191
tad@corboydemetrio.com
mkd@corboydemetrio.com

*Attorneys for Gitelson v. Boeing*
*Case No.: 1:19-cv-00622*

/s/ *John R. Wrona*
Thomas G. Gardiner
John R. Wrona
Shannon V. Condon

4

Gardiner Koch Weisberg & Wrona
53 West Jackson Blvd., Suite 950
Chicago, IL 60604
Ph: (312) 362-0000
Fax: (312) 362-0440
tgardiner@gkwwlaw.com
jwrona@gkwwlaw.com
scondon@gkwwlaw.com

*Attorneys for Plaintiff in*
*Case No. 19-cv-797*


By: /s/ *Austin Bartlett*
Austin Bartlett
**BartlettChen LLC**
150 North Michigan Avenue, Suite 2800
Chicago, Illinois 60601
(312) 624-7711
www.bartlettchenlaw.com
austin@bartlettchenlaw.com

--and--

By: /s/ *Manuel von Ribbeck*
Manuel von Ribbeck
Monica Ribbeck Kelly
**Ribbeck Law Chartered**
505 N. Lake Shore Drive, Suite 102
Chicago, Illinois 60611
(833) 883-4373
(312) 973-0146
www.ribbecklaw.com
mail@ribbecklaw.com
monicakelly@ribbecklaw.com

*Counsel for Plaintiffs*
*Case No. 19 cv 00802*
*Case No. 19 cv 01550*
*Case No. 19 cv 01552*
*Case No. 19 cv 01553*
*Case No. 19 cv 01554*
*Case No. 19 cv 01588*
*Case No. 19 cv 01598*
*Case No. 19 cv 01600*

*Case No. 19 cv 01601*
*Case No. 19 cv 01623*
*Case No. 19 cv 01624*
*Case No. 19 cv 01625*
*Case No. 19 cv 01626*
*Case No. 19 cv 01695*
*Case No. 19 cv 01697*
*Case No. 19 cv 01698*
*Case No. 19 cv 01701*
*Case No. 19 cv 01703*

*/s/ Thomas P. Routh*
Thomas P. Routh, Esq.
NOLAN LAW GROUP
20 North Clark Street
30th Floor
Chicago, Illinois 60602
Tel: (312) 630-4000
Fax: (312) 630-4011
tpr@nolan-law.com
contact@nolan-law.com

Charles Herrmann (WA Bar #6173)
Admitted *Pro Hac Vice*
**Herrmann Law Group**
505 5th Ave South, Ste. 330
 Seattle, WA 98104
Email: charles@hlg.lawyer
Voice: (206) 625-9104
Fax:    (206) 682-6710

Mark E. Lindquist (WA Bar #25076)
Admitted *Pro Hac Vice*
**Herrmann Law Group**
505 5th Ave South, Ste. 330
Seattle, WA 98104
Email: mark@hlg.lawyer
Voice: (206) 625-9104
Fax:    (206) 682-6710

Anthony Marsh (WA Bar #45194)

Admitted *Pro Hac Vice*
**Herrmann Law Group**
505 5th Ave South, Ste. 330
Seattle, WA 98104
Email: anthony@hlg.lawyer
Voice: (206) 625-9104
Fax:    (206) 682-6710

Crystal Lloyd (WA Bar #46072)
Admitted Pro Hac Vice
**Herrmann Law Group**
1535 Tacoma Ave South
Tacoma, WA 98403
Email: crystal@hlg.lawyer
Voice: (253) 627-8142
Fax:    (253) 627-1835

**Attorneys for Plaintiffs**

*/s/ Bates McIntyre Larson*
Bates McIntyre Larson
BLarson@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

*/s/ Mack H. Schultz*
Mack H. Shultz
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

**Attorneys for Defendant**

## <u>CERTIFICATE OF SERVICE</u>

Steven C. Marks, an attorney, certifies that he served the Plaintiffs' Joint Case Management Report upon all counsel of record via CM/ECF on May 17, 2019.

<u>/s/ *Steven C. Marks*_____</u>
Steven C. Marks