IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | Lead Case: 1:18-cv-07686 <br><br> Honorable Thomas M. Durkin <br><br> **Consolidated With**: <br><br> 1:18-cv-08006    1:19-cv-01588 <br> 1:19-cv-00622    1:19-cv-01598 <br> 1:19-cv-00797    1:19-cv-01600 <br> 1:19-cv-00802    1:19-cv-01601 <br> 1:19-cv-01550    1:19-cv-01623 <br> 1:19-cv-01552    1:19-cv-01624 <br> 1:19-cv-01553    1:19-cv-01625 <br> 1:19-cv-01554    1:19-cv-01626 <br> 1:19-cv-01695    1:19-cv-01697 <br> 1:19-cv-01698    1:19-cv-01701 <br> 1:19-cv-01703    1:19-cv-01712 <br> 1:19-cv-01714    1:19-cv-01715 <br> 1:19-cv-01924    1:19-cv-01932 <br> 1:19-cv-01935    1:19-cv-01951 <br> 1:19-cv-01992    1:19-cv-02312 <br> 1:19-cv-02315    1:19-cv-02074 <br> 1:19-cv-02240    1:19-cv-02241 <br> 1:19-cv-02774    1:19-cv-02212 <br> 1:19-cv-02213    1:19-cv-02214 <br> 1:19-cv-02398    1:19-cv-02400 <br> 1:19-cv-02919    1:19-cv-02025 <br> 1:19-cv-02979    1:19-cv-02980 <br> 1:19-cv-02982    1:19-cv-02084 <br> 1:19-cv-02987 |

**DEFENDANT THE BOEING COMPANY'S**
**MOTION FOR REASSIGNMENT OF RELATED CASES**

Defendant The Boeing Company ("Boeing"), through its undersigned counsel, respectfully moves this Court to enter an order finding the above-captioned case is related to the two cases attached as Exhibits A and B, and reassigning to this Court the two cases attached as

Exhibits A through B, pursuant to Local Rule 40.4.  In support of this Motion, Boeing states as follows:

1. On October 29, 2018, a Boeing 737-8 aircraft (the "Subject Aircraft"), operated by Lion Air as Lion Air Flight JT 610 ("Lion Air JT 610"), departed from Jakarta, Indonesia en route to Pangkal Pinang, Indonesia.  Shortly after takeoff, Lion Air JT 610 crashed into the Java Sea off the coast of Indonesia.  All 189 passengers and crew members died in the accident.

2. On November 19, 2018, plaintiffs filed this lawsuit (the "*Saputra*" action) against Boeing on behalf of three Lion Air JT 610 passengers.  The *Saputra* plaintiffs claim the crash occurred because of alleged defects on the Subject Aircraft.  *See* Dkt. 1, Complaint.  The *Saputra* complaint alleges wrongful death and survival claims and asserts causes of action sounding in strict products liability and negligence.  *See id.*

3. The Court consolidated *Saputra* and all related Lion Air JT 610 actions pending before it and captioned the consolidated case "In re Lion Air Flight JT 610 Crash."  *See* Dkt. 37, 73, 138.  Forty-eight related Lion Air JT 610 lawsuits are currently pending before this Court.

4. Two other lawsuits have been filed in this District against Boeing on behalf of Lion Air JT 610 passengers:

- *Oktaviani v. The Boeing Company*, No. 19-cv-02764 (assigned to Hon. Matthew F. Kennelly)
- *Soegiyono v. The Boeing Company*, No. 19-cv-03415 (assigned to Hon. Sharon Johnson Coleman)

(the "Subject Actions").  The complaints are attached as Exhibits A and B.

5. Plaintiffs in the Subject Actions also claim the accident occurred because of alleged defects on the Subject Aircraft.  *See* Exs. A-B.  Plaintiffs also allege wrongful death and survival claims, and assert causes of action sounding in strict products liability and negligence.  *Id.*

6. Judges in this District have observed that the random case assignment system can often lead to "situations in which two or more cases that are closely related will be pending before different judges." *Garner v. Country Club Hills*, No. 11 C 5164, 2012 WL 1900020, at *1 (N.D. Ill. May 23, 2012). Accordingly, Local Rule 40.4(b) provides for assignment of "related" actions to a single judge where "(1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding." Actions are related if the cases involve some of the same issues of fact or law or the cases grow out of the same transaction or occurrence. *See* L.R. 40.4(a)(2)-(3).

7. Courts routinely reassign related cases under this rule. *See e.g., Popovich v. McDonald's Corp.,* 189 F. Supp. 2d 772, 778 (N.D. Ill. 2002) (finding L.R. 40.4(b)(4) met where two civil cases "[arose], in significant part, from the same transactions and occurrences" and were "susceptible of resolution in a single proceeding," and "because of the overlap in issues, the handling of both cases by one judge [was] likely to result in a substantial savings of time and effort"); *Perry v. Chicago Housing Auth.,* No. 13-cv-5819, 2013 WL 5408860, at *2-3 (N.D. Ill. Sept. 26, 2013) (same). Indeed, more than 40 other Lion Air JT 610 cases already have been reassigned under this Rule to this Court.

8. Given the identity of the factual allegations at issue, the Subject Actions plainly involve "common question[s] of law or fact" with and are "related" to the consolidated case under Local Rule 40.4(a). The Subject Actions and the consolidated case involve wrongful death and survival claims brought on behalf of Lion Air JT 610 passengers or crew members against Boeing. Plaintiffs in the Subject Actions and the consolidated case assert causes of action involving strict products liability and negligence. The claims arise out of the same incident on October 29, 2018. The remaining conditions for reassignment under Local Rule 40.4(b) also are met. First, due to the random assignment system, the Subject Actions are now pending in this

District before two judges.  Second, reassigning the Subject Actions to this Court will conserve judicial resources because the cases involve the same allegations and issues and, therefore, it will be far more efficient to have one judge preside over them.  Third, reassignment would not cause delay as the cases are at their inception.  Fourth, because the cases are almost identical and involve the same core of law and facts, they are susceptible to disposition in a single proceeding.

      WHEREFORE, for the reasons stated above, Boeing respectfully requests that this Court issue an order, in accordance with Local Rule 40.4, finding that the consolidated case is related to the Subject Actions, and reassigning the Subject Actions to this Court as part of the consolidated case "In re Lion Air Flight JT 610 Crash."

DATED:  June 5, 2019                    **THE BOEING COMPANY**

                                        By: /s/ Bates McIntyre Larson
                                                *One of its Attorneys*

| | |
|---|---|
| Bates McIntyre Larson | Mack H. Shultz |
| BLarson@perkinscoie.com | MShultz@perkinscoie.com |
| Daniel T. Burley | Gretchen M. Paine |
| DBurley@perkinscoie.com | GPaine@perkinscoie.com |
| **Perkins Coie LLP** | **Perkins Coie LLP** |
| 131 S. Dearborn, Suite 1700 | 1201 Third Avenue, Suite 4900 |
| Chicago, Illinois 60603-5559 | Seattle, Washington 98101-3099 |
| Phone: (312) 324-8400 | Phone: (206) 359-8000 |
| Fax: (312) 324-9400 | Fax: (206) 359-9000 |

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on June 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following attorneys of record:

Floyd A. Wisner
faw@wisner-law.com
Alexandra M. Wisner
Awisner@wisner-law.com
WISNER LAW FIRM, P.C.
514 W. State Street Suite 2000
Geneva, Illinois 60134
(630) 262-9434
*Counsel for Plaintiffs*
*Case No. 18 cv 07686*

Thomas A. Demetrio
Michael K. Demetrio
ccfiling@corboydemetrio.com
CORBOY & DEMETRIO, P.C.
33 N. Dearborn St., Suite 2100
Chicago, Illinois 60602
(312) 346-3191
*Counsel for Plaintiffs*
*Case No. 19 cv 00622*

Thomas P. Routh
contact@nolan-law.com
NOLAN LAW GROUP
20 N. Clark Street 30th Floor
Chicago, Illinois 60602
(312) 630-4000
*Counsel for Plaintiffs*
*Case No. 18 cv 08006*
 *Case No. 19 cv 01712*
 *Case No. 19 cv 01714*
 *Case No. 19 cv 01715*
 *Case No. 19 cv 02240*
 *Case No. 19 cv 02241*

Andrew T. Hays
ahays@haysfirm.com
Sarah Buck
Sarah.buck@haysfirm.com
Hays Firm LLC

Austin Bartlett
austin@bartlettchenlaw.com
BartlettChen LLC
150 N. Michigan Ave., Ste. 2800
Chicago, Illinois 60601
(312) 624-7711

*and*

Manuel von Ribbeck
mail@ribbecklaw.com
Ribbeck Law Chartered
505 N. Lake Shore Dr. Suite 102
Chicago, Illinois 60611
(833) 883-4373
*Counsel for Plaintiffs*
*Case No. 19 cv 00802*
*Case No. 19 cv 01550*
*Case No. 19 cv 01552*
*Case No. 19 cv 01553*
*Case No. 19 cv 01554*
*Case No. 19 cv 01588*
*Case No. 19 cv 01598*
*Case No. 19 cv 01600*
*Case No. 19 cv 01601*
*Case No. 19 cv 01623*
*Case No. 19 cv 01624*
*Case No. 19 cv 01625*
*Case No. 19 cv 01626*
*Case No. 19 cv 01695*
*Case No. 19 cv 01697*
*Case No. 19 cv 01698*
*Case No. 19 cv 01701*
*Case No. 19 cv 01703*
*Case No. 19 cv 02919*

55 W. Wacker Drive, 14th Fl.
Chicago, IL 60602
(312) 626-2537

and

Steven C. Marks
smarks@podhurst.com
Kristina M. Infante
kinfante@podhurst.com
SunTrust International Center, Ste 2300
One S.E. Third Ave.
Miami, Florida 33131
(305) 358-2800
*Counsel for Plaintiffs*
*Case No. 19 cv 01924*
*Case No. 19 cv 01932*
*Case No. 19 cv 01935*
*Case No. 19 cv 01951*
*Case No. 19 cv 01992*
*Case No. 19 cv 02212*
*Case No. 19 cv 02213*
*Case No. 19 cv 02214*
*Case No. 19 cv 02398*
*Case No. 19 cv 02400*
*Case No. 19 cv 02025*


Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
T: (312) 589-6370
F: (312) 589-6378

Rafey S. Balabanian
rbalabanian@edelson.com
123 Townsend, Suite 100
San Francisco, CA 94107
T: (415) 212-9300
F: (415) 373-9435

Thomas G. Gardiner
tgardiner@gkwwlaw.com
John R. Wrona
jwrona@gkwwlaw.com
Shannon V. Condon
scondon@gkwwlaw.com
GARDINER KOCH WEISBERG &
WRONA
53 W. Jackson Blvd. Ste. 950
Chicago, Illinois 60604
(312) 362-0000
*Counsel for Plaintiffs*
*Case No. 19 cv 00797*

Steven A. Hart
shart@hmhlegal.com
John S. Marrese
jmarrese@hmelegal.com
HART McLAUGHLIN & ELDRIDGE
22 W. Washington St. Suite 1600
Chicago, Illinois 60602
(312) 955-0545

and

Brian S. Kabateck
bsk@kbklawyers.com
Christopher B. Noyes
cn@kbklawyers.com
KABATECK LLP
633 W. 5th Street, Suite 3200
Los Angeles, CA 90071
(213) 217-5000

and

Sanjiv N. Singh
ssingh@sahivnsingh.com
SANJIV N. SINGH, APLC
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
(650) 389-2255
*Counsel for Plaintiffs*
*Case No. 19 cv 02312*
*Case No 19 cv 02315*

and

Thomas V. Girardi
tgirardi@girardikeese.com
Keith D. Griffin
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
T: (213) 977-0211
F: (213) 481-1554
*Counsel for Plaintiffs*
*Case No. 19 cv 02979*
*Case No 19 cv 02980*
*Case No. 19 cv 02982*
*Case No 19 cv 02984*
*Case No. 19 cv 02987*

*Case No 19 cv 02074*
*Case No 19 cv 02764*
*Case No 19 cv 03415*

Carmen D. Caruso
cdc@cdcaruso.com
Carmen D. Caruso Law Firm
77 W. Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

and

Charles Herrmann
charles@hlg.lawyer.com
Mark E. Lindquist
Anthony Marsh
Crystal Lloyd
crystal@hlg.lawyer.com
Herrmann Law Group
505 5th Ave. South Ste. 330
Seattle, WA 98104
T: (206) 625-9104
*Counsel for Plaintiffs*
*Case No. 19 cv 02774*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of June, 2019.        /s/  Bates M. Larson

**PERKINS COIE LLP**
131 South Dearborn Street, Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-940003