**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | Lead Case: 1:18-cv-07686<br><br>Honorable Thomas M. Durkin<br><br>**Consolidated With**:<br><br>1:18-cv-08006   1:19-cv-01588<br>1:19-cv-00622   1:19-cv-01598<br>1:19-cv-00797   1:19-cv-01600<br>1:19-cv-00802   1:19-cv-01601<br>1:19-cv-01550   1:19-cv-01623<br>1:19-cv-01552   1:19-cv-01624<br>1:19-cv-01553   1:19-cv-01625<br>1:19-cv-01554   1:19-cv-01626<br>1:19-cv-01695   1:19-cv-01697<br>1:19-cv-01698   1:19-cv-01701<br>1:19-cv-01703   1:19-cv-01712<br>1:19-cv-01714   1:19-cv-01715<br>1:19-cv-01924   1:19-cv-01932<br>1:19-cv-01935   1:19-cv-01951<br>1:19-cv-01992   1:19-cv-02312<br>1:19-cv-02315   1:19-cv-02074<br>1:19-cv-02240   1:19-cv-02241<br>1:19-cv-02774   1:19-cv-02212<br>1:19-cv-02213   1:19-cv-02214<br>1:19-cv-02398   1:19-cv-02400<br>1:19-cv-02919   1:19-cv-02025<br>1:19-cv-02979   1:19-cv-02980<br>1:19-cv-02982   1:19-cv-02084<br>1:19-cv-02987 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on June 12, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the **Honorable Thomas M. Durkin**, or any judge sitting in his stead, in **Room 1441** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **DEFENDANT THE BOEING**

-2-

**COMPANY'S MOTION FOR REASSIGNMENT OF RELATED CASES,** a copy of which is also being served upon you.

    Respectfully submitted,

    THE BOEING COMPANY

    By: s/ Bates McIntyre Larson
        One of Its Attorneys

| | |
|---|---|
| Bates McIntyre Larson<br>BLarson@perkinscoie.com<br>Daniel T. Burley<br>DBurley@perkinscoie.com<br>**Perkins Coie LLP**<br>131 S. Dearborn, Suite 1700<br>Chicago, Illinois 60603-5559<br>Phone: (312) 324-8400<br>Fax: (312) 324-9400 | Mack H. Shultz<br>MShultz@perkinscoie.com<br>Gretchen M. Paine<br>GPaine@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000 |

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on June 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Floyd A. Wisner
faw@wisner-law.com
Alexandra M. Wisner
Awisner@wisner-law.com
WISNER LAW FIRM, P.C.
514 W. State Street Suite 2000
Geneva, Illinois 60134
(630) 262-9434
*Counsel for Plaintiffs*
*Case No. 18 cv 07686*

Thomas A. Demetrio
Michael K. Demetrio
ccfiling@corboydemetrio.com
CORBOY & DEMETRIO, P.C.
33 N. Dearborn St., Suite 2100
Chicago, Illinois 60602
(312) 346-3191
*Counsel for Plaintiffs*
*Case No. 19 cv 00622*

Thomas P. Routh
contact@nolan-law.com
NOLAN LAW GROUP
20 N. Clark Street 30th Floor
Chicago, Illinois 60602
(312) 630-4000
*Counsel for Plaintiffs*
*Case No. 18 cv 08006*
*Case No. 19 cv 01712*
*Case No. 19 cv 01714*
*Case No. 19 cv 01715*
*Case No. 19 cv 02240*
*Case No. 19 cv 02241*

Austin Bartlett
austin@bartlettchenlaw.com
BartlettChen LLC
150 N. Michigan Ave., Ste. 2800
Chicago, Illinois 60601
(312) 624-7711

*and*

Manuel von Ribbeck
mail@ribbecklaw.com
Ribbeck Law Chartered
505 N. Lake Shore Dr. Suite 102
Chicago, Illinois 60611
(833) 883-4373
*Counsel for Plaintiffs*
*Case No. 19 cv 00802*
*Case No. 19 cv 01550*
*Case No. 19 cv 01552*
*Case No. 19 cv 01553*
*Case No. 19 cv 01554*
*Case No. 19 cv 01588*
*Case No. 19 cv 01598*
*Case No. 19 cv 01600*
*Case No. 19 cv 01601*
*Case No. 19 cv 01623*
*Case No. 19 cv 01624*
*Case No. 19 cv 01625*
*Case No. 19 cv 01626*
*Case No. 19 cv 01695*
*Case No. 19 cv 01697*
*Case No. 19 cv 01698*
*Case No. 19 cv 01701*
*Case No. 19 cv 01703*
*Case No. 19 cv 02919*

Andrew T. Hays

Thomas G. Gardiner

ahays@haysfirm.com
Sarah Buck
Sarah.buck@haysfirm.com
Hays Firm LLC
55 W. Wacker Drive, 14th Fl.
Chicago, IL 60602
(312) 626-2537

*and*

Steven C. Marks
smarks@podhurst.com
Kristina M. Infante
kinfante@podhurst.com
SunTrust International Center, Ste 2300
One S.E. Third Ave.
Miami, Florida 33131
(305) 358-2800
*Counsel for Plaintiffs*
*Case No. 19 cv 01924*
*Case No. 19 cv 01932*
*Case No. 19 cv 01935*
*Case No. 19 cv 01951*
*Case No. 19 cv 01992*
*Case No. 19 cv 02212*
*Case No. 19 cv 02213*
*Case No. 19 cv 02214*
*Case No. 19 cv 02398*
*Case No. 19 cv 02400*
*Case No. 19 cv 02025*

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
T: (312) 589-6370
F: (312) 589-6378


Rafey S. Balabanian

tgardiner@gkwwlaw.com
John R. Wrona
jwrona@gkwwlaw.com
Shannon V. Condon
scondon@gkwwlaw.com
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd. Ste. 950
Chicago, Illinois 60604
(312) 362-0000
*Counsel for Plaintiffs*
*Case No. 19 cv 00797*

Steven A. Hart
shart@hmhlegal.com
John S. Marrese
jmarrese@hmelegal.com
HART McLAUGHLIN & ELDRIDGE
22 W. Washington St. Suite 1600
Chicago, Illinois 60602
(312) 955-0545

*and*

Brian S. Kabateck
bsk@kbklawyers.com
Christopher B. Noyes
cn@kbklawyers.com
KABATECK LLP
633 W. 5th Street, Suite 3200
Los Angeles, CA 90071
(213) 217-5000

*and*

Sanjiv N. Singh
ssingh@sahivnsingh.com
SANJIV N. SINGH, APLC
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
(650) 389-2255
*Counsel for Plaintiffs*
*Case No. 19 cv 02312*
*Case No 19 cv 02315*
*Case No 19 cv 02074*
*Case No 19 cv 02764*

rbalabanian@edelson.com
123 Townsend, Suite 100
San Francisco, CA 94107
T: (415) 212-9300
F: (415) 373-9435

*and*

Thomas V. Girardi
tgirardi@girardikeese.com
Keith D. Griffin
kgriffin@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
T: (213) 977-0211
F: (213) 481-1554
*Counsel for Plaintiffs*
*Case No. 19 cv 02979*
*Case No 19 cv 02980*
*Case No. 19 cv 02982*
*Case No 19 cv 02984*
*Case No. 19 cv 02987*

*Case No 19 cv 03415*

Carmen D. Caruso
cdc@cdcaruso.com
Carmen D. Caruso Law Firm
77 W. Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

*and*

Charles Herrmann
charles@hlg.lawyer.com
Mark E. Lindquist
Anthony Marsh
Crystal Lloyd
crystal@hlg.lawyer.com
Herrmann Law Group
505 5th Ave. South Ste. 330
Seattle, WA 98104
T: (206) 625-9104
*Counsel for Plaintiffs*
*Case No. 19 cv 02774*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of June, 2019.        /s/ Bates M. Larson

**PERKINS COIE LLP**
131 South Dearborn Street, Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-940003