# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re Lion Air Flight JT 610 Crash | Lead Case: 1:18-cv-07686 <br><br> Hon. Thomas M. Durkin <br><br> This filing applies to <br> Case No. 1:19-cv-03415 <br> Case No. 1:19-cv-02764 |

## AGREED MOTION OF THE BOEING COMPANY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant The Boeing Company ("Boeing"), through its undersigned counsel, respectfully moves this Court for an extension of time to answer or otherwise respond to Plaintiffs' two complaints. Plaintiffs have agreed to the extension requested by Boeing. In support of this Motion, Boeing states as follows:

1. Plaintiffs filed two lawsuits against Boeing in this District related to the above-captioned consolidated proceeding: *Soegiyono v. The Boeing Company*, 1:19-cv-03415, and *Oktaviani v. The Boeing Company*, 1:19-cv-02764.

2. Plaintiffs are represented by the same counsel in both lawsuits. The cases were reassigned to this Court on June 10, 2019. *See* Dkt. 165.

3. This Court granted Boeing until August 21, 2019 to answer or otherwise respond to the *Soegiyono* complaint, and until September 3, 2019 to answer or otherwise respond to the *Oktaviani* complaint. *See* Dkt. 176.

4. Boeing respectfully requests this Court extend the time in which Boeing must respond to the *Soegiyono* complaint by thirty days, or up to and including September 20, 2019, to allow Boeing time to prepare its answer or other responsive pleading.

5. Similarly, Boeing respectfully requests this Court extend the time in which Boeing must respond to the *Oktaviani* complaint by thirty days, or up to and including October 2, 2019, to allow Boeing time to prepare its answer or other responsive pleading.

6. On August 21, 2019, counsel for Plaintiffs informed counsel for Boeing that Plaintiffs have no objection to this requested extension.

7. No party to these actions will be prejudiced by the requested extension, which has not been brought for purposes of delay.

WHEREFORE, for the reasons stated above, Boeing respectfully requests this Court enter an order allowing Boeing until September 20, 2019, to answer or otherwise respond to the *Soegiyono* complaint, and allowing Boeing until October 2, 2019, to answer or otherwise respond to the *Oktaviani* complaint.

DATED: August 21, 2019                    **THE BOEING COMPANY**

                                          By: /s/ Bates McIntyre Larson
                                                *One of its Attorneys*


Bates McIntyre Larson                     Mack H. Shultz
BLarson@perkinscoie.com                   MShultz@perkinscoie.com
Daniel T. Burley                          Gretchen M. Paine
DBurley@perkinscoie.com                   GPaine@perkinscoie.com
**Perkins Coie LLP**                      **Perkins Coie LLP**
131 S. Dearborn, Suite 1700               1201 Third Avenue, Suite 4900
Chicago, Illinois 60603-5559              Seattle, Washington 98101-3099
Phone: (312) 324-8400                     Phone: (206) 359-8000
Fax: (312) 324-9400                       Fax: (206) 359-9000

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on August 21, 2019, I electronically filed the foregoing *AGREED MOTION OF THE BOEING COMPANY FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Steven A. Hart
shart@hmhlegal.com
John S. Marrese
jmarrese@hmelegal.com
HART McLAUGHLIN & ELDRIDGE
22 W. Washington St. Suite 1600
Chicago, Illinois 60602
(312) 955-0545

Sanjiv N. Singh
ssingh@sahivnsingh.com
SANJIV N. SINGH, APLC
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
(650) 389-2255

Brian S. Kabateck
bsk@kbklawyers.com
Christopher B. Noyes
cn@kbklawyers.com
KABATECK LLP
633 W. 5th Street, Suite 3200
Los Angeles, CA 90071
(213) 217-5000

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of August 2019.

    /s/    Bates McIntyre Larson
PERKINS COIE LLP
131 South Dearborn Street, Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400