IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: LION AIR FLIGHT JT 610 CRASH ) ) ) ) ) ) ) ) ) ) | Lead Case: 1:18-CV-07686<br><br>Honorable Thomas M. Durkin<br><br>This filing applies to: 19-CV-797 |

## MOTION TO SUBSTITUTE COUNSEL

Fahrida Kurniawati, as special administrator of the Estate of Harvino, deceased, by and through her attorney James J. Lessmeister of Lessmeister & Samad PLLC, and for her Motion to Substitute Counsel, respectfully states as follows:

1. Attorneys Thomas G. Gardiner, John R. Wrona, and Shannon V. Condon of Gardiner Koch Weisberg & Wrona are current attorneys of record for Fahrida Kurniawati in this matter.

2. Ms. Kurniawati wants James J. Lessmeister of Lessmeister & Samad PLLC to file his appearance on her behalf in this matter in the place of and instead of Gardiner Koch Weisberg & Wrona and its attorneys.

3. In writing, Ms. Kurniawati expressed this desire to the attorneys of Gardiner Koch Weisberg & Wrona.

4. Accordingly, Ms. Kurniawati seeks an order from this Honorable Court granting James J. Lessmeister of Lessmeister & Samad leave to file his

appearance in this matter on behalf of Ms. Kurniawati and in place of and as substitute for, attorneys Thomas G. Gardiner, John R. Wrona, and Shannon V. Condon of Gardiner Koch Weisberg & Wrona.

5. A copy of the proposed order is attached hereto as **Exhibit A**.

WHEREFORE, Fahrida Kurniawati, as special administrator of the Estate of Harvino, deceased, respectfully requests this Honorable Court grant her Motion to Substitute Counsel and order any such further relief that is just and proper.

                                          Respectfully submitted,
                                          s/James J. Lessmeister
                                          James J. Lessmeister
                                          Jimmy A. Samad
                                          Lessmeister & Samad PLLC
                                          105 W. Adams, Suite 2020
                                          Chicago, IL 60603
                                          Office: 312-929-2630
                                          Cell: 312-351-4620

**CERTIFICATE OF SERVICE**

  I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served with a copy of Fahrida Kurniawati's Motion to Substitute Counsel, to the person(s) listed below on, October 29, 2019 at the address listed below.


Bates McIntyre Larson
Daniel T. Burley
Perkins Coie LLP
131 S. Dearborn, Ste 1700
Chicago, IL 60603
Blarson@perkinscoie.com
Dburley@perkindscoie.com

Thomas G. Gardiner
John R. Wrona
Shannon V. Condon
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd. STE 950
Chicago, IL 60604
tgardiner@gkwwlaw.com
jwrona@gkwwlaw.com
scondon@gkwwlaw.com

             Respectfully submitted,
             s/James J. Lessmeister
             James J. Lessmeister
             Jimmy A. Samad
             Lessmeister & Samad PLLC
             105 W. Adams, Suite 2020
             Chicago, IL 60603
             Office: 312-929-2630
             Cell: 312-351-4620