IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FAHIDA KURNIAWATI and VINI WULANDARI, as Co-Special Administrators In re Lion Air Flight JT 610 Crash of the Estate of HARVINO, deceased, ) ) ) ) ) Plaintiffs, ) v. ) ) THE BOEING COMPANY, a corporation, ) ) Defendant. ) | Lead Case: I:18-cv-07686 This filing applies to Case No.: I:19-cv-00797 |

**RESPONSE TO MOTION TO SUBSTITUTE COUNSEL**

NOW COMES Vini Wulandari, as co-special administrator of the Estate of Harvino, deceased, objects to the Motion to Substitute Counsel filed by James Jacob Lessmeister (Dkt. 237) and, in support thereof, states as follows:

1. This case has been brought in connection with the death of Harvino, the co-pilot/First Officer on the Lion Air crash.

2. The case was brought by two plaintiffs, Fahida Kurniawati and Vini Wulandari, as co-special administrators of the Estate of Harvino, deceased. Ms. Kurniawati is the widow of Harvino. Ms. Wulandari is the sister of Harvino. A copy of the order appointing the co-special administrators is attached hereto as Exhibit A.

3. GKWW's representation of in this case has included conducting investigations regarding the crash and potential defendants, preparing and filing a complaint against the Boeing Company, preparing discovery responses and other filings, preparing damages presentations, and many other tasks. In addition, there have been numerous conferences in the case among various counsel. GKWW has represented the two co-special administrators at two mediation sessions with retired Judge Donald O'Connell and is scheduled for a third mediation on November 14,

2019. GKWW has also consulted with an expert to provide opinions regarding Harvino's lost wages.

4. GKWW has consulted with Ms. Wulandari. Ms. Wulandari has requested that GKWW continue to represent her in this matter. See Affidavit attached hereto as <u>Exhibit B</u>.

5. James Jacob Lessmeister has filed a Motion to Substitute Counsel (the "Motion") (Dkt. 237). The Motion does not reference the co-special administrators in this case or Ms. Wulandari.

6. Ms. Wulandari does not object to Mr. Lessmeister filing an additional appearance as counsel for Ms. Kurniawati in this case.

WHEREFORE, Vini Wulandari, co-special administrator of the Estate of Harvino, deceased, requests that this Court deny the request for substitution and grant James Jacob Lessmeister leave to file an additional appearance for co-special administrator Fahrida Kurniawati.

Dated: October 30, 2019

Respectfully submitted,
VINI WULANDARI, Co-Special
Administrator of the Estate of Harvino, deceased

<u>/s/ *Thomas G. Gardiner*</u>
Thomas G. Gardiner (ARDC No. 6180243)
John R. Wrona (ARDC No. 6244155)
Shannon V. Condon (ARDC No. 6308781)
GARDINER KOCH WEISBERG & WRONA
53 West Jackson Blvd., Suite 950
Chicago, IL 60604
Ph: (312) 362-0000
Fax: (312) 362-0440
tgardiner@gkwwlaw.com
jwrona@gkwwlaw.com
scondon@gkwwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **October 30, 2019**, I electronically filed this **RESPONSE MOTION TO SUBSTITUTE COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon all counsel of record via CM/ECF.


/s/ Shannon V. Condon

GARDINER KOCH WEISBERG & WRONA
53 West Jackson Blvd., Suite 950
Chicago, IL 60604
Ph: (312) 362-0000

3