# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
12/28/2018 1:14 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013938

FAHRIDA KURNIAWATI and )
VINI WVLANDARI, as Special Administrators )
of the Estate of HARVINO, deceased, )
)
        Plaintiffs, )
vs. ) Case No. 2018L013938
)
THE BOEING COMPANY, a corporation, )
)
        Defendant. )

## ORDER APPOINTING SPECIAL ADMINISTRATOR

THIS CAUSE coming to be heard on Petitioners' Petition to Appoint Co-Special Administrators, due notice of the petition having been given to all known heirs and legatees of HARVINO, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. FAHRIDA KURNIAWATI and VINI WVLANDARI are hereby appointed Special Administrators of the Estate of HARVINO, deceased to prosecute actions under the Wrongful Death Act; and

2. Due notice has been provided to all heirs and legatees.

3. Leave is granted for Plaintiff to file her Complaint at Law, *instanter*.

Enter: **Judge Jerry A. Esrig**
DEC 2 8 2018
Circuit Court - 2101

Prepared by:

GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
312/362-0000
Atty. No. 58588

EXHIBIT A

# EXHIBIT B

N THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION

| | |
|---|---|
| FAHIDA KURNIAWATI and VINI WULANDARI, as Co-Special Administrators In re Lion Air Flight JT 610 Crash of the Estate of HARVINO, deceased,<br><br>                  Plaintiffs,<br>v.<br><br>THE BOEING COMPANY, a corporation,<br><br>                  Defendant. | Lead Case: I:18-cv-07687<br><br>This filing applies to<br>Case No.: I:19-cv-00797 |

### AFFIDAVIT OF VINI WULANDARI

1. I am one of two co-special administrators who serve as plaintiffs in this case.

2. I am the sister of Harvino, the co-pilot/first officer of the ill-fated Lion Air flight. Fahrida Kurniawati is the widow of Harvino

3. Gardiner Koch Weisberg & Wrona ("GKWW") has represented the co-special administrators since December 4, 2019.

4. On December 28, 2018, GKWW filed a Petition to Appoint myself and Fahrida Kuniawati as Co-Special Administrators of the Estate of Harvino, deceased in the Circuit Court of Cook County, Law Division. Said petition was granted by the Circuit Court of Cook County, Law Division on December 28, 2018.

5. GKWW's representation of us in this case has included conducting investigations regarding the crash and potential defendants, preparing and filing a complaint against the Boeing Company, preparing discovery responses and other filings, preparing damages presentations, and many other tasks. In addition, there have been numerous conferences in the case among various counsel. GKWW has represented the two co-special administrators at two mediation sessions

1

with retired Judge Donald O'Connell and is scheduled for a third mediation on November 14, 2019. GKWW has also retained a consulting expert to provide opinions regarding Harvino's lost wages. I have had many dozens of conversations with GKWW and have met with GKWW lawyers in Jakarta and Chicago on multiple occasions. I have worked with them closely in preparing the mediation materials that have been submitted to Judge O'Connell.

6. James Jacob Lessmeister has filed a Motion to Substitute Counsel (the "Motion"). The Motion does not reference the co-special administrators in this case and makes no reference to my role.

7. I believe that it is essential that GKWW remain as counsel on this case to assure that the next mediation session has the greatest chance of success and that the interests of my brother's family are best protected.

8. I am over 18 years of age.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this  30  day of October, 2019.

_____
Vini Wulandari

Thomas G. Gardiner (tgardiner@gkwwlaw.com)
John R. Wrona (jwrona@gkwwlaw.com)
Shannon V. Condon (scondon@gkwwlaw.com)
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440

2