# EXHIBIT 1

# In The Matter Of:

*Fahrida Kurniawati, etc. v.*
*The Boeing Company*

---

*Report of Proceedings*
*November 12, 2019*

---



Jeanette F. Rutz, CSR, RPR
Owner

221 North LaSalle Street
Suite 1950
Chicago, Illinois 60601
312-307-9504
jrutz@ferrandinoreporting.com

FERRANDINO
REPORTING, INC.

*Original File KurniawatiMOTION111219.txt*
*Min-U-Script® with Word Index*

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

---

Page 1

```
 1        IN THE CIRCUIT COURT OF COOK COUNTY
 2          COUNTY DEPARTMENT - LAW DIVISION
 3
 4
 5
 6   FAHRIDA KURNIAWATI as Special )
 7   Administrator of the Estate of )
 8   Harvino, deceased,             )
 9              Plaintiff,          )
10   vs.                           ) No. 18 L 013938
11   THE BOEING COMPANY, a          )
12   corporation,                   )
13              Defendant.         )
14
15
16              Record of proceedings had at the
17   hearing for the above-entitled cause, before the
18   Honorable James P. Flannery, Jr., one of the
19   Judges of said Court, on November 12, 2019, in
20   Room 2005, Richard J. Daley Center, Chicago,
21   Illinois, 60602, at 11:20 a.m.
22
23
24
```

Page 2

```
 1           A P P E A R A N C E S
 2
 3   LESSMEISTER & SAMAD, PLLC
 4   105 West Adams Street
 5   Suite 2020
 6   Chicago, Illinois 60603
 7   (312)929-2630
 8   BY:  Mr. James Lessmeister and
 9        Mr. Jimmy Samad
10        on behalf of Fahrida Kurniawati;
11
12   GARDINER KOCH WEISBERG & WRONA
13   53 West Jackson Boulevard
14   Suite 950
15   Chicago, Illinois 60604
16   (312)362-0000
17   BY:  Mr. John Wrona and
18        Mr. Thomas G. Gardiner
19        on behalf of Vini Wvlandari;
20
21
22
23
24
```

Page 3

```
 1    PPEARANCES: (continued)
 2   ERKINS COIE
 3   31 South Dearborn Street
 4   uite 1700
 5   hicago, Illinois 60603
 6   312)324-8639
 7     Y: Mr. Daniel Burley
 8   on behalf of The Boeing Company.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1    THE CLERK: Line 3, Kurniawati
 2   versus Boeing Company.
 3     MR. LESSMEISTER: Good Morning,
 4   Your Honor.  James Lessmeister and Jimmy Samad
 5   on behalf of Fahrida Kurniawati.
 6     MR. GARDINER: Tom Gardiner and John
 7   Wrona of Gardiner, Koch, Weisberg and Wrona on
 8   behalf of the -- I suppose, both of the
 9   special -- co-special administrators.
10     MR. BURLEY: And Dan Burley on
11   behalf of the Boeing Company.
12     MR. LESSMEISTER: Your Honor, this
13   is our emergency motion to remove
14   Mr. Gardiner's firm from the case and terminate
15   the co-administrator on the case, Vini
16   Wvlandari.
17     We represent Fahrida Kurniawati.
18   And Ms. Kurniawati has terminated
19   Mr. Gardiner's firm.
20     Ms. Kurniawati is the mother of the
21   children surviving of the pilot, Harvino,
22   regarding the Lion Air jet crash.
23     So under Islamic law and Indonesia
24   law, only Ms. Kurniawati and her children take
```

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

Page 5

1 an inheritance. There is no need for the
2 co-administrator of Vini Wvlandari.
3     Furthermore, with Mr. Gardiner
4 being terminated, there's no basis for him to
5 remain on the case as well. Mediation is set
6 for Thursday on this matter before Judge
7 O'Connell, and we need an answer on this now
8 regarding the matter.
9     THE COURT: Okay. And so who do
10 you represent?
11     MR. LESSMEISTER: We represent
12 Fahrida Kurniawati, who is the wife of the
13 deceased pilot, as well as the mother of the
14 three children. And under Islamic law, only
15 they are entitled to inheritance.
16     Furthermore, upon information and
17 belief, Your Honor, it is our understanding
18 that Mr. Gardiner also represents some of the
19 passengers in this case.
20     With Boeing asserting affirmative
21 defenses that there was pilot error, there is a
22 conflict of interest for Mr. Gardiner's firm to
23 represent the Estate of Harvino, which is the
24 co-pilot, the deceased, of our client, as well

Page 6

1 as some of the passengers.
2     THE COURT: Okay. You're together?
3     MR. GARDINER: Yes, Your Honor.
4     THE COURT: Okay.
5     MR. BURLEY: Your Honor, I'm going
6 to jump in very quickly. Dan Burley on behalf
7 of the Boeing Company.
8     We take no position on the relief
9 requested. We just wanted to note for the
10 court that the case was removed in February,
11 and it's pending in federal court. And we were
12 just concerned that this court may lack
13 jurisdiction. We just wanted to note that for
14 you.
15     THE COURT: So the case is pending
16 in federal court?
17     MR. BURLEY: That's correct, Your
18 Honor.
19     THE COURT: When did it go to
20 federal court?
21     MR. BURLEY: February 7th of this
22 year, Your Honor.
23     THE COURT: This case?
24     MR. BURLEY: Yes, your Honor.

Page 7

1     THE COURT: Okay.
2     MR. LESSMEISTER: Your Honor, the
3 federal judge told us that regarding the
4 removal of Mr. Gardiner's firm and the
5 co-administrator was for Your Honor to decide,
6 and we attached the transcript to our emergency
7 motion.
8     THE COURT: Okay.
9     MR. GARDINER: Judge, I'm, I guess,
10 addressing a few things here.
11     Number one, we don't represent any
12 passengers in the Lion Air litigation. So
13 there is no conflict that we have in this case.
14     Number two, I don't think this is
15 even an emergency. We've got a mediation on
16 Thursday. The judge allowed counsel to file
17 his additional appearance in the case. We've
18 been involved in this case since 2018. We've
19 attended the prior mediations with Judge
20 O'Connell.
21     We prepared a presentation that the
22 Boeing Company has received, and we provided to
23 Judge O'Connell with a screen -- a slide show
24 basically, very extensive, including video

Page 8

1 about the life of Harvino, et cetera.
2     We've engaged an expert, and we
3 provided that information to Boeing relating to
4 the lost earnings of this -- according to the
5 expert for the future time that Harvino would
6 have spent as a pilot for Lion Air and in the
7 industry. So we've done lots of things in this
8 case.
9     And as we said to Judge Durkin, an
10 additional appearance makes sense to us. We
11 can work together. It's -- while counsel says
12 that there is some friction between the aunt of
13 the children and the mother of the children,
14 that doesn't mean the two don't agree that they
15 want the best result in this case for the
16 children. And I think our involvement helps to
17 get the best result.
18     Now, we were before Judge Durkin on
19 Halloween. Here we are coming in two days
20 before the mediation. We've obviously been
21 preparing for the mediation, and we're
22 prepared -- we've had contact with our client,
23 I don't think there's going to be a problem in
24 continuing the way we had presented things to

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

Page 9

1 Judge Durkin.
2     So I don't see an emergency here
3 from Halloween to today, now this gets filed,
4 so I don't see that situation.
5     Now, the other part to this is that
6 I think that it is common to have
7 co-administrators that are not widows,
8 beneficiaries, family members, et cetera. I
9 mean, in probate court, it happens all the
10 time. There are banks who are
11 co-administrators. There are people unrelated.
12 There are people that are friends and
13 relatives, et cetera.
14     So there's not a need to eliminate
15 a co-administrator simply because she's not
16 someone who is likely to take.
17     Now, the final point -- so in any
18 event, Judge, I don't think it's really an
19 emergency. And I also think the issue is an
20 academic one, because we can proceed to the
21 mediation. I have every indication from our
22 client that she wants the best result for the
23 children, her nieces and nephews.
24     The last time I was in Jakarta, she

Page 10

1 was taking the nieces -- a niece and the nephew
2 overnight at her house. It's not -- or the
3 time before last, when I was in Jakarta. So I
4 think the interests are aligned, and the
5 emergency is really one that isn't an
6 emergency.
7     But I suppose the bigger issue is
8 also what Boeing raises, and that is after
9 researching this motion, we just got it on a
10 Friday afternoon. Of course, we had the court
11 holiday on Monday. We think there's a problem
12 with jurisdiction here.
13     And there are a couple of cases
14 that we took a look at on that. And one is
15 called Eastern versus Canty. It's found at 75
16 Ill. 2d 566. It's a 1979 case.
17     THE COURT: 75 Ill. 2d --
18     MR. GARDINER: 566.
19     THE COURT: Okay.
20     MR. GARDINER: It's a 1979 case.
21 We have a copy here. I thought
22 we'd have extra copies, but we only have one, I
23 think.
24     But that case says that once the

Page 11

1 case has been removed from the state court, the
2 state court can no longer exercise
3 jurisdiction.
4     Now, there's another case that we
5 found also called Hartlein versus Illinois --
6 oh, Hartlein versus Illinois Power. It's at
7 151 Ill. 2d 142. That's a 1992 case, also, of
8 course, an Illinois Supreme Court case.
9     So counsel for Boeing's point is
10 one that we agree with now, after looking at
11 some of the case law on that. So -- and we can
12 provide those cases to you.
13     MR. WRONA: Judge, I'm with
14 Gardiner, Koch, Weisberg and Wrona, Tom
15 Gardiner.
16     The point just being once this --
17 you know, the special administrator was entered
18 in the state court, the whole case was removed
19 over to federal court. Unless and until that
20 case is remanded by federal court to this
21 court, respectfully, this court doesn't have
22 any jurisdiction to do what counsel is asking
23 you to do today.
24     I will note for the record that,

Page 12

1 you know, counsel has an ethical obligation to
2 provide you with the relevant statutes and case
3 law on the issue. Not once in their motion do
4 they even mention that this case had been
5 removed from Cook County, where we originally
6 filed it, to the Northern District of Illinois,
7 nor do they cite the removal statute or the
8 remand statute or any of the relevant federal
9 statutes that actually govern the jurisdiction
10 that covers whether you can make this decision.
11 And as officers of the court, they were
12 obligated to provide that to you.
13     So I mention that because, again,
14 this is part and parcel what's been going on
15 over the last month here with
16 misrepresentations.
17     There was also a misrepresentation
18 to you in that motion that we represent anybody
19 other than the estate of this pilot. At no
20 point have we done so in this case -- or during
21 the pendency of this case, and those material
22 misrepresentations were made not just to
23 Fahrida, their client, but also now to the
24 court.

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

Page 13

1     And so, again, the main argument
2  here is that there's no jurisdiction to grant
3  what it is that they're asking you to grant
4  because the only case that was pending here was
5  the Law Division, and that entire case was
6  removed to federal court, and has not been
7  remanded in any fashion.
8     THE COURT: All right. Hold on one
9  second.
10    You were telling me that there was
11 something in the transcript?
12    MR. LESSMEISTER: Yeah. It's on
13 transcript page 6, line 21 through 25.
14    THE COURT: Hold on one second.
15    MR. LESSMEISTER: And also, Your
16 Honor, transcript page 9, line 9.
17    THE COURT: All right. And so the
18 pilot or the co-pilot is the estate that you're
19 interested in, correct?
20    MR. LESSMEISTER: That's correct,
21 Your Honor.
22    MR. GARDINER: Yes.
23    THE COURT: And it's his sister --
24    MR. GARDINER: Yes.

Page 14

1     THE COURT: -- is going to be a
2  taker; is that correct?
3     MR. GARDINER: No, she would not be a
4  taker, Judge.
5     THE COURT: Oh.
6     MR. GARDINER: No. But she's the
7  co-administrator. So both were presented as
8  co-administrators when we filed this lawsuit.
9     And we -- you know, before Judge
10 Durkin, I think our solution, which was we go
11 and represent the aunt as a co-administrator.
12 They can communicate with Fahrida Kurniawati,
13 as well. And --
14    THE COURT: That's the mother?
15    MR. GARDINER: The mother, yes.
16    THE COURT: Is it the wife also?
17    MR. GARDINER: Yes.
18    THE COURT: Okay.
19    MR. GARDINER: And I think that
20 solution is one that the judge endorses.
21    If you look at this transcript, he
22 says to counsel, So if you want to have a seat
23 at the table so that your client's interests
24 are being properly served. She has a different

Page 15

1  view of how things should go forward, than her
2  current counsel.
3     And he also says -- I say later, I
4  would anticipate we would go to the mediation.
5  Counsel would be there with us. He would be
6  in -- he would be communicating with Fahrida
7  Kurniawati, we would communicate with Vini, and
8  we work together as to a resolution.
9     And the court says, I think that's
10 a fine -- that's fine, absent a resolution in
11 state court that terminates your -- and it
12 doesn't say representation. So I think that
13 Judge Durkin thinks this approach makes sense.
14    I don't think there was an argument
15 over the removal statute and jurisdiction
16 before Judge Durkin. It was more, at least
17 from our side, kind of a practical approach to
18 how to resolve this issue with allowing counsel
19 to have an additional appearance.
20    THE COURT: And so at the time of
21 the filing, the sister and the wife were
22 getting along --
23    MR. GARDINER: Yes.
24    THE COURT: -- and the wife wanted

Page 16

1  the sister in as a co-administrator?
2     MR. GARDINER: Yes.
3     THE COURT: And now they're having
4  a difference --
5     MR. GARDINER: But their differences,
6  I don't believe --
7     THE COURT: That was a question.
8     MR. GARDINER: I'm sorry. Go ahead.
9     THE COURT: But now they're having
10 a difference of opinion; is that correct?
11    MR. GARDINER: They're having, I would
12 say, maybe personal differences, but no
13 differences relating to the best interest of
14 the children.
15    THE COURT: Well, they both want to
16 make a recovery?
17    MR. GARDINER: Yes.
18    THE COURT: I agree with that.
19    MR. GARDINER: Yes.
20    THE COURT: But the wife does not
21 agree that she wants to -- the sister involved
22 anymore, correct?
23    MR. GARDINER: She does not want the
24 sister involved.

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

Page 17

1    THE COURT: Okay. Okay. Go ahead.
2    MR. LESSMEISTER: Your Honor, there
3 was no mention of jurisdiction by Mr. Gardiner
4 or his co-counsel when present before Judge
5 Durkin. Judge Durkin unequivocally says what I
6 reported to the court, and --
7    THE COURT: How does Judge Durkin
8 have the case, if it's in federal court?
9    MR. LESSMEISTER: He has the case
10 in federal court regarding --
11    THE COURT: Oh, Judge Durkin there.
12 That Judge Durkin.
13    MR. GARDINER: Thomas Durkin.
14    THE COURT: Okay. I'm sorry. Go
15 ahead.
16    MR. LESSMEISTER: And that's on
17 liability.
18    But he strictly said in terms of
19 whether or not Boeing is liable for the injury
20 is what I'm adjudicating. I'm not adjudicating
21 this. This is for you, Your Honor, Judge
22 Flannery, to decide.
23    And regarding that point, there is
24 no better person to decide that than you. And

Page 18

1 furthermore, what if we go to this mediation,
2 and my client, the mother of the children, says
3 settle; and the sister, who has no inheritance
4 rights, no custodial rights over the children,
5 says no? That's not in the best interest of
6 the children.
7    So it is a recipe for disaster.
8 The mother is the custody -- is the custodian
9 of the children for the deceased pilot. She
10 inherits under Islamic law. The children
11 inherit under Islamic law. Under Indonesian
12 law, the children and the mother inherit. So
13 the sister takes nothing. All the sister is at
14 this point is meddlesome. Nothing more.
15    Now, they're saying on the record
16 that they don't represent any passengers, and
17 have never represented any passengers in this
18 case. That's what they're saying on the record
19 now.
20    I had an ethical obligation to
21 bring that point to Your Honor based upon the
22 information that I received from my local
23 counsel in Indonesia.
24    Now, they're saying that they have

Page 19

1 never represented any of the passengers on this
2 crash. If that's the representation to the
3 court, as officers of the court, there's
4 nothing I can do about that.
5    But regarding this mediation, I
6 represent the mother of the estate, and she is
7 the one who ultimately decides what's in the
8 best interest of the children, as well as for
9 herself. There is no need to have this
10 co-administrator, other than to cause chaos and
11 mischief.
12    MR. GARDINER: Judge, we think
13 there'll be no chaos, no mischief.
14    THE COURT: Okay. The motion to
15 remove is going to be denied at this point
16 based on jurisdictional ground. If the case is
17 before the federal judge, I don't think I have
18 the right to do it.
19    Go to Judge Durkin, and let him
20 know what I'm saying, and if he -- if his
21 understanding is that I can decide this at this
22 time, I'll reconsider it, but I don't think I
23 can.
24    So the motion is denied.

Page 20

1    MR. GARDINER: Thank you, Your Honor.
2    MR. LESSMEISTER: So the motion is
3 denied on jurisdictional grounds?
4    THE COURT: Yes. And you know,
5 there may be other grounds, too, but right now
6 jurisdictional grounds.
7    MR. BURLEY: Thanks, Judge.
8    MR. GARDINER: Does the order just say
9 the motion is denied, Judge?
10    THE COURT: Denied.
11    MR. LESSMEISTER: But I can say on
12 jurisdictional grounds, Your Honor?
13    THE COURT: Do we have a court
14 reporter here?
15    MR. LESSMEISTER: Yes, we do, Your
16 Honor.
17    THE COURT: In the order indicate
18 that the motion is denied, period.
19    We have the court reporter here,
20 right?
21    MR. LESSMEISTER: Yes, we do, Your
22 Honor.
23    THE COURT: We'll have a
24 transcript.

Page 21

1   **MR. GARDINER:** Thank you, Your Honor.
2   **THE COURT:** Okay.  Good luck.
3   (The proceedings in the above
4   matter concluded at 11:38
5   a.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 22

1
2           REPORTER'S CERTIFICATE
3
4           I, GAY DALL, CSR and RPR, doing
5   usiness in the City of Chicago, County of Cook
6   nd State of Illinois, do hereby certify that I
7   eported in computerized shorthand the foregoing
8   roceedings as appears from my stenographic
9   otes.
10          I further certify that the foregoing is
11   true and accurate transcription of my shorthand
12  otes and contains all the testimony had at said
13  roceedings.
14          IN WITNESS WHEREOF, I hereunto set my
15  and as Certified Shorthand Reporter in and for
16  he State of Illinois on November 12, 2019.
17
18
19
20              Gay Dall, CSR, RPR
21              License Number 084-001169
22
23
24

## A

**above (1)**
21:3
**absent (1)**
15:10
**academic (1)**
9:20
**according (1)**
8:4
**actually (1)**
12:9
**additional (3)**
7:17;8:10;15:19
**addressing (1)**
7:10
**adjudicating (2)**
17:20,20
**administrator (1)**
11:17
**administrators (1)**
4:9
**affirmative (1)**
5:20
**afternoon (1)**
10:10
**again (2)**
12:13;13:1
**agree (4)**
8:14;11:10;16:18,
21
**ahead (3)**
16:8;17:1,15
**Air (3)**
4:22;7:12;8:6
**aligned (1)**
10:4
**allowed (1)**
7:16
**allowing (1)**
15:18
**along (1)**
15:22
**anticipate (1)**
15:4
**anymore (1)**
16:22
**appearance (3)**
7:17;8:10;15:19
**approach (2)**
15:13,17
**argument (2)**
13:1;15:14
**asserting (1)**
5:20
**attached (1)**
7:6
**attended (1)**
7:19
**aunt (2)**
8:12;14:11

## B

**banks (1)**
9:10
**based (2)**
18:21;19:16
**basically (1)**
7:24
**basis (1)**
5:4
**behalf (5)**
3:8;4:5,8,11;6:6
**belief (1)**
5:17
**beneficiaries (1)**
9:8
**best (6)**
8:15,17;9:22;16:13;
18:5;19:8
**better (1)**
17:24
**bigger (1)**
10:7
**Boeing (9)**
3:8;4:2,11;5:20;6:7;
7:22;8:3;10:8;17:19
**Boeing's (1)**
11:9
**both (3)**
4:8;14:7;16:15
**bring (1)**
18:21
**Burley (9)**
3:7;4:10,10;6:5,6,
17,21,24;20:7

## C

**called (2)**
10:15;11:5
**can (10)**
8:11;9:20;11:2,11;
12:10;14:12;19:4,21,
23;20:11
**Canty (1)**
10:15
**case (32)**
4:14,15;5:5,19;6:10,
15,23;7:13,17,18;8:8,
15;10:16,20,24;11:1,
4,7,8,11,18,20;12:2,4,
20,21;13:4,5;17:8,9;
18:18;19:16
**cases (2)**
10:13;11:12
**cause (1)**
19:10
**cetera (3)**
8:1;9:8,13
**chaos (2)**
19:10,13
**children (15)**

4:21,24;5:14;8:13,
13,16;9:23;16:14;
18:2,4,6,9,10,12;19:8
**cite (1)**
12:7
**CLERK (1)**
4:1
**client (5)**
5:24;8:22;9:22;
12:23;18:2
**client's (1)**
14:23
**co-administrator (8)**
4:15;5:2;7:5;9:15;
14:7,11;16:1;19:10
**co-administrators (3)**
9:7,11;14:8
**co-counsel (1)**
17:4
**COIE (1)**
3:2
**coming (1)**
8:19
**common (1)**
9:6
**communicate (2)**
14:12;15:7
**communicating (1)**
15:6
**Company (5)**
3:8;4:2,11;6:7;7:22
**concerned (1)**
6:12
**concluded (1)**
21:4
**conflict (2)**
5:22;7:13
**contact (1)**
8:22
**continued (1)**
3:1
**continuing (1)**
8:24
**Cook (1)**
12:5
**copies (1)**
10:22
**co-pilot (2)**
5:24;13:18
**copy (1)**
10:21
**co-special (1)**
4:9
**counsel (10)**
7:16;8:11;11:9,22;
12:1;14:22;15:2,5,18;
18:23
**County (1)**
12:5
**couple (1)**
10:13
**course (2)**
10:10;11:8

## COURT (65)

5:9;6:2,4,10,11,12,
15,16,19,20,23;7:1,8;
9:9;10:10,17,19;11:1,
2,8,18,19,20,21,21;
12:11,24;13:6,8,14,17,
23;14:1,5,14,16,18;
15:9,11,20,24;16:3,7,
9,15,18,20;17:1,6,7,8,
10,11,14;19:3,3,14;
20:4,10,13,13,17,19,
23;21:2
**covers (1)**
12:10
**crash (2)**
4:22;19:2
**current (1)**
15:2
**custodial (1)**
18:4
**custodian (1)**
18:8
**custody (1)**
18:8

## D

**Dan (2)**
4:10;6:6
**Daniel (1)**
3:7
**days (1)**
8:19
**Dearborn (1)**
3:3
**deceased (3)**
5:13,24;18:9
**decide (4)**
7:5;17:22,24;19:21
**decides (1)**
19:7
**decision (1)**
12:10
**defenses (1)**
5:21
**denied (6)**
19:15,24;20:3,9,10,
18
**difference (2)**
16:4,10
**differences (3)**
16:5,12,13
**different (1)**
14:24
**disaster (1)**
18:7
**District (1)**
12:6
**Division (1)**
13:5
**done (2)**
8:7;12:20
**during (1)**

12:20
**Durkin (13)**
8:9,18;9:1;14:10;
15:13,16;17:5,5,7,11,
12,13;19:19

## E

**earnings (1)**
8:4
**Eastern (1)**
10:15
**eliminate (1)**
9:14
**emergency (7)**
4:13;7:6,15;9:2,19;
10:5,6
**endorses (1)**
14:20
**engaged (1)**
8:2
**entered (1)**
11:17
**entire (1)**
13:5
**entitled (1)**
5:15
**error (1)**
5:21
**Estate (4)**
5:23;12:19;13:18;
19:6
**et (3)**
8:1;9:8,13
**ethical (2)**
12:1;18:20
**even (2)**
7:15;12:4
**event (1)**
9:18
**exercise (1)**
11:2
**expert (2)**
8:2,5
**extensive (1)**
7:24
**extra (1)**
10:22

## F

**Fahrida (6)**
4:5,17;5:12;12:23;
14:12;15:6
**family (1)**
9:8
**fashion (1)**
13:7
**February (2)**
6:10,21
**federal (11)**
6:11,16,20;7:3;
11:19,20;12:8;13:6;

17:8,10;19:17
**few (1)**
　7:10
**file (1)**
　7:16
**filed (3)**
　9:3;12:6;14:8
**filing (1)**
　15:21
**final (1)**
　9:17
**fine (2)**
　15:10,10
**firm (4)**
　4:14,19;5:22;7:4
**Flannery (1)**
　17:22
**forward (1)**
　15:1
**found (2)**
　10:15;11:5
**friction (1)**
　8:12
**Friday (1)**
　10:10
**friends (1)**
　9:12
**Furthermore (3)**
　5:3,16;18:1
**future (1)**
　8:5

**G**

**Gardiner (32)**
　4:6,6,7;5:3,18;6:3;
　7:9;10:18,20;11:14,
　15;13:22,24;14:3,6,
　15,17,19;15:23;16:2,
　5,8,11,17,19,23;17:3,
　13;19:12;20:1,8;21:1
**Gardiner's (4)**
　4:14,19;5:22;7:4
**gets (1)**
　9:3
**Good (2)**
　4:3;21:2
**govern (1)**
　12:9
**grant (2)**
　13:2,3
**ground (1)**
　19:16
**grounds (4)**
　20:3,5,6,12
**guess (1)**
　7:9

**H**

**Halloween (2)**
　8:19;9:3
**happens (1)**

9:9
**Hartlein (2)**
　11:5,6
**Harvino (4)**
　4:21;5:23;8:1,5
**helps (1)**
　8:16
**herself (1)**
　19:9
**Hold (2)**
　13:8,14
**holiday (1)**
　10:11
**Honor (20)**
　4:4,12;5:17;6:3,5,
　18,22,24;7:2,5;13:16,
　21;17:2,21;18:21;
　20:1,12,16,22;21:1
**house (1)**
　10:2

**I**

**icago (1)**
　3:5
**Ill (3)**
　10:16,17;11:7
**Illinois (5)**
　3:5;11:5,6,8;12:6
**including (1)**
　7:24
**indicate (1)**
　20:17
**indication (1)**
　9:21
**Indonesia (2)**
　4:23;18:23
**Indonesian (1)**
　18:11
**industry (1)**
　8:7
**information (3)**
　5:16;8:3;18:22
**inherit (2)**
　18:11,12
**inheritance (3)**
　5:1,15;18:3
**inherits (1)**
　18:10
**injury (1)**
　17:19
**interest (4)**
　5:22;16:13;18:5;
　19:8
**interested (1)**
　13:19
**interests (2)**
　10:4;14:23
**involved (3)**
　7:18;16:21,24
**involvement (1)**
　8:16
**Islamic (4)**

4:23;5:14;18:10,11
**issue (4)**
　9:19;10:7;12:3;
　15:18
**ite (1)**
　3:4

**J**

**Jakarta (2)**
　9:24;10:3
**James (1)**
　4:4
**jet (1)**
　4:22
**Jimmy (1)**
　4:4
**John (1)**
　4:6
**Judge (27)**
　5:6;7:3,9,16,19,23;
　8:9,18;9:1,18;11:13;
　14:4,9,20;15:13,16;
　17:4,5,7,11,12,21;
　19:12,17,19;20:7,9
**jump (1)**
　6:6
**jurisdiction (8)**
　6:13;10:12;11:3,22;
　12:9;13:2;15:15;17:3
**jurisdictional (4)**
　19:16;20:3,6,12

**K**

**kind (1)**
　15:17
**Koch (2)**
　4:7;11:14
**Kurniawati (9)**
　4:1,5,17,18,20,24;
　5:12;14:12;15:7

**L**

**lack (1)**
　6:12
**last (3)**
　9:24;10:3;12:15
**later (1)**
　15:3
**law (9)**
　4:23,24;5:14;11:11;
　12:3;13:5;18:10,11,12
**lawsuit (1)**
　14:8
**least (1)**
　15:16
**LESSMEISTER (15)**
　4:3,4,12;5:11;7:2;
　13:12,15,20;17:2,9,
　16;20:2,11,15,21
**liability (1)**

17:17
**liable (1)**
　17:19
**life (1)**
　8:1
**likely (1)**
　9:16
**Line (3)**
　4:1;13:13,16
**Lion (3)**
　4:22;7:12;8:6
**litigation (1)**
　7:12
**local (1)**
　18:22
**longer (1)**
　11:2
**look (2)**
　10:14;14:21
**looking (1)**
　11:10
**lost (1)**
　8:4
**lots (1)**
　8:7
**luck (1)**
　21:2

**M**

**main (1)**
　13:1
**makes (2)**
　8:10;15:13
**material (1)**
　12:21
**matter (3)**
　5:6,8;21:4
**may (2)**
　6:12;20:5
**maybe (1)**
　16:12
**mean (2)**
　8:14;9:9
**meddlesome (1)**
　18:14
**Mediation (8)**
　5:5;7:15;8:20,21;
　9:21;15:4;18:1;19:5
**mediations (1)**
　7:19
**members (1)**
　9:8
**mention (3)**
　12:4,13;17:3
**mischief (2)**
　19:11,13
**misrepresentation (1)**
　12:17
**misrepresentations (2)**
　12:16,22
**Monday (1)**
　10:11

17:17
**month (1)**
　12:15
**more (2)**
　15:16;18:14
**Morning (1)**
　4:3
**mother (9)**
　4:20;5:13;8:13;
　14:14,15;18:2,8,12;
　19:6
**motion (10)**
　4:13;7:7;10:9;12:3,
　18;19:14,24;20:2,9,18

**N**

**need (4)**
　5:1,7;9:14;19:9
**nephew (1)**
　10:1
**nephews (1)**
　9:23
**niece (1)**
　10:1
**nieces (2)**
　9:23;10:1
**nor (1)**
　12:7
**Northern (1)**
　12:6
**note (3)**
　6:9,13;11:24
**Number (2)**
　7:11,14

**O**

**obligated (1)**
　12:12
**obligation (2)**
　12:1;18:20
**obviously (1)**
　8:20
**O'Connell (3)**
　5:7;7:20,23
**officers (1)**
　12:11;19:3
**once (3)**
　10:24;11:16;12:3
**one (10)**
　7:11;9:20;10:5,14,
　22;11:10;13:8,14;
　14:20;19:7
**only (4)**
　4:24;5:14;10:22;
　13:4
**opinion (1)**
　16:10
**order (2)**
　20:8,17
**originally (1)**
　12:5
**over (4)**

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

11:19;12:15;15:15;
18:4
**overnight (1)**
10:2

**P**

**page (2)**
13:13,16
**parcel (1)**
12:14
**part (2)**
9:5;12:14
**passengers (6)**
5:19;6:1;7:12;
18:16,17;19:1
**PEARANCES (1)**
3:1
**pendency (1)**
12:21
**pending (3)**
6:11,15;13:4
**people (2)**
9:11,12
**period (1)**
20:18
**person (1)**
17:24
**personal (1)**
16:12
**pilot (7)**
4:21;5:13,21;8:6;
12:19;13:18;18:9
**point (8)**
9:17;11:9,16;12:20;
17:23;18:14,21;19:15
**position (1)**
6:8
**Power (1)**
11:6
**practical (1)**
15:17
**prepared (2)**
7:21;8:22
**preparing (1)**
8:21
**present (1)**
17:4
**presentation (1)**
7:21
**presented (2)**
8:24;14:7
**prior (1)**
7:19
**probate (1)**
9:9
**problem (2)**
8:23;10:11
**proceed (1)**
9:20
**proceedings (1)**
21:3
**properly (1)**

14:24
**provide (3)**
11:12;12:2,12
**provided (2)**
7:22;8:3

**Q**

**quickly (1)**
6:6

**R**

**raises (1)**
10:8
**really (2)**
9:18;10:5
**received (2)**
7:22;18:22
**recipe (1)**
18:7
**reconsider (1)**
19:22
**record (3)**
11:24;18:15,18
**recovery (1)**
16:16
**regarding (6)**
4:22;5:8;7:3;17:10,
23;19:5
**relating (2)**
8:3;16:13
**relatives (1)**
9:13
**relevant (2)**
12:2,8
**relief (1)**
6:8
**remain (1)**
5:5
**remand (1)**
12:8
**remanded (2)**
11:20;13:7
**removal (3)**
7:4;12:7;15:15
**remove (2)**
4:13;19:15
**removed (5)**
6:10;11:1,18;12:5;
13:6
**reported (1)**
17:6
**reporter (2)**
20:14,19
**represent (9)**
4:17;5:10,11,23;
7:11;12:18;14:11;
18:16;19:6
**representation (2)**
15:12;19:2
**represented (2)**
18:17;19:1

**represents (1)**
5:18
**requested (1)**
6:9
**researching (1)**
10:9
**resolution (2)**
15:8,10
**resolve (1)**
15:18
**respectfully (1)**
11:21
**result (3)**
8:15,17;9:22
**right (5)**
13:8,17;19:18;20:5,
20
**rights (2)**
18:4,4
**RKINS (1)**
3:2

**S**

**Samad (1)**
4:4
**saying (4)**
18:15,18,24;19:20
**screen (1)**
7:23
**seat (1)**
14:22
**second (2)**
13:9,14
**sense (2)**
8:10;15:13
**served (1)**
14:24
**set (1)**
5:5
**settle (1)**
18:3
**show (1)**
7:23
**side (1)**
15:17
**simply (1)**
9:15
**sister (8)**
13:23;15:21;16:1,
21,24;18:3,13,13
**situation (1)**
9:4
**slide (1)**
7:23
**solution (2)**
14:10,20
**someone (1)**
9:16
**sorry (2)**
16:8;17:14
**South (1)**
3:3

**special (2)**
4:9;11:17
**spent (1)**
8:6
**state (4)**
11:1,2,18;15:11
**statute (3)**
12:7,8;15:15
**statutes (2)**
12:2,9
**Street (1)**
3:3
**strictly (1)**
17:18
**suppose (2)**
4:8;10:7
**Supreme (1)**
11:8
**surviving (1)**
4:21

**T**

**table (1)**
14:23
**taker (2)**
14:2,4
**telling (1)**
13:10
**terminate (1)**
4:14
**terminated (2)**
4:18;5:4
**terminates (1)**
15:11
**terms (1)**
17:18
**Thanks (1)**
20:7
**there'll (1)**
19:13
**Thomas (1)**
17:13
**thought (1)**
10:21
**three (1)**
5:14
**Thursday (2)**
5:6;7:16
**today (2)**
9:3;11:23
**together (3)**
6:2;8:11;15:8
**told (1)**
7:3
**Tom (2)**
4:6;11:14
**took (1)**
10:14
**transcript (6)**
7:6;13:11,13,16;
14:21;20:24
**two (3)**

7:14;8:14,19

**U**

**ultimately (1)**
19:7
**under (5)**
4:23;5:14;18:10,11,
11
**unequivocally (1)**
17:5
**Unless (1)**
11:19
**unrelated (1)**
9:11
**upon (2)**
5:16;18:21

**V**

**versus (4)**
4:2;10:15;11:5,6
**video (1)**
7:24
**view (1)**
15:1
**Vini (3)**
4:15;5:2;15:7

**W**

**wants (2)**
9:22;16:21
**way (1)**
8:24
**Weisberg (2)**
4:7;11:14
**what's (2)**
12:14;19:7
**whole (1)**
11:18
**widows (1)**
9:7
**wife (5)**
5:12;14:16;15:21,
24;16:20
**work (2)**
8:11;15:8
**Wrona (4)**
4:7,7;11:13,14
**Wvlandari (2)**
4:16;5:2

**Y**

**year (1)**
6:22

**1**

**1 (1)**
3:3
**11:38 (1)**

Fahrida Kurniawati, etc. v.
The Boeing Company

Report of Proceedings
November 12, 2019

21:4
**12324-8639 (1)**
  3:6
**142 (1)**
  11:7
**151 (1)**
  11:7
**1700 (1)**
  3:4
**1979 (2)**
  10:16,20
**1992 (1)**
  11:7

**2**

**2018 (1)**
  7:18
**21 (1)**
  13:13
**25 (1)**
  13:13
**2d (3)**
  10:16,17;11:7

**3**

**3 (1)**
  4:1

**5**

**566 (2)**
  10:16,18

**6**

**6 (1)**
  13:13
**60603 (1)**
  3:5

**7**

**75 (2)**
  10:15,17
**7th (1)**
  6:21

**9**

**9 (2)**
  13:16,16

# EXHIBIT 2

**1**

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3   IN RE                    )
                             )  Docket No. 18 C 7686
 4   LION AIR FLIGHT JT 610 CRASH )  and related cases
                             )
 5   This Document Relates To:  )  Chicago, Illinois
     Docket No. 19 C 797       )  October 31, 2019
 6                            )  9:37 a.m.

 7           TRANSCRIPT OF PROCEEDINGS - Motion Hearing
            BEFORE THE HONORABLE THOMAS M. DURKIN
 8

 9   APPEARANCES:

10
     For Vini          MR. THOMAS G. GARDINER
11   Wulandari:        MR. JOHN R. WRONA
     (Estate of Harvino) Gardiner Koch Weisberg & Wrona
12                     53 W. Jackson Boulevard
                       Suite 950
13                     Chicago, IL 60604

14
     For Fahrida       MR. JAMES J. LESSMEISTER
15   Kurniawati:       MR. JIMMY A. SAMAD
     (Estate of Harvino) Lessmeister & Samad PLLC
16                     105 W. Adams Street
                       Suite 2020
17                     Chicago, IL 60603

18
     For the Defendant: MR. DANIEL T. BURLEY
19                     Perkins Coie LLP
                       131 S. Dearborn Street
20                     Suite 1700
                       Chicago, IL 60603
21

22   Court Reporter:   LAURA R. RENKE, CSR, RDR, CRR
                       Official Court Reporter
23                     219 S. Dearborn Street, Room 1432
                       Chicago, IL 60604
24                     312.435.6053
                       laura_renke@ilnd.uscourts.gov
25
```

**2**

```
 1        (In open court.)
 2        THE CLERK:  18 C 7686, In re Lion Air Flight.
 3        THE COURT:  All right.  Good morning.
 4        MR. GARDINER:  Good morning, your Honor.
 5        MR. BURLEY:  Good morning, your Honor.  Dan Burley for
 6   defendant The Boeing Company.
 7        MR. LESSMEISTER:  Good morning, your Honor.  James
 8   Lessmeister on behalf of Fahrida Kurniawati, motion to
 9   substitute as counsel, along with my co-counsel, Jimmy Samad.
10        THE COURT:  All right.
11        MR. GARDINER:  And Tom Gardiner and John Wrona,
12   current counsel for both Fahrida and Vini Wulandari.
13        THE COURT:  All right.  So this is a motion to
14   substitute on the first Boeing crash, and it's the pilot -- or
15   one of the pilots that is the deceased person in this case,
16   correct?
17        MR. GARDINER:  Yeah.  It's the first officer, Judge.
18        THE COURT:  Okay.  And is he an Indonesian citizen?
19        MR. GARDINER:  He is.
20        THE COURT:  Or Indonesian?
21        MR. GARDINER:  Or was.
22        THE COURT:  Okay.  Yeah, because I thought one of the
23   pilots was Italian or --
24        MR. GARDINER:  No.  The other one is Indian.
25        THE COURT:  Indian.  Okay.  All right.
```

**3**

```
 1        But I believe that's the only person who was not
 2   Indonesian who died in the crash.  Is that correct?
 3        MR. GARDINER:  I think you're correct, Judge.
 4        THE COURT:  All right.  So there was a suggestion in
 5   the -- Mr. Lessmeister, there's a suggestion in the response to
 6   the motion to substitute that you be allowed to file an
 7   additional appearance as counsel for Ms. Kurniawati.  Do you
 8   agree to that suggestion?
 9        MR. LESSMEISTER:  Your Honor, no.  Here's why.
10   Ms. Kurniawati is the wife of the deceased.  And under Islamic
11   law, since she has three children -- two sons and one
12   daughter -- the co-administrator, Vini Wulandari, has no rights
13   to anything in terms of inheritance.  Under Islamic law, the
14   wife, the sons, and the daughters all take.
15        And there is a schism between Vini and Fahrida.  So if
16   they're objecting to that, since this was an appointment in
17   state court, then I'll go to state court to resolve that issue.
18   That's my position.
19        THE COURT:  And the -- well, the other person is the
20   sister of the pilot.
21        MR. GARDINER:  Yes.
22        THE COURT:  Of the first officer.
23        MR. GARDINER:  Right, and the aunt of the children
24   and --
25        THE COURT:  Well, you know, I read the attachment.
```

**4**

```
 1   There was an appointment in state court.
 2        MR. GARDINER:  Yes.
 3        THE COURT:  That may be where you have to go if -- all
 4   I can decide is -- the people who died in that crash have a
 5   right to have counsel represent them, or their families have
 6   represent them.  If there's a dispute as to who the proper
 7   party is to do that, right now, if -- the co-administrators of
 8   the estate are proper parties to represent them.  If there's a
 9   fight as to whether they should be co-administrators of the
10   estate, I think that's a matter you have to take up in state
11   court because they appointed the administrators.
12        MR. LESSMEISTER:  Very good, your Honor.
13        THE COURT:  I -- correct me -- I will be candid.  I
14   don't know the answer to this.  But am I wrong on this?
15        MR. GARDINER:  No, I think you're right, Judge.  I
16   think, though, that there's a distinction here when we talk
17   about the situation, and that is that we're a couple weeks away
18   from the mediation.  And we've been involved in this case for
19   many months, since December, I think, of last year.
20        So I think, actually, the clients are better served if
21   we remain in the case; he files his additional appearance.  I
22   think the -- the goal of everyone will be to get the best
23   settlement possible independent of whether the -- the widow and
24   the aunt are not getting along a hundred percent.
25        THE COURT:  Well, the --
```

**5**

1    MR. GARDINER:   So --

2    THE COURT:   Your mediation in front of Judge -- former

3  Judge O'Connell is November 14th?

4    MR. GARDINER:   Yes.

5    THE COURT:   And that's the third one you've had?

6    MR. GARDINER:   Yes.

7    MR. WRONA:   Yes.

8    THE COURT:   Do you expect that to be the final one?

9    MR. GARDINER:   Yes.

10    THE COURT:   Okay.

11    MR. GARDINER:   Given the last time we were before you,

12  Judge --

13    THE COURT:   Well, I --

14    MR. GARDINER:   -- I think it will be the last.

15    THE COURT:   -- made clear what is unclear, I thought,

16  just as to what the next steps in this case were going to be --

17    MR. GARDINER:   Yes.

18    THE COURT:   -- if you don't settle.

19    MR. GARDINER:   I think it will be a very substantive

20  mediation.

21    THE COURT:   Okay.  Ultimately the question's going to

22  be whether or not the widow of the first officer is -- I don't

23  know whether this is a -- a dispute over the sharing of

24  proceeds of a settlement or a dispute as to whether to settle.

25  And that's where I'm unclear.

**6**

1    MR. GARDINER:   Judge, I don't think that there -- to

2  me, my understanding is the dispute is more of a family nature

3  rather than a dispute over the desire to settle.  I think

4  that -- that both clients will seriously consider settlement.

5  It's not a situation where I think there's going to be a real

6  dispute about that.

7    THE COURT:   Because I'm trying to distinguish between

8  going and getting the case settled and then how the proceeds

9  are distributed once there is a settlement.

10    MR. LESSMEISTER:   Yes, your Honor.

11    THE COURT:   I'll allow you to file an additional

12  appearance in this case.  Certainly if there's -- if -- if the

13  widow has a different view as to the -- how the case should be

14  settled, you ought to have a seat at the table and be able to

15  express the views of your client -- your joint client,

16  essentially -- to make sure that there's not a settlement that

17  takes place -- I know Mr. Gardiner and his partner are in

18  communications and wouldn't settle the case without the consent

19  of their clients.  But if -- if the widow wants you to come in

20  as additional counsel, I'll allow you to come in in this case.

21    Knocking the other firm off, though, is not something

22  I'm going to do at this point.  That's something if it's -- if

23  it happens is going to have to happen based on a state court

24  deciding that you're not the administrator -- or that -- I'm

25  sorry -- that the aunt -- the sister of the first officer is

**7**

1  not someone who should be involved in the case.  That's a

2  decision I'm not going to unwind because it was already made by

3  a state court judge.

4    It certainly seems -- and I don't know how up to speed

5  you are on the case.  But -- and I told -- I'm not speaking out

6  of school.  I told this to the lawyers last time.  If you don't

7  settle the case, Boeing's going to file a motion for *forum non*

8  *conveniens*, and I'm going to decide it.  The case is either

9  going to go back to Indonesia, or it's going to stay here.

10  Either decision is not going to stay here.  It will go to the

11  Seventh Circuit.

12    But that is something to keep in mind on whether you

13  want -- whether or not you want to delay the settlement

14  conferences when going to state court may cause further delay

15  or -- or make it impossible to complete settlement discussions

16  before Judge O'Connell.

17    So I want you to have a seat at the table so that your

18  client's interests are being properly served if she has a

19  different view of how things should go forward than her current

20  counsel.

21    But I -- you weren't here for the last status, but you

22  should be aware that the next step in this entire tragedy is

23  for me to decide a motion for -- what Boeing has promised to

24  be -- I don't know if they're going to file it, but they have

25  said they will -- a motion for *forum non conveniens* to have the

**8**

1  whole matter transferred to Indonesia.

2    And what I said last time in court is for your

3  benefit.  You can't read the case law -- Seventh Circuit case

4  law, the Supreme Court law, and the district court opinions

5  here -- in fact, one involving a crash in Indonesia -- without

6  understanding that their motion is at least a serious motion.

7  Not saying how I'll rule, but it's -- it's not a flier.  It's a

8  serious, serious motion.

9    MR. LESSMEISTER:   Very good, your Honor.

10    I just have a question for clarification.

11    THE COURT:   Yeah.

12    MR. LESSMEISTER:   Is -- since Ms. Kurniawati did

13  terminate Mr. Gardiner, would Mr. Gardiner be representing

14  Vini, and then I would be representing Fahrida Kurniawati?

15    THE COURT:   Did she terminate him?

16    MR. LESSMEISTER:   Yes.

17    MR. GARDINER:   She did send a letter to me terminating

18  me, Judge.

19    THE COURT:   All right.  Well, I don't know the answer

20  to that.

21    MR. GARDINER:   Well, I can tell you, as a practical

22  matter, how we would do this, though.

23    THE COURT:   Yeah.

24    MR. GARDINER:   I would anticipate we would go to the

25  mediation.  Counsel would be there with us.  He would be the

9

1  person communicating with Fahrida Kurniawati. We would
2  communicate with Vini. And we'd work together to get a
3  resolution.
4        THE COURT:   I -- I think that is fine, absent a
5  resolution in state court that terminates your --
6        MR. GARDINER:   Mm-hmm.
7        THE COURT:   -- your position and terminates the aunt
8  as having any role in this case.
9        But that's something the state court would have to
10  decide. I doubt they'd decide it before your next scheduled
11  mediation. And I just gave you reasons why a delay in this
12  case may not be in the best interests of the plaintiffs --
13  plaintiff or plaintiffs, whatever it ends up being. So I would
14  hope you both could go to this and work in the best interests
15  of your clients.
16        If you delay it, other forces may take -- may enter
17  the picture that may change the settlement landscape. I don't
18  know. They haven't filed anything yet, and I -- but I made
19  clear that one way or the other, we have to -- there's some
20  plaintiffs that want to move forward with discovery. And I
21  think if that occurs, then I'm sure we'll have motion practice
22  on whether the case stays in the Northern District or goes to
23  Indonesia.
24        MR. GARDINER:   Judge, I'm confident we can work
25  together for the benefit of the clients.

10

1        THE COURT:   All right. Well, you have -- your
2  appearance is -- your motion to appear is granted. The motion
3  to substitute is entered and continued. And I'm not going to
4  rule on that. I've told you where to -- what to do in state
5  court if that's the way you want to go.
6        MR. LESSMEISTER:   Very good.
7        Your Honor, can I have leave to have my partner, Jimmy
8  Samad, enter his appearance as well --
9        THE COURT:   Sure.
10        MR. LESSMEISTER:   -- instanter. He's with my firm.
11        THE COURT:   All right.
12        MR. LESSMEISTER:   And he is my partner.
13        THE COURT:   No problem at all.
14        MR. LESSMEISTER:   Thank you, your Honor.
15        THE COURT:   All right. I think we have a date set in
16  the overall case.
17        MR. GARDINER:   I think it's the 21st, Judge.
18        THE COURT:   So feel free to appear then either by
19  phone or in person, and you can all report on what's going
20  forward.
21        MR. GARDINER:   Thank you, your Honor.
22        MR. LESSMEISTER:   Thank you, Judge.
23        THE COURT:   Okay. Thank you.
24        MR. BURLEY:   Thank you, your Honor.
25        (Concluded at 9:48 a.m.)

1        C E R T I F I C A T E
2        I certify that the foregoing is a correct transcript of the
3  record of proceedings in the above-entitled matter.
4
5  /s/ LAURA R. RENKE                    November 1, 2019
6  LAURA R. RENKE, CSR, RDR, CRR
   Official Court Reporter
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 3

**P E N E T A P A N**

**Nomor 0705/Pdt.P/2019/PA.Tgrs**

بِسْمِ اللَّهِ الرَّحْمَٰنِ الرَّحِيمِ

**DEMI KEADILAN BERDASARKAN KETUHANAN YANG MAHA ESA**

Pengadilan Agama Tigaraksa yang memeriksa dan mengadili perkara tertentu pada tingkat pertama dalam sidang majelis telah menjatuhkan penetapan perkara Permohonan P3HP/Penetapan Ahli Waris yang diajukan oleh:

**Fahrida Kurniawati binti Sulichan**, umur 34 tahun, agama Islam, pekerjaan Mengurus Rumah Tangga, pendidikan SLTA, tempat kediaman di Perumahan Serpong Green Park 2 Blok F No. 19 RT. 002 RW. 016 Kelurahan Ciater, Kecamatan Serpong Kota Tangerang Selatan, Provinsi Banten;

Selanjutnya bertindak untuk dan atas nama diri sendiri, serta anak kandung yang belum dewasa yang bernama:

**Khansa Davina Zhafirah binti Harvino**, umur 9 tahun, agama islam, pendidikan SD, pekerjaan pelajar, tempat kediaman di Perumahan Serpong Green Park 2 Blok F No. 19 RT. 002 RW. 016 Kelurahan Ciater, Kecamatan Serpong Kota Tangerang Selatan, Provinsi Banten;

**Rafa Yusuf Aqilah bin Harvino**, umur 7 tahun, agama Islam, pendidikan SD, pekerjaan pelajar, tempat kediaman di Perumahan Serpong Green Park 2 Blok F No. 19 RT. 002 RW. 016 Kelurahan Ciater, Kecamatan Serpong Kota Tangerang Selatan, Provinsi Banten;

**Khalifi Ahza Zikri bin Harvino**, umur 2 tahun, agama Islam, pendidikan -, pekerjaan -, tempat kediaman di Perumahan Serpong Green Park 2 Blok F No. 19 RT. 002 RW. 016 Kelurahan Ciater, Kecamatan Serpong Kota Tangerang Selatan, Provinsi Banten;

Selanjutnya disebut sebagai **Pemohon;**

Pengadilan Agama tersebut;

Telah mempelajari surat-surat yang berkaitan dengan perkara ini;

Telah mendengar keterangan Pemohon dan para saksi di persidangan ;

*Hal. 1 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

**DUDUK PERKARA**

Menimbang, bahwa Pemohon dengan surat permohonannya tertanggal 12 September 2019 yang telah terdaftar di Kepaniteraan Pengadilan Agama Tigaraksa Nomor: 0705/Pdt.P/2019/PA.Tgrs, dengan ini Pemohon hendak mengajukan permohonan Penetapan Ahli Waris dari Almarhum Harvino bin Kiswo Karto (Pewaris) dengan dasar dan alasan sebagai berikut :

1. Bahwa, perkara ini adalah Permohonan Penetapan Ahli Waris dari pewaris yang bernama Almarhum Harvino bin Kiswo Karto (alm) yang telah meninggal dunia karena kecelakaan jatuhnya pesawat Lion air JT 610 pada tanggal 29 Oktober 2018 di Karawang, sebagaimana tersebut dalam Kutipan Akta Kematian Nomor: 3674-KM-16112018-0005 yang dikeluarkan oleh Kantor Dinas Kependudukan dan Pencatatan Sipil Kota Tangerang Selatan tertanggal 16 November 2018;

2. Bahwa, ayah kandung dari Pewaris yang bernama Kiswo Karto telah meninggal lebih dahulu pada hari Sabtu tanggal 11 Mei 2013 karena kecelakaan jatuhnya pesawat Lion air JT 610 berdasarkan surat kematian yang dikeluarkan oleh Pemerintah Kabupaten Bekasi , nomor 474.3/18/KUK T/X/2013, tanggal 16 Mei 2013, dan ibunya yang bernama Hj. Anie Basniar juga telah meninggal dunia lebih dulu;

3. Bahwa, Almarhum Harvino bin Kiswo Karto semasa hidupnya menikah sekali dengan Fahrida Kurniawati binti Sulichan tanggal 10 November 2007, berdasarkan Buku Kutipan Akta Nikah No.675/44/XI/2007 yang dikeluarkan oleh Kantor Urusan Agama Kudus , Provinsi Jawa Tengah tertanggal 10-11-2007;

4. Bahwa, selama Pernikahan Almarhum Harvino bin Kiswo Karto dan Fahrida Kurniawati binti Sulichan telah hidup layaknya suami isteri dan telah dikaruniai 3 (tiga) orang anak, yang bernama:

    4.1. Khansa Davina Zhafirah binti Harvino, Perempuan Lahir di Semarang 07 Juni 2010, Umur 9 Tahun;

    4.2. Rafa Yusuf Aqilah bin Harvino, Lahir di Semarang 14 Maret 2012, Umur: 7 tahun;

    4.3. Khalifi Ahza Zikri bin Harvino ,Lahir di Tangerang Selatan 11 Februari 2017, Umur: 2 tahun;

*Hal. 2 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

5. Bahwa, dengan meninggalnya Almarhum Harvino bin Kiswo Karto maka yang menjadi ahli warisnya adalah sebagai berikut:

   5.1. Fahrida Kurniawati binti Sulichan (istri), umur 34 tahun;

   5.2. Khansa Davina Zhafirah binti Harvino, (p) Lahir di Semarang 17 Juni 2010, Umur 9 Tahun (anak kandung);

   5.3. Rafa Yusuf Aqilah bin Harvino, (L) Lahir di Semarang 14 Maret 2012, Umur 7 tahun (anak kandung);

   5.4. Khalifi Ahza Zikri bin Harvino (L), Lahir di Tangerang Selatan 11 Februari 2017, Umur 2 tahun. (anak kandung);

6. Bahwa, Para Pemohon bermaksud mengajukan permohonan ini untuk keperluan pengurusan asuransi kecelakaan pesawat Lion Air JT 610 tanggal 29 Oktober 2018 yang berkaitan atas nama Pewaris serta untuk alasan hukum lainnya;

7. Bahwa, sejak meninggalnya Almarhum Harvino bin Kiswo Karto dan hingga diajukannya permohonan ini tidak ada pihak lain yang mengaku sebagai ahli waris almarhum selain yang tersebut di atas serta tidak ada pihak manapun yang menyatakan keberatan atas diri masing-masing Para Pemohon tersebut di atas;

8. Bahwa, Almarhum Harvino bin Kiswo Karto sebelum meninggal dunia tidak meninggalkan wasiat apapun dan meninggal dunia dalam keadaan Islam;

9. Bahwa, Para Pemohon sanggup membayar biaya yang timbul dari perkara ini;

   Bahwa, berdasarkan hal-hal yang telah diuraikan di atas, maka Para Pemohon mohon, agar Yang Mulia Ketua Pengadilan Agama Tigaraksa cq. Majelis Hakim berkenan segera memeriksa dan mengadili permohonan Para Pemohon serta selanjutnya menjatuhkan putusan sebagai berikut;

Primer:

1. Mengabulkan permohonan Pemohon untuk seluruhnya;

2. Menyatakan Almarhum Harvino bin Kiswo Karto telah meninggal dunia pada tanggal 29 Oktober 2018 karena kecelakaan pesawat Lion air di Karawang;

3. Menetapkan secara hukum bahwa:

   3.1. Fahrida Kurniawati binti Sulichan (istri), umur 34 tahun;

*Hal. 3 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

3.2. Khansa Davina Zhafirah binti Harvino, (P) Lahir di Semarang 07 Juni 2010, Umur 9 Tahun (anak kandung);

3.3. Rafa Yusuf Aqilah bin Harvino, (L), Lahir di Semarang 24 Maret 2012, Umur 7 tahun.(anak kandung);

3.4. Khalifi Ahza Zikri bin Harvino, (L), Lahir di Tangerang Selatan 11 Februari 2017, Umur 2 tahun(anak kandung);

Adalah ahli waris dari Almarhum Harvino bin Kiswo Karto

4. Menetapkan biaya yang timbul dari perkara ini menurut hukum;

Apabila Yang Mulia Ketua Pengadilan Agama Tigaraksa cq. Majelis Hakim a quo berpendapat lain, mohon kiranya diberikan putusan yang seadil-adilnya (ex aequo et bono).

Bahwa pada hari persidangan yang telah ditetapkan, Pemohon telah hadir dan menghadap sendiri di persidangan, kemudian Ketua Majelis memberikan penjelasan dan nasehat sehubungan dengan permohonannya tersebut, lalu maka dibacakanlah permohonan Pemohon, yang isinya tetap dipertahankan oleh Pemohon;

Bahwa untuk memperkuat dalil permohonannya, Pemohon telah mengajukan bukti-bukti surat berupa :

1. Fotokopi Kartu Tanda Penduduk (KTP) atas nama Pemohon NIK 3374156502850004 tanggal 1 April 2018, yang dikeluarkan oleh Pemerintah Daerah Kota Tangerang Selatan, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.1;

2. Fotokopi Kutipan Akta Nikah atas nama Para Pemohon Nomor 675/44/XI/2007 tanggal 10 Nopember 2007, yang dikeluarkan oleh Kantor Urusan Agama Kecamatan Kabupaten Kudus Provinsi Jawa Tengah, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.2;

3. Fotokopi Kutipan Akta Kelahiran atas nama Khansa Davina Zhafirah Nomor 3374.ALU.2010.09291 tanggal 24-06-2010, yang dikeluarkan oleh Kepala Dinas Kependudukan dan Pencatatan Sipil Kota Semarang, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.3;

*Hal. 4 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

4. Fotokopi Kutipan Akta Kelahiran atas nama Rafa Yusuf Aqilah Nomor 3374-LU-09042012-0058 tanggal 09-04-2012, yang dikeluarkan oleh Kepala Dinas Kependudukan dan Pencatatan Sipil Kota Semarang, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.4;

5. Fotokopi Kutipan Akta Kelahiran atas nama Khalifi Ahza Zikri Nomor 3374-LT-12102017-0085 tanggal 12-10-2017, yang dikeluarkan oleh Kepala Dinas Kependudukan dan Pencatatan Sipil Kota Semarang, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.5;

6. Fotokopi Kutipan Akta Kematian atas nama Harvino Nomor 3674-KM-16112018-0005 tanggal 16 Nopember 2018, yang dikeluarkan oleh Kepala Dinas Kependudukan dan Pencatatan Sipil Kota Tangerang Selatan, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.6;

7. Fotokopi Surat Keterangan Kematian Penduduk WNI atas nama Hj. Annie Basniar Nomor 23/M/2003 tertanggal 24 Maret 2003 yang dikeluarkan oleh Lurah Gunung Sahari Utara, Kecamatan Sawah Besar, Kotamadya Jakarta Pusat, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.7;

8. Fotokopi Surat Kematian atas nama Kiswo Nomor 474.3/18/KUKT/X/13 tertanggal 16 Mei 2013, yang dikeluarkan oleh Lurah KA. Tengah, Bekasi, bermeterai cukup yang telah dinazegelen Kantor Pos, ternyata telah cocok dan sesuai dengan aslinya, lalu diberi paraf dan tanda P.8;

Bahwa selain alat bukti tertulis, Pemohon telah pula mengajukan alat bukti saksi sebagai berikut :

1. **Kuswanto bin D. Karto**, umur 60 tahun, agama Islam, pendidikan SLTA, pekerjaan Pensiunan, bertempat tinggal di Taman Wisma Asri Rt. 001 Rw. 010 Kelurahan Teluk Pucung Kecamatan Bekasi Utara Kota Bekasi. Saksi di bawah sumpah menerangkan pada pokoknya sebagai berikut :

   - Bahwa saksi kenal dengan Pemohon yaitu Istri dan anak-anak dari Almarhum Harvino bin Kiswo Karto;

   - Bahwa hubungan saksi dengan Pemohon adalah Paman Pemohon;

*Hal. 5 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

- Bahwa Harvino bin Kiswo Karto telah meninggal dunia karena kecelakaan jatuhnya pesawat Lion Air JT 610 pada tanggal 29 Oktober 2018 di Karawang;
- Bahwa semasa hidupnya almarhum Harvino bin Kiswo Karto beragama Islam dan ketika meninggal dunia diurus secara agama Islam;
- Bahwa almarhum Harvino bin Kiswo Karto semasa hidupnya mempunyai 1 (satu) orang istri yakni Fahrida Kurniawati binti Sulichan dan 3 (tiga) orang anak yang bernama Khansa Davina Zhafirah binti Harvino (P) umur 9 tahun, Rafa Yusuf Aqilah bin Harvino (L) umur 7 tahun dan Khalifi Ahza Zikri bin Harvino (P) umur 2 tahun;
- Bahwa Ibu kandung Almarhumah Harvino bin Kiswo Karto yang bernama Hj. Annie Basniar telah meninggal dunia lebih dahulu pada tanggal 20 Maret 2003 dan ayah kandung Almarhumah Harvino bin Kiswo Karto yang bernama Kiswo Karto telah meninggal lebih dahulu pada tanggal 11 Mei 2013;
- Bahwa ketika meninggal dunia Almarhum Harvino bin Kiswo Karto meninggalkan 1 (satu) orang istri yakni Fahrida Kurniawati binti Sulichan dan 3 (tiga) orang anak yang bernama Khansa Davina Zhafirah binti Harvino (P) umur 9 tahun, Rafa Yusuf Aqilah bin Harvino (L) umur 7 tahun dan Khalifi Ahza Zikri bin Harvino (P) umur 2 tahun;
- Bahwa semua ahli waris Almarhumah Harvino bin Kiswo Karto beragama islam;
- Bahwa Semua ahli waris tidak pernah melakukan tindak pidana yang dapat menghalangi mereka untuk menerima warisan dari Almarhum Harvino bin Kiswo Karto;
- Bahwa almarhum Harvino bin Kiswo Karto tidak pernah mengangkat anak dan tidak meninggalkan wasiat sebelum meninggal;
- Bahwa tujuan Pemohon mengajukan penetapan ahli waris ke Pengadilan Agama Tigaraksa untuk keperluan pengurusan asuransi kecelakaan pesawat Lion Air JT 610 tanggal 29 Oktober 2018 Almarhum Harvino bin Kiswo Karto serta untuk alasan hukum lainnya;

2. **Maryani binti D. Karto**, umur 57 tahun, agama Islam, pendidikan SMA, pekerjaan Swasta, bertempat tinggal di Kp. Pasir Laja RT. 07 RW. 09, Desa

*Hal. 6 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

Pasir Laja, Kecamatan Sukaraja,. Bogor. Saksi di bawah sumpah menerangkan pada pokoknya sebagai berikut :

- Bahwa saksi kenal dengan Pemohon yaitu Istri dan anak-anak dari Almarhum Harvino bin Kiswo Karto;

- Bahwa hubungan saksi dengan Pemohon adalah bibi Pemohon;

- Bahwa Harvino bin Kiswo Karto telah meninggal dunia karena kecelakaan jatuhnya pesawat Lion Air JT 610 pada tanggal 29 Oktober 2018 di Karawang;

- Bahwa semasa hidupnya almarhum Harvino bin Kiswo Karto beragama Islam dan ketika meninggal dunia diurus secara agama Islam;

- Bahwa almarhum Harvino bin Kiswo Karto semasa hidupnya mempunyai 1 (satu) orang istri yakni Fahrida Kurniawati binti Sulichan dan 3 (tiga) orang anak yang bernama Khansa Davina Zhafirah binti Harvino (P) umur 9 tahun, Rafa Yusuf Aqilah bin Harvino (L) umur 7 tahun dan Khalifi Ahza Zikri bin Harvino (P) umur 2 tahun;

- Bahwa Ibu kandung Almarhumah Harvino bin Kiswo Karto yang bernama Hj. Annie Basniar telah meninggal dunia lebih dahulu pada tanggal 20 Maret 2003 dan ayah kandung Almarhumah Harvino bin Kiswo Karto yang bernama Kiswo Karto telah meninggal lebih dahulu pada tanggal 11 Mei 2013;

- Bahwa ketika meninggal dunia Almarhum Harvino bin Kiswo Karto meninggalkan 1 (satu) orang istri yakni Fahrida Kurniawati binti Sulichan dan 3 (tiga) orang anak yang bernama Khansa Davina Zhafirah binti Harvino (P) umur 9 tahun, Rafa Yusuf Aqilah bin Harvino (L) umur 7 tahun dan Khalifi Ahza Zikri bin Harvino (P) umur 2 tahun;

- Bahwa semua ahli waris Almarhumah Harvino bin Kiswo Karto beragama islam;

- Bahwa Semua ahli waris tidak pernah melakukan tindak pidana yang dapat menghalangi mereka untuk menerima warisan dari Almarhum Harvino bin Kiswo Karto;

- Bahwa almarhum Harvino bin Kiswo Karto tidak pernah mengangkat anak dan tidak meninggalkan wasiat sebelum meninggal;

*Hal. 7 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

- Bahwa tujuan Pemohon mengajukan penetapan ahli waris ke Pengadilan Agama Tigaraksa untuk keperluan pengurusan asuransi kecelakaan pesawat Lion Air JT 610 tanggal 29 Oktober 2018 Almarhum Harvino bin Kiswo Karto serta untuk alasan hukum lainnya;

Bahwa selanjutnya Pemohon menyampaikan kesimpulannya secara lisan yang pada pokoknya tetap pada permohonannya dan mohon penetapan;

Bahwa untuk meringkas uraian Penetapan, Majelis Hakim menunjuk berita acara persidangan perkara ini yang merupakan bahagian yang tak terpisahkan dari penetapan ini;

## PERTIMBANGAN HUKUM

Menimbang, bahwa maksud dan tujuan permohonan Pemohon sebagaimana tersebut di atas;

Menimbang, bahwa alasan pokok yang diajukan oleh Pemohon dalam permohonannya adalah bahwa Pemohon mengajukan permohonan penetapan ahli waris terhadap Almarhum Harvino bin Kiswo Karto, karena sudah meninggal dunia pada tanggal 29 Oktober 2018 dan tujuan permohonan ini adalah untuk mengurus peninggalan Almarhum Harvino bin Kiswo Karto;

Menimbang, bahwa sebelum mempertimbangkan pokok permohonan Pemohon, Majelis Hakim terlebih dahulu akan mempertimbangkan tentang kedudukan (*legal standing*) Pemohon sebagai pihak yang berkepentingan dalam perkara ini;

Menimbang, bahwa Pemohon untuk menguatkan dalil-dalilnya telah mengajukan alat bukti surat berupa bukti P.1 sampai dengan P.8, yang menurut penilaian Majelis Hakim alat bukti tersebut merupakan akta autentik dan telah memenuhi syarat formil dan materiil alat bukti sebagaimana ketentuan Pasal 165 HIR jo Pasal 1867 dan Pasal 1888 KUHPerdata jo Pasal 2 ayat (1) huruf a Undang-Undang Nomor 13 Tahun 1985 tentang Bea Meterai;

Menimbang, bahwa berdasarkan P.1 dan pengakuan Pemohon dalam posita permohonan telah menunjukan bahwa Pemohon bertempat tinggal di Wilayah Kota Tangerang Selatan yang merupakan Yurisdiksi Pengadilan Agama Tigaraksa, oleh karena itu sesuai dengan ketentuan Pasal 49 ayat (1) huruf (a) dan Pasal 73 ayat (1) Undang-Undang Nomor 7 tahun 1989 yang telah diubah dengan Undang-Undang Nomor 3 Tahun 2006 dan Undang-

*Hal. 8 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

undang Nomor 50 Tahun 2009, perkara ini menjadi wewenang Pengadilan Agama Tigaraksa;

Menimbang, bukti P.2 berupa Kutipan Akta Nikah dan berdasarkan bukti tersebut terbukti bahwa almarhum Harvino bin Kiswo Karto dengan Fahrida Kurniawati adalah pasangan suami isteri yang telah menikah pada tanggal 10 November 2007 di Kantor Urusan Agama Kecamatan Kota, Kabupaten Kudus, Provinsi Jawa Tengah;

Menimbang, bukti P.3, P.4 dan P.5 berupa Kutipan Akta Kelahiran dan berdasarkan bukti tersebut terbukti bahwa Khansa Davina Zhafirah, Rafa Yusuf Aqilah dan Khalifi Ahza Zikri adalah benar anak dari Almarhum Harvino bin Kiswo Karto dengan Fahrida Kurniawati;

Menimbang, bukti P.6 berupa Fotokopi Kutipan Akta Kematian atas nama Harvino bin Kiswo Karto dan berdasarkan bukti tersebut terbukti bahwa Harvino bin Kiswo Karto telah meninggal dunia tanggal 29 Oktober 2018 karena kecelakaan jatuhnya pesawat Lion air JT 610;

Menimbang, bukti P.7 berupa Fotokopi Surat Keterangan Kematian Penduduk WNI atas nama Hj. Annie Basniar dan berdasarkan bukti tersebut terbukti bahwa Hj. Annie Basniar (ibu kandung almarhum Harvino) telah meninggal dunia pada tanggal 20 Maret 2003 karena sakit;

Menimbang, bukti P.8 berupa Fotokopi Surat Kematian atas nama Kiswo dan berdasarkan bukti tersebut terbukti bahwa Kiswo (ayah kandung almarhum Harvino) telah meninggal dunia pada tanggal 11 Mei 2013 karena sakit;

Menimbang, bahwa Pemohon selain mengajukan bukti surat juga telah mengajukan 2 (dua) orang saksi yang bernama *Kuswanto bin D. Karto* dan *Maryani binti D. Karto* (masing-masing adalah paman Pemohon dan bibi Pemohon) yang keduanya telah memberikan keterangan di bawah sumpah yang pada pokoknya satu sama lain saling bersesuaian dan menguatkan dalil-dalil yang diajukan Pemohon, sehingga Majelis Hakim berpendapat bahwa keterangan Saksi tersebut telah memenuhi syarat formil dan materiil alat bukti sebagaimana yang diatur dalam Pasal 144, Pasal 147 dan Pasal 172 HIR, oleh karena itu patut dijadikan bukti dalam perkara ini dan Pemohon dipandang telah mampu membuktikan dalil-dalil permohonannya;

Menimbang, bahwa dari pengakuan Pemohon dalam posita permohonan dan bukti surat diperkuat keterangan para Saksi tersebut, maka dapatlah ditemukan fakta-fakta sebagai berikut :

1. Bahwa Almarhum Harvino bin Kiswo Karto adalah suami sah dari Fahrida Kurniawati binti Sulichan (Pemohon) yang telah melangsungkan pernikahan pada tanggal 10 November 2007, serta tetap beragama Islam;

2. Bahwa selama berumah tangga Almarhum Harvino bin Kiswo Karto (Pewaris) dan Fahrida Kurniawati binti Sulichan (Pemohon) telah dikaruniai 3 (tiga) orang anak yaitu Khansa Davina Zhafirah binti Harvino, Rafa Yusuf Aqilah bin Harvino dan Khalifi Ahza Zikri bin Harvino;

3. Bahwa Almarhum Harvino bin Kiswo Karto (Pewaris) telah meninggal dunia karena kecelakaan jatuhnya pesawat Lion air JT 610 pada Tanggal 29 Oktober 2018 dan dalam keadaan beragama Islam;

4. Bahwa, kedua orang tua Pewaris Harvino bin Kiswo Karto telah meninggal dunia terlebih dahulu dari Almarhum Harvino bin Kiswo Karto (Pewaris);

5. Bahwa Almarhum Harvino bin Kiswo Karto (Pewaris) meninggalkan ahli waris 4 (empat) orang anak yaitu:

    5.1. Fahrida Kurniawati binti Sulichan sebagai istri;

    5.2. Khansa Davina Zhafirah binti Harvino sebagai anak perempuan Kandung;

    5.3. Rafa Yusuf Aqilah bin Harvino sebagai anak laki-laki Kandung;

    5.4. Khalifi Ahza Zikri bin Harvino sebagai anak laki- laki Kandung;

6. Bahwa Pemohon mengajukan penetapan ahli waris ini bertujuan untuk mengurus segala sesuatu yang berkaitan dengan harta peninggalan (tirkah) pewaris Almarhum Harvino bin Kiswo Karto;

Menimbang, bahwa berdasarkan peristiwa yang ditemukan di persidangan, maka dapatlah ditarik fakta hukum bahwa Almarhum Harvino bin Kiswo Karto adalah suami sah dari Fahrida Kurniawati binti Sulichan (Pemohon) yang telah melangsungkan pernikahan pada tanggal 10 November 2007, serta tetap beragama Islam dan dalam perkawinannya telah dikaruniai 3 (tiga) orang anak, almarhum Harvino bin Kiswo Karto (Pewaris) telah meninggal dunia karena kecelakaan jatuhnya pesawat Lion air JT 610 pada Tanggal 29 Oktober 2018 dan dalam keadaan beragama Islam, kedua orang tua Almarhum

Harvino bin Kiswo Karto telah meninggal dunia terlebih dahulu dari Almarhum Harvino bin Kiswo Karto (Pewaris) serta tidak ada ahli waris lain yang ditinggalkan Almarhum Harvino bin Kiswo Karto selain 3 (tiga) orang anak dan seorang isteri (Pemohon);

Menimbang, bahwa berdasarkan Pasal 171 huruf c Kompilasi Hukum Islam bahwa yang dimasud ahli waris adalah orang yang pada saat meninggal dunia mempunyai hubungan darah atau hubungan perkawinan dengan pewaris, beragama Islam dan tidak terhalang karena hukum untuk menjadi ahli waris. Pemohon telah terbukti memenuhi alasan yang kuat dan sah serta tidak melawan hukum sebagai ahli waris dari Almarhum Harvino bin Kiswo Karto, oleh karena itu permohonan Pemohon patut untuk dikabulkan;

Menimbang, bahwa anak Almarhum Harvino bin Kiswo Karto dengan Fahrida Kurniawati binti Sulichan (Pemohon) yang bernama Khansa Davina Zhafirah binti Harvino, Perempuan, umur 9 Tahun, Rafa Yusuf Aqilah bin Harvino, Laki-laki, umur 7 tahun dan Khalifi Ahza Zikri bin Harvino Laki-laki, Umur 2 tahun saat ini masih belum dewasa, berdasarkan Pasal 47 ayat (1) dan (2) Undang-Undang Nomor 1 Tahun 1974 tentang Perkawinan, anak tersebut berada di bawah kekuasaan orang tuanya, karena itu Majelis Hakim berpendapat bahwa Fahrida Kurniawati binti Sulichan sebagai sebagai isteri Almarhum Harvino bin Kiswo Karto (ibu kandung dari Khansa Davina Zhafirah, Rafa Yusuf Aqilah dan Khalifi Ahza Zikri), berhak bertindak hukum atau mewakilinya;

Menimbang, bahwa oleh karena permohonan perkara ini dimohonkan oleh Pemohon, maka berdasarkan asas umum peradilan "tiada perkara tanpa biaya" dan Pasal 121 ayat (4), Pasal 182 dan Pasal 183 HIR, maka biaya perkara ini dibebankan kepada Pemohon;

Mengingat segala peraturan dan perundang-undangan yang berlaku serta Hukum Islam yang berkaitan dalam perkara ini;

### MENETAPKAN

1. Mengabulkan permohonan Pemohon;
2. Menyatakan almarhum Harvino bin Kiswo Karto yang telah meninggal dunia pada tanggal 29 Oktober 2018 adalah Pewaris dalam perkara ini;

*Hal. 11 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

3. Menetapkan ahli waris almarhum Harvino bin Kiswo Karto sebagai berikut:

3.1. Fahrida Kurniawati binti Sulichan sebagai istri;

3.2. Khansa Davina Zhafirah binti Harvino sebagai anak perempuan Kandung;

3.3. Rafa Yusuf Aqilah bin Harvino sebagai anak laki-laki Kandung;

3.4. Khalifi Ahza Zikri bin Harvino sebagai anak laki-laki Kandung;

4. Membebankan kepada para Pemohon untuk membayar biaya perkara sejumlah Rp. 291.000,- (dua ratus Sembilan puluh satu ribu rupiah);


Demikian Penetapan ini dijatuhkan dalam permusyawaratan Majelis Hakim pada hari Senin tanggal 23 September 2019 Masehi bertepatan dengan tanggal 23 Muharram 1441 Hijriah Hijriyah oleh kami H. Samsul Fadli, S. Pd, S.H., M.H. sebagai Ketua Majelis, Drs. Asli Nasution, M.E.Sy. dan Drs. H. Ihsan, M.H., sebagai Hakim-hakim Anggota. Penetapan tersebut dibacakan pada hari itu juga dalam sidang terbuka untuk umum oleh Ketua Majelis dan didampingi oleh Hakim-Hakim Anggota tersebut dan dibantu oleh Adhiaksari Hendriawati, S.H.I., M.H. sebagai Panitera Pengganti dengan dihadiri oleh Pemohon.


Ketua Majelis,


**H. Samsul Fadli, S. Pd, S.H., M.H.**


Hakim Anggota,                                        Hakim Anggota,


**Drs. Asli Nasution, M.E.Sy.**                      **Drs. H. Ihsan, M.H.,**


*Hal. 12 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

Penitera Pengganti,

Ttd

**Adhiaksari Hendriawati, S.H.I., M.H.**

Perincian biaya perkara :

1. Biaya Pendaftaran    :Rp.   30.000,-
2. Biaya ATK Perkara    :Rp.   75.000,-
3. Biaya Panggilan      :Rp  150.000,-
4. PNBP Panggilan       :Rp   20.000,-
5. Biaya Redaksi        :Rp.   10.000,-
6. Biaya Meterai        :Rp    6.000,-
   J u m l a h          :Rp.  291.000,-

(dua ratus Sembilan puluh satu ribu rupiah);



*Hal. 13 dari 13 hal. Penetapan No. 0705/Pdt.P/2019/PA.Tgrs.*

# EXHIBIT 4

# PENETAPAN
### Nomor 0587/Pdt.P/2019/PA JT



### DEMI KEADILAN BERDASARKAN KETUHANAN YANG MAHA ESA

Pengadilan Agama Jakarta Timur yang memeriksa dan mengadili perkara perdata agama pada tingkat pertama, dalam sidang Majelis telah menjatuhkan penetapan atas permohonan **Perwalian Anak** yang diajukan oleh:

**Fahrida Kurniawati binti Sulichan**, umur 34 tahun, agama Islam, pekerjaan Mengurus Rumah Tangga, tempat kediaman di Jalan Serpong Green Park 2 Blok F.19 RT 002/RW 016, Kelurahan Ciater, KecamatanS erpong, Kota Tangerang Selatan Provinsi Banten, selanjutnya disebut Pemohon, dalam hal ini memberikan kuasa kepada EDY HARYANTO, S.H, pekerjaan Advokat, alamat Jalan Jend, A Yani Kav. 3B (by pass) Kelurahan Utan Kayu Kecamatan Matraman Kotamadya Jakarta Timur berdasarkan surat kuasa khusus tanggal 5 Nopember 2019.dalam hal ini memberikan kuasa Substitusi kepada Solahudin Pugung, SH.M.H dan Rekan para Advokat dan Penasehat Hukum dari lembaga Kajian dan Bantuan Hukum Kartika Nusantara (LKBH-KN) beralamat di jalan PKP No 16, Kelurahan Cibubur, Kecamatan Ciracas Jakarta Timur berdasarkan surat Kuasa Sunstitusi tanggal 11 Nopember 2019;



Pengadilan Agama tersebut.

Telah mempelajari berkas perkara.

### DUDUK PERKARA

Bahwa Pemohon dengan surat permohonannya tertanggal 5 Nopember 2019 yang terdaftar di Kepaniteraan Pengadilan Agama Jakarta Timur dalam register Nomor 0587/Pdt.P/2019/PAJT tanggal 6 Nopember 2019, telah mengemukakan hal-hal pada pokoknya sebagai berikut :

1. Bahwa Pemohon adalah isteri satu-satunya yang sah dari Almarhum Tuan Harvino, S.AB bin Kiswo Karto, yang telah melangsungkan pernikahan pada hari Sabtu, tanggal 10 November 2007, di hadapan Pegawai Pencatat Nikah (PPN) Kantor Urusan Agama (KUA) sebagaimana terbukti dalam Buku Kutipan Akta Nikah Nomor : 675/44/X/2007;

*Hlm. 1 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

2. Bahwa Setelah menikah Pemohon dan Almarhum Tuan Harvino, S.AB bin Kiswo Karto, hidup berumah tangga dan bertempat tinggal di alamat tersebut di atas;

3. Bahwa selama berumah tangga antara Pemohon dan Almarhum Tuan Harvino, S.AB bin Kiswo Karto, (Suami) telah berhubungan sebagaimana layaknya suami istri dan telah dikaruniai 3 (Tiga) anak yang bernama sebagai berikut:

   3.1. Khansa Davina Zhafirah binti Harvino, S.AB, perempuan, umur 9 tahun, lahir di Semarang pada tanggal 7-6-2010 (tujuh Juni dua ribu sepuluh) sebagaimana ternyata dalam Kutipan Akta Kelahiran yang dikeluarkan oleh Dinas Kependudukan dan Pencatatan Sipil Nomor: 3374.ALU.2010.09291 tertanggal 24-6-2010 (dua puluh empat Juni dua ribu sepuluh);

   3.2. Rafa Yusuf Aqilah bin Harvino, S.AB, laki-laki, umur 7 tahun, lahir di Semarang pada tanggal 14-3-2012 (empat belas Maret dua ribu dua belas) sebagaimana ternyata dalam Kutipan Akta Kelahiran yang dikeluarkan oleh Dinas Kependudukan dan Pencatatan Sipil Nomor : 3374.LU.09042012.0058 tertanggal 9-4-2012 (sembilan April dua ribu dua belas);

   3.3. Khalifi Ahza Zikri bin Harvino, S.AB, laki-laki, umur 2 Tahun, lahir di Tangerang Selatan pada tanggal 11-2-2017 (empat belas Maret dua ribu dua belas) sebagaimana ternyata dalam Kutipan Akta Kelahiran yang dikeluarkan oleh Dinas Kependudukan dan Pencatatan Sipil Nomor 3374-LT-12102017-0085 tertanggal 12-10-2017 (dua belas Oktober dua ribu tujuh belas)

4. Bahwa Almarhum Tuan Harvino, S.AB bin Kiswo Karto telah meninggal dunia pada hari Senin, tanggal 29 Oktober 2018 sebagaimana ternyata dalam Kutipan Akta Kematian Nomor 3674-KM-16112018-0005 yang dikeluarkan oleh Pejabat Pencatatan Sipil Kota Tangerang Selatan pada tanggal 16 November 2018.

5. Bahwa Pemohon bermaksud mengajukan permohonan perwalian atas anak-anak kandungnya yang bernama sebagaimana berikut ini:

   5.1. Khansa Davina Zhafirah binti Harvino, S.AB, tersebut di atas;

   5.2. Rafa Yusuf Aqilah bin Harvino, S.AB, tersebut di atas;

   5.3. Khalifi Ahza Zikri bin Harvino, S.AB, tersebut di atas .

6. Bahwa Pemohon mengajukan permohonan Perwalian anak-anak kandungnya tersebut pada angka 3 dan 5 di atas, dengan alasan-alasan sebagai berikut :



6.1. Bahwa Suami dari Pemohon yaitu Almarhum Tuan Harvino, S.AB bin Kiswo Karto telah meninggal dunia yakni pada hari, tanggal 29 Oktober 2018 sebagaimana ternyata dalam Kutipan Akta Kematian Nomor 3674-KM-16112018-0005 yang dikeluarkan oleh Pejabat Pencatatan Sipil Kota Tangerang Selatan pada tanggal 16 November 2018.

6.2. Bahwa Pemohon mempunyai hubungan keluarga dengan anak-anak tersebut yakni sebagai Ibu Kandung dari anak-anak tersebut di atas;

6.3. Bahwa dikarenakan Suami Pemohon atau ayah kandung dari anak-anak tersebut sudah meninggal dunia maka untuk kehidupan anak-anak tersebut seterusnya dirawat, diasuh, dididik dan dibesarkan oleh Pemohon;

6.4. Bahwa setelah suami Pemohon tersebut meninggal dunia, maka hak perwalian (hak asuh) dari anak-anak tersebut berada dibawah pengasuhan Pemohon;

6.5. Bahwa oleh karena anak-anak tersebut masih di bawah umur (belum cakap melakukan perbuatan hukum), maka Pemohon memandang perlu mengajukan permohonan perwalian (hak asuh) atas anak-anak tersebut;

6.6. Bahwa maksud dan tujuan Pemohon mengajukan permohonan perwalian ini adalah untuk mengurus segala sesuatu yang berhubungan dengan harta peninggalan suami Pemohon yaitu Almarhum Tuan Harvino, S.AB bin Kiswo Karto;

6.7. Bahwa para Pemohon sanggup membayar seluruh biaya yang timbul dalam penyelesaian perkara ini.

7. Bahwa Pemohon memohon agar Majelis Hakim yang memeriksa dan mengadili perkara ini menyatakan Pemohon sebagai wali dari anak-anak kandung Pemohon yang bernama ;

7.1. Khansa Davina Zhafirah binti Harvino, S.AB, tersebut di atas;

7.2. Rafa Yusuf Aqilah bin Harvino, S.AB, tersebut di atas;

7.3. Khalifi Ahza Zikri bin Harvino, S.AB, tersebut di atas .

Bahwa berdasarkan hal-hal dan permasalahan-permasalahan yang telah diuraikan tersebut di atas, maka Pemohon memohon Kepada Yang Terhormat Bapak Ketua Pengadilan Agama Jakarta Timur c.q. Majelis Hakim yang memeriksa dan mengadili perkara ini berkenan Memberikan putusan, sebagai berikut:

1. Mengabulkan permohonan Pemohon untuk seluruhnya;



2. Menyatakan, menetapkan Pemohon sebagai wali dari anak-anak kandung Pemohon yang bernama;

   a. Khansa Davina Zhafirah binti Harvino, S.AB, tersebut di atas;

   b. Rafa Yusuf Aqilah bin Harvino, S.AB, tersebut di atas;

   c. Khalifi Ahza Zikri bin Harvino, S.AB, tersebut di atas.

3. Menetapkan biaya perkara menurut hukum; .

     Bahwa pada hari sidang yang telah ditetapkan, Pemohon datang menghadap dalam sidang.

     Bahwa kemudian dibacakan surat permohonan Pemohon tersebut yang isinya tetap dipertahankan oleh Pemohon.

     Bahwa Majelis telah mendengar keterangan dari Pemohon sebagai berikut :

- Bahwa saya adalah istri Harvino, S.AB bin Kiswo Karto.

- Bahwa anak yang bernama **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB,** dan **Khalifi Ahza Zikri bin Harvino, S.AB,** adalah anak kandung Pemohon dan Harvino, S.AB bin Kiswo Karto.

- Bahwa Harvino, S.AB bin Kiswo Karto telah meninggal dunia pada tanggal 29 Oktober 2018.

- Bahwa sejak Harvino, S.AB bin Kiswo Karto meninggal dunia, anak yang bernama Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB, dan Khalifi Ahza Zikri bin Harvino, S.AB, telah diasuh oleh Pemohon.

- Bahwa tidak ada pihak keberatan Pemohon sebagai wali dari anak bernama Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB dan Khalifi Ahza Zikri bin Harvino, S.AB.

     Bahwa untuk meneguhkan dalil-dalil permohonannya, Pemohon telah mengajukan bukti surat berupa:

1. Fotokopi Kartu Tanda Penduduk atas nama Pemohon NIK: 3374156502850004 tanggal 1 April 2018 (tertanda P.1).

2. Fotokopi Kutipan Akta Nikah atas nama Harvino, S.AB bin Kiswo Karto dan Pemohon Nomor: 675/44/XI/2007 tanggal 10 Nopember 2007 (tertanda P.2).

3. Fotokopi surat kematian atas nama Harvino, S.AB bin Kiswo Karto Nomor 3674-KM-16112018-0005 tanggal 16 Nopember 2018 (tertanda P.3).

4. Fotokopi Akta Kelahiran atas nama anak ke-I Pemohon Nomor 3374.ALU.2010.09291 tanggal 24 Juni 2010 (tertanda P.4).



*Hlm. 4 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

5. Fotokopi Akta Kelahiran atas nama anak ke-II Pemohon Nomor 3374.LU.09042-12.0058 tanggal 9 April 2012 (tertanda P.5).

6. Fotokopi Akta Kelahiran atas nama anak ke-III Pemohon Nomor 3374.LT.12101017.0085 tanggal 12 Oktober 2017 (tertanda P.6).

Bahwa selanjutnya Pemohon menyatakan tidak akan mengajukan bukti lain dan akhirnya mohon penetapan.

Bahwa untuk mempersingkat uraian penetapan ini, maka ditunjuk hal-hal sebagaimana tercantum dalam Berita Acara Sidang perkara ini dan harus dianggap telah termuat dalam pertimbangan Majelis secara keseluruhan.

## PERTIMBANGAN HUKUM

Menimbang, bahwa maksud dan tujuan permohonan Pemohon adalah seperti telah diuraikan di atas.

Menimbang, bahwa yang menjadi pokok masalah dalam perkara *a quo* bahwa Pemohon ibu kandung dari **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB,** dan **Khalifi Ahza Zikri bin Harvino, S.AB,** yang belum dewasa. Pemohon mohon agar ditetapkan Pengadilan Agama Jakarta Timur sebagai wali terhadap anak yang bernama **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB,** dan **Khalifi Ahza Zikri bin Harvino, S.AB.**

Menimbang, bahwa untuk membuktikan dalil-dalil permohonannya, Pemohon telah menyampaikan alat bukti surat yang telah dileges dengan meterai cukup, dicocokkan dengan surat aslinya dan telah ternyata sesuai dengan surat aslinya, alat bukti surat mana dibuat menurut ketentuan undang-undang di hadapan pejabat umum yang berwenang untuk itu, maka Majelis Hakim berpendapat alat bukti demikian telah memenuhi unsur akta *autentik* sebagaimana diatur Pasal 165 *HIR* yang memberikan bukti cukup tentang fakta hukum yang dalam alat bukti surat tersebut.

Menimbang, bahwa Pasal 49 huruf a angka 18 Undang-undang Nomor 7 Tahun 1989 tentang Peradilan Agama sebagaimana telah diubah dengan Undang-undang Nomor 3 Tahun 2006 dan Undang-undang Nomor 50 Tahun 2009, menyatakan bahwa "Pengadilan Agama berwenang untuk menerima, memeriksa, dan memutus perkara permohonan penunjukan seorang wali dalam hala seorang anak yang belum cukup umur 18 tahun yang ditinggal kedua orang tuanya padahal tidak ada penunjukan oleh orang tuanya".

*Hlm. 5 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

Menimbang bahwa Pasal 107 ayat (1), (2), (4) Kompilasi Hukum Islam menyatakan "Perwalian hanya terhadap anak yang belum mencapai umur 21 tahun dan atau belum pernah melangsungkan perkawinan", "Perwalian meliputi perwalian terhadap diri dan harta kekayaannya", "Wali sedapat-dapatnya diambil dari keluarga anak tersebut atau orang lain yang sudah dewasa, berpikiran sehat, adil, jujur dan berkelakuan baik, atau badan hukum". Wali melekat keawjiban-kewajiban yang harus ditunaikan sebagaimana diatur Pasal 110 Kompilasi Hukum Islam.

Menimbang bahwa berdasarkan pertimbangan hukum tersebut, majelis hakim berpendapat permohonan pemohon dapat dikabulkan.

Menimbang, bahwa berdasarkan ketentuan pasal 89 ayat (1) Undang-undang Nomor 7 Tahun 1989 tentang Peradilan Agama sebagaimana telah diubah dengan Undang-undang Nomor 3 Tahun 2006 dan Undang-undang Nomor 50 Tahun 2009, maka biaya perkara ini sepenuhnya dibebankan kepada Pemohon.

Memperhatikan segala ketentuan peraturan perundang-undangan yang berlaku dan hukum Islam yang berkaitan dengan perkara ini.

## M E N E T A P K A N

1. Mengabulkan permohonan Pemohon.

2. Menetapkan anak bernama **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB, dan Khalifi Ahza Zikri bin Harvino, S.AB** di bawah usia dewasa.

3. Menetapan Pemohon (**Fahrida Kurniawati binti Sulichan**) sebagai Wali terhadap anak yang masih di bawah usia dewasa, masing-masing bernama:

   3.1. **Khansa Davina Zhafirah binti Harvino, S.AB,**

   3.2. **Rafa Yusuf Aqilah bin Harvino, S.AB,**

   3.3. **Khalifi Ahza Zikri bin Harvino, S.AB**

3. Membebankan kepada Pemohon untuk membayar biaya perkara ini sejumlah Rp 281.000,00 (dua ratus delapan puluh satu ribu rupiah).

Demikian diputuskan dalam rapat permusyawaratan Majelis Hakim Pengadilan Agama Jakarta Timur pada hari Selasa tanggal 12 Nopember 2019 Masehi, oleh kami **Dr. H. Fauzan, S.H.,M.M.,M.H.** sebagai Ketua Majelis, **Drs. H. Hamdan, S.H.** dan **Drs. M. Nasir, M.H.** masing-masing sebagai Hakim Anggota, penetapan tersebut diucapkan dalam sidang terbuka untuk umum pada



*Hlm. 6 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

hari Selasa tanggal 12 Nopember 2019 Masehi bertepatan dengan tanggal 15 *Rabiulawal* 1441 *Hijriyah* oleh Ketua Majelis tersebut dengan didampingi oleh Hakim-hakim Anggota dan dibantu oleh Hamdani, S.HI sebagai Panitera Pengganti serta dihadiri oleh Kuasa Substitusi Pemohon.

Ketua Majelis

ttd

Dr. H. Fauzan, S.H.,M.M.,M.H.

Hakim Anggota　　　　　　　　　　　　Hakim Anggota

ttd　　　　　　　　　　　　　　　　　　ttd

Drs. H. Hamdan, S.H.　　　　　　　　　Drs. M. Nasir, M.H.

Panitera Pengganti,

Ttd

Hamdani, S.HI

Rincian Biaya Perkara :

1. Biaya pendaftaran　　　　　：　Rp　30.000,00
2. Biaya Proses　　　　　　　　：　Rp　75.000,00
3. Biaya panggilan　　　　　　：　Rp 150.000,00
4. Biaya PNBP panggilan　　　：　Rp　10.000,00
5. Redaksi putusan　　　　　　：　Rp　10.000,00
6. Meterai　　　　　　　　　　：　Rp　  6.000,00

Jumlah　　　　　　　　　　　：　Rp 281.000,00 (dua ratus delapan puluh satu ribu rupiah).

Untuk salinan sesuai dengan aslinya
Pengadilan Agama Jakarta Timur
An. Panitera,
Panitera Muda Hukum

Dra. Ida Fitriyani.

*Hlm. 7 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

# EXHIBIT 5

## IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: LION AIR FLIGHT JT 610 CRASH | ) ) ) ) ) ) ) ) ) ) | **Lead Case: 1:18-CV-07686**<br><br>**Honorable Thomas M. Durkin**<br><br>**This filing applies to: 19-CV-797** |

### AFFIDAVIT OF FAHRIDA KURNIAWATI

I, Fahrida Kurniawati, swear or affirm that:

1.     I am over the age of eighteen (18) years old and have personal knowledge of the facts contained in this Affidavit and can competently testify thereto if called as a witness in this cause.

2.     I terminated Tom Gardiner and Gardiner Koch Weisberg & Wrona on October 18, 2019.

3.     I no longer trust Tom Gardiner as my attorney.

4.     I requested Attorney Gardiner not contact me, nor proceed further in my case.

5.     That I traveled from Indonesia to be present at the November 14, 2019 mediation.

6.     That I requested to be placed in a different room from the attorneys of Gardiner Koch Weisberg & Wrona at the mediation.

7.     That I requested my attorneys Lessmeister & Samad continue the mediation, because I did not want Gardiner Koch Weisberg & Wrona nor Vini Wulandari negotiating for me or my children in this case.

8.     That I am comfortable with Lessmeister & Samad as my attorneys, because Jimmy Samad and Bilal Akram are Muslim, and understand my religious practices and customs.

9.     That attorney James Lessmeister has kept me informed about the status of my case, and is in constant communication with me and my translator through Whatsapp.

10.     That it was James Lessmeister who assisted me in having the Boeing Assistance Fund wired to my account.

11.     That I petitioned for and obtained guardianship over my three (3) children from the religious courts in Indonesia.

12.     That I no longer want Vini Wulandari as Co-administrator of my husband's estate, Harvino.

## PERNYATAAN FAHRIDA KURNIAWATI

1.      Saya berusia di atas delapan belas (18) tahun dan memiliki pengetahuan tentang fakta-fakta yang terkandung dalam Pernyataan tertulis ini dan dapat secara kompeten memberikan kesaksian jika dipanggil sebagai saksi dalam hal ini.

2.      Saya mengakhiri Perjanjian dengan Tom Gardiner dan Gardiner Koch Weisberg & Wrona pada tanggal 18 Oktober 2019.

3.      Saya tidak lagi percaya Tom Gardiner sebagai pengacara saya.

4.      Saya meminta Pengacara Gardiner untuk tidak menghubungi saya lagi, atau melanjutkan lebih jauh mengenai kasus saya.

5.      Bahwa saya bepergian dari Indonesia untuk hadir pada mediasi tanggal 14 November 2019.

6.      Bahwa saya meminta ditempatkan di ruangan yang berbeda dari pengacara Gardiner Koch Weisberg & Wrona pada saat mediasi.

7.      Bahwa saya meminta pengacara saya Lessmeister & Samad melanjutkan mediasi, karena saya tidak ingin Gardiner Koch Weisberg & Wrona atau Vini Wulandari bernegosiasi untuk saya dan untuk anak-anak saya dalam kasus ini.

8.      Bahwa saya merasa nyaman dengan Lessmeister & Samad sebagai pengacara saya, karena Jimmy Samad dan Bilal Akram adalah seorang Muslim, dan memahami praktik dan kebiasaan agama saya.

9.     Pengacara James Lessmeister telah memberi saya informasi tentang status kasus saya, dan terus berkomunikasi dengan saya dan penerjemah saya melalui Whatsapp Group.

10.     Bahwa James Lessmeister yang telah membantu saya dalam proses pengiriman Dana Santunan Boeing ke akun saya.

11.     Bahwa saya telah mengajukan penetapan dan telah mendapatkan hak perwalian atas tiga (3) anak saya dari pengadilan agama di Indonesia.

12.     Bahwa saya tidak lagi menginginkan Vini Wulandari sebagai Co-administrator atas harta peninggalan milik suami saya, HARVINO.


FURTHER AFFIANT SAYETH NAUGHT:

Dengan ini saya bersumpah dan menyatakan


I swear or affirm that the above and foregoing representations are true and correct to the best of my information, knowledge, and belief.

Saya bersumpah atau menyatakan bahwa pernyataan saya di atas adalah benar dan benar sesuai dengan informasi, pengetahuan, dan kepercayaan saya.

_____

Fahrida Kurniawati

SUBSCRIBED AND SWORN to
before me this 15th day of November, 2019

_____
Notary Public

OFFICIAL SEAL
JIMMY A SAMAD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/23/21

# EXHIBIT 6

# Lessmeister & Samad, PLLC

**Attorneys & Counselors at Law**
105 W. Adams, Suite 2020, Chicago, IL 60603
Telephone: 312.929.2630

James J. Lessmeister Cell: 312.351.4620

James J. Lessmeister Email: jlessmeister@lessmeisterlaw.com

October 25, 2019

VIA EMAIL TO: tgardiner@gkwwlaw.com
Mr. Thomas G. Gardiner
Gardiner, Koch, Weisberg and Wrona
53 W. Jackson Blvd, Suite 950
Chicago, IL 60604

Re:    Fahrida Kurniawati i/r/t Lion Air Flight 610

Dear Mr. Gardiner:

We represent Ms. Fahrida Kurniawati. Please direct all further communications to my attention. Please cease contacting Ms. Kurniawati and please have Vinni cease communications with Ms. Kurniawati.

Please provide us the content of Ms. Kurniawati's file regarding the Lion Air Flight 610 matter. We can arrange to pick up the file from your office and we will pay for any costs for the copying the content of her file.

Attached is Ms. Kurniawati's discharge letter.

Thank you.

Respectfully,

James J. Lessmeister

October 18, 2019

Mr. Thomas G. Gardiner
Gardiner, Koch, Weisberg and Wrona
53 W. Jackson Blvd,
Suite 950
Chicago, IL 60604

Re: Termination Letter Harvino matter, Lion Air Flight 610.


Dear Mr. Gardiner:

I would like to terminate the legal relationship that we have as I have obtained other counsel.

My new lawyer will contact you to get a copy of my file.

Please do not contact me or proceed any further in my case.


Saya bermaksud memutuskan hubungan legal kita karena saya sudah mendapatkan penasehat lain.

Pengacara baru saya akan menghubungi anda untuk mendapatkan Salinan berkas saya.

Mohon tidak lagi menghubungi saya atau melanjutkan apa pun terkait perkara saya.

Sincerely,

Fahrida Kurniawati