**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| FAHRIDA KURNIAWATI and | ) | |
| VINI WULANDARI, as Co-Special | ) | |
| Administrators of the Estate of | ) | |
| HARVINO, deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. |
| | ) | |
| THE BOEING COMPANY, a corporation, | ) | Plaintiffs Demand |
| | ) | Trial by Jury |
| Defendant. | ) | |

## PETITION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES the petitioners, FAHRIDA KURNIAWATI, wife of the decedent, and VINI WULANDARI, sister of the decedent, by and through their attorneys, GARDINER KOCH WEISBERG & WRONA, and move this Honorable Court for the entry of an order appointing FAHRIDA KURNIAWATI and VINI WULANDARI to act as Co-Special Administrators of the Estate of HARVINO, deceased, pursuant to 735 ILCS 5/2-1008, and for leave to file her Complaint at Law, *instanter*, and in support thereof, states as follows:

1.      On October 29, 2018, HARVINO died.

2.      At the time of his death, the decedent, HARVINO, was survived by the following heirs and legatees:

| Heir name | Relationship to decedent | Adult or Minor |
|---|---|---|
| FAHRIDA KURNIAWATI | Wife | Adult |
| KHANSA DAVINA ZHAFIRAH | Daughter | Minor |
| RAFA YUSUF AQILAH | Son | Minor |
| KHALIFI AHZA ZIKR | Son | Minor |

3.      Due notice of this Petition has been provided to all heirs and legatees of HARVINO, and they consent to the appointment of FAHRIDA KURNIAWATI and VINI WULANDARI as Co-Special Administrators of the Estate of HARVINO, deceased.

1

4. No petition for letters of office has been filed for decedent's estate.

5. This cause of action is the sole asset of the decedent's estate.

6. The decedent's heirs have a viable wrongful death action to be filed in the Law Division of the Circuit Court of Cook County, Illinois.

7. Petitioner FAHRIDA KURNIAWATI is a "next of kin" of the decedent, and Petitioners together are entitled to bring this action on behalf of all heirs under the Illinois Wrongful Death Act.

8. The information contained in this petition is based on the personal knowledge of the petitioners FAHRIDA KURNIAWATI and VINI WULANDARI.

9. Petitioners FAHRIDA KURNIAWATI, wife of the decedent, and VINI WULANDARI, sister of the decedent, are duly qualified to act as Co-Special Administrators of the Estate of HARVINO.

WHEREFORE, Petitioners FAHRIDA KURNIAWATI and VINI WULANDARI move this Honorable Court for an order appointing FAHRIDA KURNIAWATI and VINI WULANDARI as Co-Special Administrators of the Estate of HARVINO, deceased, and for leave to file their Complaint at Law, *instanter*.

Respectfully submitted,
FAHRIDA KURNIAWATI and
VINI WULANDARI,

By: _____
One of their attorneys

Thomas G. Gardiner (tgardiner@gkwwlaw.com)
John R. Wrona (jwrona@gkwwlaw.com)
Shannon V. Condon (scondon@gkwwlaw.com)
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440
Atty. No. 58588

2

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FAHRIDA KURNIAWATI and )
VINI WULANDARI, as Co-Special )
Administrators of the Estate of )
HARVINO, deceased, )
                            )
         Plaintiffs, )
vs. )           Case No.
                            )
THE BOEING COMPANY, a corporation, )
                            )
        Defendant. )

### AFFIDAVIT OF HEIRSHIP

I, FAHRIDA KURNIAWATI, being first duly sworn on oath, depose and state:

1.    The decedent, HARVINO (aka HARVINO BIN KISWO KARTO), died on October 29, 2018, at the age of 41 years and at the time of his death his address was Serpong Green Park 2 Block F19 Housing, Ciater, Serpong, South Tangerang, Indonesia.

2.    Affiant is the surviving spouse of HARVINO, decedent herein. The affiant is a resident of Indonesia, is of legal age and is mentally competent.

3.    The decedent was married only once to FAHRIDA KURNIAWATI. The following children were born to the decedent during the marriage, and no other children were born to or adopted by decedent:
    a.    KHANSA DAVINA ZHAFIRAH, his minor child born June 7, 2010;
    b.    RAFA YUSUF AQILAH, his minor child born March 19, 2012; and
    c.    KHALIFI AHZA ZIKRI., his minor child born February 11, 2017.

4.    Based on the foregoing, decedent left surviving as his heirs the following, all of whom survived the decedent, and in the absence of any indication to the contrary, are of legal age, are mentally competent, and if children, are natural children:

    a.    FAHRIDA KURNIAWATI, wife
    b.    KHANSA DAVINA ZHAFIRAH, minor child
    c.    RAFA YUSUF AQILAH, minor child
    d.    KHALIFI AHZA ZIKRI., minor child

5.   The decedent, HARVINO, died intestate without a will, and no letters of
administration have been issued; and the sole asset of his estate is a cause of
action for negligence/product liability.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the
above signed certifies that the statements set forth in this instrument are true and correct, except
as to matters therein stated to be on information and belief, and as to such matters the above
signed certifies as aforesaid that she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

_____
FAHRIDA KURNIAWATI

Prepared by:
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440
Atty. No. 58588