## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| FAHRIDA KURNIAWATI and VINI WULANDARI, as Co-Special Administrators of the Estate of HARVINO, deceased, ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. |
| ) | |
| THE BOEING COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

### CONSENT

I, FAHRIDA KURNIAWATI, an heir of HARVINO, deceased, being of legal age and under no disability, appear, waive notice, and consent to the immediate appointment of FAHRIDA KURNIAWATI and VINI WULANDARI as Co-Special Administrators of the Estate of HARVINO, deceased.

13 Desember 2018
Dated:

FAHRIDA KURNIAWATI
(Wife of HARVINO)

Thomas G. Gardiner (tgardiner@gkwwlaw.com)
John R. Wrona (jwrona@gkwwlaw.com)
Shannon V. Condon (scondon@gkwwlaw.com)
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440
Atty. No. 58588

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FAHRIDA KURNIAWATI and )
VINI WULANDARI, as Co-Special )
Administrators of the Estate of )
HARVINO, deceased, )
                                   )
      Plaintiffs, )
vs. ) Case No.
                                   )
THE BOEING COMPANY, a corporation, )
                                   )
      Defendant. )

### CONSENT

I, FAHRIDA KURNIAWATI, as mother and next friend of my child KHANSA DAVINA ZHAFIRAH, a minor and an heir of HARVINO, deceased, being of legal age and under no disability, appear, waive notice, and consent to the immediate appointment of FAHRIDA KURNIAWATI and VINI WULANDARI as Co-Special Administrators of the Estate of HARVINO, deceased.

13 Desember 2018
Dated:

FAHRIDA KURNIAWATI, as mother and
next friend of KHANSA DAVINA ZHAFIRAH, a
minor


Thomas G. Gardiner (tgardiner@gkwwlaw.com)
John R. Wrona (jwrona@gkwwlaw.com)
Shannon V. Condon (scondon@gkwwlaw.com)
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440
Atty. No. 58588

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| FAHRIDA KURNIAWATI and VINI WULANDARI, as Co-Special Administrators of the Estate of HARVINO, deceased, <br><br> Plaintiffs, <br> vs. <br><br> THE BOEING COMPANY, a corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. ) ) ) ) ) |

## CONSENT

I, FAHRIDA KURNIAWATI, as mother and next friend of my child KHALIFI AHZA ZIKRI, a minor and an heir of HARVINO, deceased, being of legal age and under no disability, appear, waive notice, and consent to the immediate appointment of FAHRIDA KURNIAWATI and VINI WULANDARI as Co-Special Administrators of the Estate of HARVINO, deceased.

13 Desember 2018
Dated:

FAHRIDA KURNIAWATI, as mother and next friend of KHALIFI AHZA ZIKRI, a minor

Thomas G. Gardiner (tgardiner@gkwwlaw.com)
John R. Wrona (jwrona@gkwwlaw.com)
Shannon V. Condon (scondon@gkwwlaw.com)
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440
Atty. No. 58588

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| FAHRIDA KURNIAWATI and VINI WULANDARI, as Co-Special Administrators of the Estate of HARVINO, deceased, ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. |
| ) | |
| THE BOEING COMPANY, a corporation, ) ) | |
| Defendant. ) | |

## CONSENT

I, FAHRIDA KURNIAWATI, as mother and next friend of my child RAFA YUSUF AQILAH, a minor and an heir of HARVINO, deceased, being of legal age and under no disability, appear, waive notice, and consent to the immediate appointment of FAHRIDA KURNIAWATI and VINI WULANDARI as Co-Special Administrators of the Estate of HARVINO, deceased.

13 December 2018
Dated:

FAHRIDA KURNIAWATI, as mother and next friend of RAFA YUSUF AQILAH, a minor

Thomas G. Gardiner (tgardiner@gkwwlaw.com)
John R. Wrona (jwrona@gkwwlaw.com)
Shannon V. Condon (scondon@gkwwlaw.com)
GARDINER KOCH WEISBERG & WRONA
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Phone: 312.362.0000
Fax: 312-362-0440
Atty. No. 58588

6