# EXHIBIT 1

# PENETAPAN

Nomor 0587/Pdt.P/2019/PA JT



## DEMI KEADILAN BERDASARKAN KETUHANAN YANG MAHA ESA

Pengadilan Agama Jakarta Timur yang memeriksa dan mengadili perkara perdata agama pada tingkat pertama, dalam sidang Majelis telah menjatuhkan penetapan atas permohonan **Perwalian Anak** yang diajukan oleh:

**Fahrida Kurniawati binti Sulichan**, umur 34 tahun, agama Islam, pekerjaan Mengurus Rumah Tangga, tempat kediaman di Jalan Serpong Green Park 2 Blok F.19 RT 002/RW 016, Kelurahan Ciater, KecamatanS erpong, Kota Tangerang Selatan Provinsi Banten, selanjutnya disebut Pemohon, dalam hal ini memberikan kuasa kepada EDY HARYANTO, S.H, pekerjaan Advokat, alamat Jalan Jend, A.Yani Kav. 3B (by pass) Kelurahan Utan Kayu Kecamatan Matraman Kotamadya Jakarta Timur berdasarkan surat kuasa khusus tanggal 5 Nopember 2019.dalam hal ini memberikan kuasa Substitusi kepada Solahudin Pugung, SH.M.H dan Rekan para Advokat dan Penasehat Hukum dari lembaga Kajian dan Bantuan Hukum Kartika Nusantara (LKBH-KN) beralamat di jalan PKP No 16, Kelurahan Cibubur, Kecamatan Ciracas Jakarta Timur berdasarkan surat Kuasa Sunstitusi tanggal 11 Nopember 2019;



Pengadilan Agama tersebut.

Telah mempelajari berkas perkara.

## DUDUK PERKARA

Bahwa Pemohon dengan surat permohonannya tertanggal 5 Nopember 2019 yang terdaftar di Kepaniteraan Pengadilan Agama Jakarta Timur dalam register Nomor 0587/Pdt.P/2019/PAJT tanggal 6 Nopember 2019, telah mengemukakan hal-hal pada pokoknya sebagai berikut :

1. Bahwa Pemohon adalah isteri satu-satunya yang sah dari Almarhum Tuan Harvino, S.AB bin Kiswo Karto, yang telah melangsungkan pernikahan pada hari Sabtu, tanggal 10 November 2007, di hadapan Pegawai Pencatat Nikah (PPN) Kantor Urusan Agama (KUA) sebagaimana terbukti dalam Buku Kutipan Akta Nikah Nomor : 675/44/X/2007;

*Hlm. 1 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

2. Bahwa Setelah menikah Pemohon dan Almarhum Tuan Harvino, S.AB bin Kiswo Karto, hidup berumah tangga dan bertempat tinggal di alamat tersebut di atas;

3. Bahwa selama berumah tangga antara Pemohon dan Almarhum Tuan Harvino, S.AB bin Kiswo Karto, (Suami) telah berhubungan sebagaimana layaknya suami istri dan telah dikaruniai 3 (Tiga) anak yang bernama sebagai berikut:

    3.1. Khansa Davina Zhafirah binti Harvino, S.AB, perempuan, umur 9 tahun, lahir di Semarang pada tanggal 7-6-2010 (tujuh Juni dua ribu sepuluh) sebagaimana ternyata dalam Kutipan Akta Kelahiran yang dikeluarkan oleh Dinas Kependudukan dan Pencatatan Sipil Nomor: 3374.ALU.2010.09291 tertanggal 24-6-2010 (dua puluh empat Juni dua ribu sepuluh);

    3.2. Rafa Yusuf Aqilah bin Harvino, S.AB, laki-laki, umur 7 tahun, lahir di Semarang pada tanggal 14-3-2012 (empat belas Maret dua ribu dua belas) sebagaimana ternyata dalam Kutipan Akta Kelahiran yang dikeluarkan oleh Dinas Kependudukan dan Pencatatan Sipil Nomor : 3374.LU.09042012.0058 tertanggal 9-4-2012 (sembilan April dua ribu dua belas);

    3.3. Khalifi Ahza Zikri bin Harvino, S.AB, laki-laki, umur 2 Tahun, lahir di Tangerang Selatan pada tanggal 11-2-2017 (empat belas Maret dua ribu dua belas) sebagaimana ternyata dalam Kutipan Akta Kelahiran yang dikeluarkan oleh Dinas Kependudukan dan Pencatatan Sipil Nomor 3374-LT-12102017-0085 tertanggal 12-10-2017 (dua belas Oktober dua ribu tujuh belas)

4. Bahwa Almarhum Tuan Harvino, S.AB bin Kiswo Karto telah meninggal dunia pada hari Senin, tanggal 29 Oktober 2018 sebagaimana ternyata dalam Kutipan Akta Kematian Nomor 3674-KM-16112018-0005 yang dikeluarkan oleh Pejabat Pencatatan Sipil Kota Tangerang Selatan pada tanggal 16 November 2018.

5. Bahwa Pemohon bermaksud mengajukan permohonan perwalian atas anak-anak kandungnya yang bernama sebagaimana berikut ini:

    5.1. Khansa Davina Zhafirah binti Harvino, S.AB, tersebut di atas;

    5.2. Rafa Yusuf Aqilah bin Harvino, S.AB, tersebut di atas;

    5.3. Khalifi Ahza Zikri bin Harvino, S.AB, tersebut di atas .

6. Bahwa Pemohon mengajukan permohonan Perwalian anak-anak kandungnya tersebut pada angka 3 dan 5 di atas, dengan alasan-alasan sebagai berikut :



*Hlm. 2 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

6.1. Bahwa Suami dari Pemohon yaitu Almarhum Tuan Harvino, S.AB bin Kiswo Karto telah meninggal dunia yakni pada hari, tanggal 29 Oktober 2018 sebagaimana ternyata dalam Kutipan Akta Kematian Nomor 3674-KM-16112018-0005 yang dikeluarkan oleh Pejabat Pencatatan Sipil Kota Tangerang Selatan pada tanggal 16 November 2018.

6.2. Bahwa Pemohon mempunyai hubungan keluarga dengan anak-anak tersebut yakni sebagai Ibu Kandung dari anak-anak tersebut di atas;

6.3. Bahwa dikarenakan Suami Pemohon atau ayah kandung dari anak-anak tersebut sudah meninggal dunia maka untuk kehidupan anak-anak tersebut seterusnya dirawat, diasuh, dididik dan dibesarkan oleh Pemohon;

6.4. Bahwa setelah suami Pemohon tersebut meninggal dunia, maka hak perwalian (hak asuh) dari anak-anak tersebut berada dibawah pengasuhan Pemohon;



6.5. Bahwa oleh karena anak-anak tersebut masih di bawah umur (belum cakap melakukan perbuatan hukum), maka Pemohon memandang perlu mengajukan permohonan perwalian (hak asuh) atas anak-anak tersebut;

6.6. Bahwa maksud dan tujuan Pemohon mengajukan permohonan perwalian ini adalah untuk mengurus segala sesuatu yang berhubungan dengan harta peninggalan suami Pemohon yaitu Almarhum Tuan Harvino, S.AB bin Kiswo Karto;

6.7. Bahwa para Pemohon sanggup membayar seluruh biaya yang timbul dalam penyelesaian perkara ini.

7. Bahwa Pemohon memohon agar Majelis Hakim yang memeriksa dan mengadili perkara ini menyatakan Pemohon sebagai wali dari anak-anak kandung Pemohon yang bernama ;

7.1. Khansa Davina Zhafirah binti Harvino, S.AB, tersebut di atas;

7.2. Rafa Yusuf Aqilah bin Harvino, S.AB, tersebut di atas;

7.3. Khalifi Ahza Zikri bin Harvino, S.AB, tersebut di atas .

Bahwa berdasarkan hal-hal dan permasalahan-permasalahan yang telah diuraikan tersebut di atas, maka Pemohon memohon Kepada Yang Terhormat Bapak Ketua Pengadilan Agama Jakarta Timur c.q. Majelis Hakim yang memeriksa dan mengadili perkara ini berkenan Memberikan putusan, sebagai berikut:

1. Mengabulkan permohonan Pemohon untuk seluruhnya;

*Hlm. 3 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

2. Menyatakan, menetapkan Pemohon sebagai wali dari anak-anak kandung Pemohon yang bernama;

   a. Khansa Davina Zhafirah binti Harvino, S.AB, tersebut di atas;

   b. Rafa Yusuf Aqilah bin Harvino, S.AB, tersebut di atas;

   c. Khalifi Ahza Zikri bin Harvino, S.AB, tersebut di atas.

3. Menetapkan biaya perkara menurut hukum; .

Bahwa pada hari sidang yang telah ditetapkan, Pemohon datang menghadap dalam sidang.

Bahwa kemudian dibacakan surat permohonan Pemohon tersebut yang isinya tetap dipertahankan oleh Pemohon.

Bahwa Majelis telah mendengar keterangan dari Pemohon sebagai berikut :

- Bahwa saya adalah istri Harvino, S.AB bin Kiswo Karto.
- Bahwa anak yang bernama **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB,** dan **Khalifi Ahza Zikri bin Harvino, S.AB,** adalah anak kandung Pemohon dan Harvino, S.AB bin Kiswo Karto.
- Bahwa Harvino, S.AB bin Kiswo Karto telah meninggal dunia pada tanggal 29 Oktober 2018.
- Bahwa sejak Harvino, S.AB bin Kiswo Karto meninggal dunia, anak yang bernama Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB, dan Khalifi Ahza Zikri bin Harvino, S.AB, telah diasuh oleh Pemohon.
- Bahwa tidak ada pihak keberatan Pemohon sebagai wali dari anak bernama Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB dan Khalifi Ahza Zikri bin Harvino, S.AB.

Bahwa untuk meneguhkan dalil-dalil permohonannya, Pemohon telah mengajukan bukti surat berupa:

1. Fotokopi Kartu Tanda Penduduk atas nama Pemohon NIK: 3374156502850004 tanggal 1 April 2018 (tertanda P.1).

2. Fotokopi Kutipan Akta Nikah atas nama Harvino, S.AB bin Kiswo Karto dan Pemohon Nomor: 675/44/XI/2007 tanggal 10 Nopember 2007 (tertanda P.2).

3. Fotokopi surat kematian atas nama Harvino, S.AB bin Kiswo Karto Nomor 3674-KM-16112018-0005 tanggal 16 Nopember 2018 (tertanda P.3).

4. Fotokopi Akta Kelahiran atas nama anak ke-I Pemohon Nomor 3374.ALU.2010.09291 tanggal 24 Juni 2010 (tertanda P.4).

5. Fotokopi Akta Kelahiran atas nama anak ke-II Pemohon Nomor 3374.LU.09042-12.0058 tanggal 9 April 2012 (tertanda P.5).

6. Fotokopi Akta Kelahiran atas nama anak ke-III Pemohon Nomor 3374.LT.12101017.0085 tanggal 12 Oktober 2017 (tertanda P.6).

Bahwa selanjutnya Pemohon menyatakan tidak akan mengajukan bukti lain dan akhirnya mohon penetapan.

Bahwa untuk mempersingkat uraian penetapan ini, maka ditunjuk hal-hal sebagaimana tercantum dalam Berita Acara Sidang perkara ini dan harus dianggap telah termuat dalam pertimbangan Majelis secara keseluruhan.

## PERTIMBANGAN HUKUM

Menimbang, bahwa maksud dan tujuan permohonan Pemohon adalah seperti telah diuraikan di atas.

Menimbang, bahwa yang menjadi pokok masalah dalam perkara *a quo* bahwa Pemohon ibu kandung dari **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB, dan Khalifi Ahza Zikri bin Harvino, S.AB,** yang belum dewasa. Pemohon mohon agar ditetapkan Pengadilan Agama Jakarta Timur sebagai wali terhadap anak yang bernama **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB,** dan **Khalifi Ahza Zikri bin Harvino, S.AB.**

Menimbang, bahwa untuk membuktikan dalil-dalil permohonannya, Pemohon telah menyampaikan alat bukti surat yang telah dileges dengan meterai cukup, dicocokkan dengan surat aslinya dan telah ternyata sesuai dengan surat aslinya, alat bukti surat mana dibuat menurut ketentuan undang-undang di hadapan pejabat umum yang berwenang untuk itu, maka Majelis Hakim berpendapat alat bukti demikian telah memenuhi unsur akta *autentik* sebagaimana diatur Pasar 165 *HIR* yang memberikan bukti cukup tentang fakta hukum yang dalam alat bukti surat tersebut.

Menimbang, bahwa Pasal 49 huruf a angka 18 Undang-undang Nomor 7 Tahun 1989 tentang Peradilan Agama sebagaimana telah diubah dengan Undang-undang Nomor 3 Tahun 2006 dan Undang-undang Nomor 50 Tahun 2009, menyatakan bahwa "Pengadilan Agama berwenang untuk menerima, memeriksa, dan memutus perkara permohonan penunjukan seorang wali dalam hala seorang anak yang belum cukup umur 18 tahun yang ditinggal kedua orang tuanya padahal tidak ada penunjukan oleh orang tuanya".

Menimbang bahwa Pasal 107 ayat (1), (2), (4) Kompilasi Hukum Islam menyatakan "Perwalian hanya terhadap anak yang belum mencapai umur 21 tahun dan atau belum pernah melangsungkan perkawinan", "Perwalian meliputi perwalian terhadap diri dan harta kekayaannya", "Wali sedapat-dapatnya diambil dari keluarga anak tersebut atau orang lain yang sudah dewasa, berpikiran sehat, adil, jujur dan berkelakuan baik, atau badan hukum". Wali melekat keawjiban-kewajiban yang harus ditunaikan sebagaimana diatur Pasal 110 Kompilasi Hukum Islam.

Menimbang bahwa berdasarkan pertimbangan hukum tersebut, majelis hakim berpendapat permohonan pemohon dapat dikabulkan.

Menimbang, bahwa berdasarkan ketentuan pasal 89 ayat (1) Undang-undang Nomor 7 Tahun 1989 tentang Peradilan Agama sebagaimana telah diubah dengan Undang-undang Nomor 3 Tahun 2006 dan Undang-undang Nomor 50 Tahun 2009, maka biaya perkara ini sepenuhnya dibebankan kepada Pemohon.

Memperhatikan segala ketentuan peraturan perundang-undangan yang berlaku dan hukum Islam yang berkaitan dengan perkara ini.

## M E N E T A P K A N



1. Mengabulkan permohonan Pemohon.

2. Menetapkan anak bernama **Khansa Davina Zhafirah binti Harvino, S.AB, Rafa Yusuf Aqilah bin Harvino, S.AB,** dan **Khalifi Ahza Zikri bin Harvino, S.AB** di bawah usia dewasa.

3. Menetapan Pemohon (**Fahrida Kurniawati binti Sulichan**) sebagai Wali terhadap anak yang masih di bawah usia dewasa, masing-masing bernama:

   3.1. **Khansa Davina Zhafirah binti Harvino, S.AB,**

   3.2. **Rafa Yusuf Aqilah bin Harvino, S.AB,**

   3.3. **Khalifi Ahza Zikri bin Harvino, S.AB**

3. Membebankan kepada Pemohon untuk membayar biaya perkara ini sejumlah Rp 281.000,00 (dua ratus delapan puluh satu ribu rupiah).

Demikian diputuskan dalam rapat permusyawaratan Majelis Hakim Pengadilan Agama Jakarta Timur pada hari Selasa tanggal 12 Nopember 2019 Masehi, oleh kami **Dr. H. Fauzan, S.H.,M.M.,M.H.** sebagai Ketua Majelis, **Drs. H. Hamdan, S.H.** dan **Drs. M. Nasir, M.H.** masing-masing sebagai Hakim Anggota, penetapan tersebut diucapkan dalam sidang terbuka untuk umum pada

hari Selasa tanggal 12 Nopember 2019 Masehi bertepatan dengan tanggal 15 *Rabiulawal* 1441 *Hijriyah* oleh Ketua Majelis tersebut dengan didampingi oleh Hakim-hakim Anggota dan dibantu oleh Hamdani, S.HI sebagai Panitera Pengganti serta dihadiri oleh Kuasa Substitusi Pemohon.

Ketua Majelis

ttd

Dr. H. Fauzan, S.H.,M.M.,M.H.

Hakim Anggota

ttd

Drs. H. Hamdan, S.H.

Hakim Anggota

ttd

Drs. M. Nasir, M.H.

Panitera Pengganti,

Ttd

Hamdani, S.HI

Rincian Biaya Perkara :

| | | |
|---|---|---|
| 1. Biaya pendaftaran | : | Rp 30.000,00 |
| 2. Biaya Proses | : | Rp 75.000,00 |
| 3. Biaya panggilan | : | Rp 150.000,00 |
| 4. Biaya PNBP panggilan | : | Rp 10.000,00 |
| 5. Redaksi putusan | : | Rp 10.000,00 |
| 6. Meterai | : | Rp 6.000,00 |
| Jumlah | : | Rp 281.000,00 (dua ratus delapan puluh satu ribu rupiah). |

Untuk salinan sesuai dengan aslinya
Pengadilan Agama Jakarta Timur
An. Panitera,
Panitera Muda Hukum

Dra. Ida Fitriyani.

*Hlm. 7 dari 7 halaman, Pen. No. 0587/Pdt.P/2019/PA JT*

# EXHIBIT 2



Esta Página es del Pueblo.
Si te gusta el Periodismo Independiente sin
mezclarse con el Poder, aporta un donativo a la
cuenta HSBC 6116225831

## NOTICIAS DEL MUNDO MAYA Y MEXICO

# The Boeing 737 MAX 8 compensation marred by bribery

Publicado en 2 diciembre, 2019 — en Actualidad — por Pedro Canché



In an escalation of the Boeing 737 Max 8 woes, several top lawyers have been arrested over claims of bribery in Nairobi in the compensation of victims who perished in an Ethiopian airlines boeing crash.

Viusasanews understands Ivan Henry, Vini Wulandari, Gustavina Komala Gani and Mohammad Narobby all nationals of Indonesia working for Steve Marks from Podhurst Orseck, P.A. a law firm in Miami, Florida, were arrested on November 27 for attempted bribery and for illegally working in Kenya.

According to officers probing the matter, Ivan Henry, Vini Wulandari, Gustavina Komala Gani and Mohammad Narobby had come to Africa to offer money to the families of the victims of the Ethiopian Airlines Flight 302 crash to lure them in switching lawyers. The families of the victims they were contacting had already hired Kenyan and USA lawyers. Their objective was to bribe the local lawyers and family members so that Steve Marks of the firm of Podhurst Orseck could take over the representation of those cases. The scheme involved contacting clients from Clifford Law Offices, Ribbeck Law

Chartered, Wisner Law Firm all of them from Chicago and Kreindler and Kreindler LLP from New York City.

Ethiopian Airlines Flight 302 was a flight from Addis Ababa in Ethiopia to Nairobi, Kenya. On March 10, 2019, the Boeing 737 MAX 8 aircraft which operated the flight crashed near the town of Bishoftu six minutes after takeoff, killing all 157 people aboard.

The police and immigration authorities prevented the Indonesian nationals from continuing with their plan when a family member represented by Clifford Law Offices called the authorities.

A local Kenyan by the name of Amos was recruited by Steve Marks from the Podhurst Orseck law firm to unethically contact already represented families of the victims of the crash according to comments made by Ivan Henry. According to the investigation, Vini Walandari would contact the families with the pretext of providing news about the court case in Chicago and offering "comfort" for the families tragic loss. Once the family had agreed to meet her, then Vini and the gang would offer the victims' families money to switch lawyers.



In line with their scheme, the Indonesian nationals working for Steve Marks of Podhurst Orseck would bribe local lawyers and family members. Ivan Henry on behalf Steve Marks of Podhurst Orseck would pay US$30,000.00 to the local lawyers so they would terminate their existing contracts with law firms like Clifford Law Offices and give their cases to Steve Marks of Podhurst Orseck.

In addition to paying bribes to the local lawyers Steve Marks from Podhurst Orseck would also pay an upfront payment to the clients to switch lawyers. The amounts

payable to the clients varied from US$20,000.00 to hundreds of thousands of dollars depending on the value of their cases. Besides an initial payment to switch, the clients are also paid monthly payments equivalent to the passenger's salary until their cases are settled.

Mercy Wambua, the Chief Executive Officer of the Law Society Of Kenya stated: "we are outraged with the unethical practices of Steve Marks from the Podhurst Orseck law firm in Kenya. We will file complaints with the Bar of Florida and will seek punishment from the local Kenyan authorities." Ms. Mercy Wambua added that "these are very serious violations of the law and ethics rules that could cause for these lawyers to be disbarred and be criminally charged."

Fuente



 3,074 total views, 11 views today

Banner

f  FACEBOOK                    🐦 TWITTER                    ⊙ WHATSAPP

PEDRO CANCHÉ  ÚLTIMAS PUBLICACIONES

Pedro Canché es un periodista independiente y el fundador de **Pedro Canche Noticias.** El ha sido perseguido por el Gobierno Mexicano por darle voz al pueblo indígena Maya y los campesinos del Yucatan y pasó 9 meses en la cárcel en un caso de persecución politico que Reporteros Sin Fronteras llamaban absurdo. *"Podrán encerrar el*

*cuerpo humano pero nunca podrán encerrar la libertad de expresión."* dijó Pedro Canché.

 

SHOW COMMENTS

Buscar...    🔍

CANCUN

27°

scattered clouds
61% humidity
wind: 4m/s ENE
H 27 • L 27

26°     27°     28°     28°     29°
FRI      SAT      SUN      MON      TUE

Weather from OpenWeatherMap

FACEBOOK

# EXHIBIT 3

Case: 1:18-cv-07686 Document #: 365-1 Filed: 12/06/19 Page 15 of 28 PageID #:3160



**KAHAWA TUNGU**

BITTER . SWEET




**BUSINESS**    **NEWS**

# Bribery Claims Take Centre-stage in Bœing 737 Max 8 Compensation Case

Several top lawyers are said to have been arrested after trying to bribe families of Kenyan victims

 by **Francis Muli**    December 2, 2019, 5:24 PM       -1 Votes



× close

Ethiopian Airlines Boeing 737 Max 8 compensation case has taken a new twist, after bribery allegations emerged against a number of Indonesian lawyers.

Unconfirmed reports indicate that Indonesian lawyers Ivan Henry, Vini Wulandari, Gustavina Komala Gani and Mohammad Narobby, were on November 27 arrested in US over claims of bribery in Nairobi in the compensation of families of victims who perished in the crash.

The lawyers who work for P.A. a law firm in Miami, Florida, were arrested for attempted bribery and for illegally working in Kenya.

Read: No Bodies To Bury, Most Were Reduced To Ashes, Ethiopian Airlines CEO

The lawyers are accused of trying to offer loads of money to the families of the victims of the Ethiopian Airlines Flight 302 crash in a bid to make them switch lawyers.

Media reports indicate that the lawyers (Indonesian) wanted the already hired Kenyan and US lawyers removed from the case, and instead Steve Marks of the firm of Podhurst Orseck hired for the work.

× close

Case: 1:18-cv-07686 Document #: 265-1 Filed: 12/06/19 Page 17 of 28 PageID #:3162

However, the plan was cut short after a family member represented by Clifford Law Offices called the authorities, forcing them to abort the mission.

Read: Gov't Unable to Provide Lawyers to Families of Ethiopian Airlines Crash Victims – CS Macharia

It is said that Vini Walandari would contact the families with the pretext of providing news about the court case in Chicago and offering "comfort" for the families tragic loss. Once the family had agreed to meet her, then he would offer the victims' families money to switch lawyers.

X close

According to reports, Steve Marks of Podhurst Orseck would offer US$30,000.00 (Ksh3 million) to the local lawyers so they would terminate their existing contracts with law firms like Clifford Law Offices and give their cases to Steve Marks of Podhurst Orseck.

Steve Marks from Podhurst Orseck is also accused of paying an upfront payment to clients to switch lawyers, parting with as much as US$20,000.00 (Ksh2 million) to hundreds of thousands of dollars depending on the value of their cases.

Read: Ethiopian Airlines Crash Investigators Reveal Anti-Stall System Was Activated Moments Before Disaster

"We are outraged with the unethical practices of Steve Marks from the Podhurst Orseck law firm in Kenya. We will file complaints with the Bar of Florida and will seek punishment from the local Kenyan authorities.These are very serious violations of the law and ethics rules that could cause for these lawyers to be disbarred and be criminally charged," Mercy Wambua, the Chief Executive Officer of the Law Society Of Kenya is quoted by a local media.

The Ethiopian Airlines Flight 302, a Boeing Max 8 was aflight from Addis Ababa in Ethiopia to Nairobi, Kenya and crashed on March 10, 2019 near the town of Bishoftu six minutes after takeoff, killing all 157 people aboard.

The crash, which has international attention, led to the U.S. Department of Justice investigating Boeing's development process.

The crash led to the death of 36 Kenyans.

× close

**Email your news TIPS to news@kahawatungu.com or WhatsApp +254708677607. You can also find us on Telegram through www.t.me/kahawatungu**



## Written by Francis Muli

Senior reporter at Kahawa Tungu, Muli has a passion for human interest stories. He believes in unearthing societal rots that have been hidden from the public eye. He has also carved himself a niche in writing business stories. He has worked for various organisations including Kenya Television Service, Business Today among others. Follow him on Twitter @FmuliKE.
Email: mulifranc2@gmail.com

✕ close

# EXHIBIT 4

the-star.co.ke

# Kenya goes after Indonesian suspects in Ethiopian Airlines bribery saga

*by VICTOR AMADALA Business Writer*

3-4 minutes

---

Kenyan Authorities are after four Indonesians suspected to have been on a bribing mission to lure families of the victims of the Ethiopian Airlines ET302 to switch lawyers.

According to our source privy to the matter, the police and immigration officers were tipped off the happening by a friend of a family member represented by Clifford Law Offices.

The four: Ivan Henry, Vini Wulandari, Gustavina Komala Gani and Mohammad Narobby have since been summoned by the department of immigration to face possible deportation if a letter seen by the Star is anything to go by.

An official at the Immigration department however declined to comment on the matter, saying that his boss at the Intelligence segment will issue official position on the matter.

"The undersigned have been summoned to report to Immigration office under section 49 (8) of the Kenya citizenship and immigration Act 2011," the Immigration Department letter

dated November 27 read in part.

The four are said to have caught offering cash to lure families into switching legal representation to Steve Marks of Podhurst Orseck in Florida and a New Jersey lawyer, Arthur E. Ballen.

Confession by some of the suspects reveals that that their objective was to bribe local lawyers and family members in an underground bid to see Steve C. Marks of Podhurst Orseck and Arthur E. Ballen take over the representation of cases against Boeing in Chicago, USA.

For instance, Vini Wulandari, one of the suspects, would contact the families with the pretext of providing news about the court case in Chicago and offering "comfort" for the families' tragic loss.

Once the family had agreed to meet, they would offer the victims' families money to switch lawyers.

Those families are already represented by several firms in US including Clifford Law Offices, Ribbeck Law Chartered, Wisner Law Firm, Kreindler and Kreindler LLP.

Another suspect, Ivan Henry, confessed that they were bribing local lawyers up to $30,000 (Sh3 million) and $20,000 (Sh2 million) to plane crash victims' families.

A Kenyan representative of the Kreindler and Kreindler LLP, one of firms already representing families of those who perished in the crash had been contacted by the Indonesians and he is planning to take action in court.

Law firms are battling it out for a piece of compensation funds

from Boeing which in September announced plans to begin to paying $50 million(Sh5 billion)in financial assistance to the families of more than 300 victims of the two737Max crashes which occurred in February and March.

The offer meant that each family could pocket $144500 (Sh14.5 million).

Bob Clifford, who represents dozens of families affected by the March 2019 Ethiopian Airline has since disputed the offer, terming it as 'disingenuous' and 'vague' according to CNN.

According to a Montreal convention by the International Civil Aviation Organisation (ICO), families of air crash victims are to be paid a minimum of Sh17 million.

The ill-fated Ethiopian Airlines Flight 302 from Addis Ababa in Ethiopia headed to Nairobi, Kenya crashed on March 10, killing all 157 people aboard.

# EXHIBIT 5

**IN THE UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LION AIR FLIGHT JT 610 CRASH | ) ) ) ) ) ) ) ) ) | Lead Case: 1:18-CV-07686 |
| | | Honorable Thomas M. Durkin |
| | | This filing applies to: 19-CV-797 |

**AFFIDAVIT OF FAHRIDA KURNIAWATI**

I, Fahrida Kurniawati, swear or affirm that:

1.    I am over the age of eighteen (18) years old and have personal knowledge of the facts contained in this Affidavit and can competently testify thereto if called as a witness in this cause.

2.    That I have reviewed the Affidavit submitted by Vini Wulandari on November 19, 2019.

3.    That Vini Wulandari rarely visits my home and children.

4.    That Vini never helped me or my family financially after the crash.

5.    That Harvino's brother Novi gave us some money to help with our daily expenses.

6.    That I never requested Vini nor Novi take my children and have no intention to give up my children who I love.

7.    That I am not uneducated, that I did go to vocational school majoring in Pharmacy and worked at both a Pharmacy and a hospital until my second child was born.

8.     That I elected to stay home and take care of my family accordingly to my Islamic teachings.

9.     That I no longer want Vini Wulandari as Co-administrator of my husband's estate, Harvino.

### PERNYATAAN FAHRIDA KURNIAWATI

1.     Saya berusia di atas delapan belas (18) tahun dan memiliki pengetahuan tentang fakta-fakta yang terkandung dalam Pernyataan tertulis ini dan dapat secara kompeten memberikan kesaksian jika dipanggil sebagai saksi dalam hal ini.

2.     Bahwa saya telah meninjau Affidavit yang diajukan oleh Vini Wulandari pada 19 November 2019.

3.     Bahwa Vini Wulandari jarang mengunjungi rumah dan anak-anak saya.

4.     Bahwa Vini tidak pernah membantu saya atau keluarga saya secara finansial setelah kecelakaan itu.

5.     Saudara laki-laki Harvino, Novi, memberi kami sejumlah uang untuk membantu pengeluaran sehari-hari kami

6.     Bahwa saya tidak pernah meminta Vini atau Novi mengambil anak-anak saya, dan tidak punya niat untuk menyerahkan anak-anak saya yang saya cintai.

7.     Bahwa saya tidak berpendidikan, bahwa saya memang pergi ke sekolah kejuruan jurusan Farmasi, dan bekerja di Farmasi dan rumah sakit sampai anak kedua saya lahir.

8.    Bahwa saya memilih untuk tinggal di rumah dan mengurus keluarga saya sesuai dengan ajaran Islam saya.

9.    Bahwa saya tidak lagi menginginkan Vini Wulandari sebagai Co-administrator atas harta peninggalan milik suami saya, HARVINO.

**Page 3 of 3**

FURTHER AFFIANT SAYETH NAUGHT:

Dengan ini saya bersumpah dan menyatakan

I swear or affirm that the above and foregoing representations are true and correct to the best of my information, knowledge, and belief.

Saya bersumpah atau menyatakan bahwa pernyataan saya di atas adalah benar dan benar sesuai dengan informasi, pengetahuan, dan kepercayaan saya.

Fahrida Kurniawati