UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash<br><br>This Document Relates To: NINGSI, *as Special Administrator of the Estate of PAUL FERDINAND AYORBABA, deceased*<br><br>Case No.: 1:19-cv-01695 | Lead Case: 1:18-cv-07686<br><br>Honorable Thomas M. Durkin |

### ORDER ON PLAINTIFF NINGSI, SPECIAL ADMINISTRATOR OF THE ESTATE OF PAUL FERDINAND AYORBABA's MOTION TO APPROVE SETTLEMENT

THIS CAUSE having come before the Court on Plaintiff, NINGSI, as Special Administrator of the Estate of Paul Ferdinand Ayorbaba, deceased's Motion to this Court for an Order approving the settlement with defendants of the claim relating to the death of Paul Ferdinand Ayorbaba [DE163],

IT IS HEREBY ORDERED as follows:

1. The Motion for Approval of Settlement is GRANTED.

2. Pursuant to the parties' agreement, the Plaintiff's counsel is instructed to disperse the settlement funds to the decedent's beneficiaries.

DONE and ORDERED in Chambers this 17th day of December, 2019.

_____
Judge Thomas M. Durkin

cc: *All Counsel of Record*