IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: Lion Air Flight JT 610 Crash | ) Lead Case: 18 CV 07686 </br> ) </br> ) Honorable Thomas M. Durkin </br> ) </br> ) This filing applies to: 19CV797 </br> ) ) ) ) ) ) |

## FAHRIDA KURNIAWATI'S MOTION TO STRIKE
## VINI WULANDARI'S AFFIDVAIT

FAHRIDA KURNIAWATI, as special administrator of the Estate of Harvino, deceased, through her attorneys Lessmeister & Samad PLLC, moves this Honorable Court to Strike Vini Wulandari's Affidavit, respectfully states as follows:

1. Vini Wulandari has executed an affidavit that she has never been arrested. See Document 273-1, P. 2; Par. 2.

2. There are many news reports that there are allegations that Ms. Wulandari engaged in bribery.

3. There is a Republic of Kenya Summons to Report to Immigration Office under Section 49(8) of the Kenya Citizenship and Immigration Act of 2011 directed to Ms. Wulandari. **Exhibit A**.

4. There is something amiss and Ms. Wulandari's affidavit raises more questions then answers.

WHEREFORE, Fahrida Kurniawati prays this Honorable Court strike Vini Wulandari's Affidavit and terminate Vini Wulandari as Co-Administrator and for any such further relief that is just and proper.

        Respectfully submitted,
        s/James J. Lessmeister
        James J. Lessmeister
        Jimmy A. Samad
        Lessmeister & Samad PLLC
        105 W. Adams, Suite 2020
        Chicago, IL 60603
        Office: 312-929-2630
        Cell: 312-351-4620

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served with a copy of Fahrida Kurniawati's Motion to Strike Vini Wulandari's Affidavit to the person(s) listed below on, December 19, 2019 at the address listed below.

Bates McIntyre Larson
Daniel T. Burley
Perkins Coie LLP
131 S. Dearborn, Ste 1700
Chicago, IL 60603
Blarson@perkinscoie.com
Dburley@perkindscoie.com

Thomas G. Gardiner
John R. Wrona
Shannon V. Condon
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd. STE 950
Chicago, IL 60604
tgardiner@gkwwlaw.com
jwrona@gkwwlaw.com
scondon@gkwwlaw.com

        Respectfully submitted,

        s/James J. Lessmeister
James J. Lessmeister
Jimmy A. Samad
Lessmeister & Samad PLLC
105 W. Adams, Suite 2020
Chicago, IL 60603
Office: 312-929-2630
Cell: 312-351-4620