# EXHIBIT A



**REPUBLIC OF KENYA**
**MINISTRY OF INTERIOR AND CO-ORDINATION OF**
**NATIONAL GOVERNMENT**
**DEPARTMENT OF IMMIGRATION SERVICES**

Website: [illegible]
E-mail: [illegible]
TEL: [illegible]
FAX: [illegible]

When replying please quote:

Ref: 

1. DAVID NJUGUNA
2. LUSIMINA KOMALA CAN.
3. IVAN HENRY
4. VIN MULANDARI
5. MOHAMMAD NAROBBY

Nyayo House, 9th Floor
P.O. Box [illegible]
NAIROBI, KENYA

Date: 27/11/19

NAME OF COMPANY...... IGEERE & NGUG. ADVOCATES....................
STREET........................................... BUILDING/PLOT NO... MSMVE Y.....
P.O.BOX.................................................TEL..........................................

Dear Sir/Madam,
RE: SUMMONS TO REPORT TO IMMIGRATION OFFICE UNDER SECTION 49(8) OF THE KENYA CITIZENSHIP AND IMMIGRATION ACT 2011

You are required to report to Immigration Office at Nyayo House 7th Floor Room ...23,22...
on ...28/11/2019... at ...9.30 AM... and ask to see any of the following officers:

1. Mr. Mwangangi          4. Nancy
2. George                 5. A.
3. Moses                  6.

**Please bring the following documents:**

1. Your Passport(s)
2. Original Work Permit(s)
3. Alien Registration Certificate(s)
4. Articles and Memorandum of Association of your Company
5. Registration Certificate of your Company
6. All original Receipts from the Immigration Certificate
7. Birth Certificate(s)
8. Special Pass(es)
9. Bank Book
10. Driving License(s)
11. Any Other Relevant Document(s)

We acknowledge receipt of the following documents:

1) ...X.361182....................  3) ..............................
2) ....X.153.701...................  4) ..............................

**NOTE:**
1) Failure to report to Immigration Office in response to summons is an offence contrary to Section 53(1)(i) of the Kenya Citizenship and Immigration Act 2011.
2) All non-Kenyans are required to register as Aliens within ninety (90) days from the date of their first entry into Kenya.

RECEIVED BY:
Name: ......David Njoroge..................  Date: ...27/11/2019.............
Yours Sign: ......[signature]................

**FOR: DIRECTOR OF IMMIGATION SERVICES**