**Sandy Newland**

| | |
|---|---|
| **From:** | nia kurniawati <fahridakurniawati99@gmail.com> |
| **Sent:** | Friday, December 20, 2019 6:22 AM |
| **To:** | Sandy Newland |
| **Cc:** | kathleen@oconnellmediationservices.com; MShultz@perkinscoie.com; tgardiner@gkwwlaw.com; JLessmeister@lessmeisterlaw.com |
| **Subject:** | Re: Lead Case: I:18-cv-07686.  Case No.:  I:19-cv-00797FAHRIDA KURNIAWATI and VINI WULANDARI, as Co-SpecialAdministrators In re Lion Air Flight JT 610 Crash of the Estate of HARVINO,deceased, Plaintiffs, v. THE BOEING COMPANY, a corporation, Defendant.... |

December 19, 2019

To: Judge Thomas M. Durkin

Sandy_Newland@ilnd.uscourts.gov

Cc: Judge O'Connell

kathleen@oconnellmediationservices.com

F I L E D

DEC 20 2019

Judge Thomas M. Durkin
United States District Court

Mack Shultz

MShultz@perkinscoie.com

Thomas Gardiner

tgardiner@gkwwlaw.com

James Lessmeister

JLessmeister@lessmeisterlaw.com

[×] Letter Nia To Judge.pdf  [×]

[×] Msg Chat Members.pdf  [×]

Dear Judge Durkin,

Please find attached letter that together with 165 families of the victims of Lion Air Flight 610, I respectfully submit to you. Please also see messages of 34 families of passengers attached. Please see list below.

In the month of January 2020 more than 50 family members will be coming to Chicago from Indonesia. We would like the opportunity to meet you to thank you personally for all your help.

Sincerely,

Fahrida Kurniawati

From Ratu Ageng 610 wife of Syarudin

From Liana wife of Darwin Haryanto

From Latif Nurbana father of Muhammad Lufty

From Eveena Wijaya sister of Daniel Wijaya

From Irianto Surip Father of Rio Nanda Pratama

From Rudi Cousin of Daniel Wijaya

From Anton cousin of Muhammad Rafy Andrian

From Tayeb husband of Idha Susanti

From Derma

From Engki Uncle of Tami Julian

From Lita Wife of Tesa Kausar

from Yadi Ismanto father of Hary Budianto

Maulana Usman son of Bambang Usman

From Yani wife of Achmad Muchni

From DW +62 81519892924

From Abdul Father of Riyan ARYANDI

from Dewi wife of Rudy Lumban Toruan

From Zidane Ahmat Husband of Putty Patika Rany

From Sumiati

From Heru Susanto Husband of I Gusti Metta Kurnia

From 007 +62 8111595007

From +62 81316947616

From Neuis Marfuah Father of Vivian Afifah

From Ratna Abud Wife Of Sahabudin

From Windy Marliandini Putri Wife Of Denny Maulana

From Hidayati Husna Siter of Hesti Nuraini

From Desi

Jakarta, December 19, 2019

Honorable Judge Durkin

Chicago, Illinois

United States of America

Re: Lead Case: l:18-cv-07686.  Case No.: l:19-cv-00797

FAHRIDA KURNIAWATI and VINI WULANDARI, as Co-Special Administrators

In re Lion Air Flight JT 610 Crash of the Estate of HARVINO, deceased,

Plaintiffs, v. THE BOEING COMPANY, a corporation, Defendant.

Dear Judge Durkin,

We, the families of 165 families of the victims of Lion Air Flight 610 and I, Fahrida Kurniawati, respectfully petition that I, Fahrida Kurniawati, remain as the sole administrator of the estate of Harvino, my late husband and the father of my three children.

I have followed our religion and Indonesian traditions and should not be punished because as almost 100 million women in Indonesia and many others around the world, I have been a housewife and stayed home to take care of my three children. Choosing to be a housewife should not be grounds to be disqualified as the administrator of the estate of a widow's own husband. Choosing to be a housewife does not make you less intelligent.

Vini Wulandari, the decedent's sister, must be disqualified as co-administrator. She is not a beneficiary under the laws of Illinois or the civil and religious laws of Indonesia. In addition, Vini may be facing felony charges in relation to the Ethiopian Airlines Flight 302 crash. Please see attached news articles.

Respectfully submitted by the families of the victims of 165 passengers and crew members of Lion Air Flight 610 and Fahrida Kurniawati.

Yth. Hakim Durkin,

Dengan ini kami menandatangani petisi ini agar Fahrida Kurniawati ditetapkan sebagai satu- satunya administrator dari ahli waris Harvino, mendiang suami dan ayah dari tiga anak- anaknya.

Fahrida sudah mengikuti ajaran agama kami dan tradisi di Indonesia, dan seharusnya tidak dihukum karena sama seperti hampir 100 orang wanita lainnya di Indonesia dan wanita-wanita lainnya di seluruh dunia, dia sudah menjadi ibu rumah tangga dan tinggal di rumah untuk menjaga anak-anaknya. Memilih

untuk menjadi ibu rumah tangga seharusnya tidak menjadi alasan untuk mendiskualifikasi seseorang untuk menjadi administrator ahli waris dari mendiang suaminya sendiri.

Vini Wulandari, adik dari mendiang, seharusnya didiskualifikasi sebagai co-administrator. Dia bukan pewaris menurut hukum di Illinois ataupun hukum perdata dan agama di Indonesia. Sebagai tambahan, Vini mungkin akan dihadapkan tuduhan kriminal terkait kasus kecelakaan Ethiopian Airlines ET302. Mohon diperhatikan lampiran berita berikut.

Tidak diperlukan bagi ahli waris untuk membayar dua pengacara. Istri almarhum, yang mewakili dirinya sendiri dan anak-anaknya sudah memberhentikan jasa Gardiner. Gardiner belum melakukan apapun mengenai kasus ini. Boeing memberikan Gardiner tawaran paling rendah dari semua kasus yang dimediasikan.

Dengan hormat dikumpulkan oleh keluarga dari korban-korban berikut dan awak kabin dari kecelakaan Lion Air JT610 Fahrida Kurniawati.

Sincerely,

Fahrida Kurniawati and 165 families of the victims of Lion Air 610 plane crash.



## REPUBLIC OF KENYA
### MINISTRY OF INTERIOR AND CO-ORDINATION OF NATIONAL GOVERNMENT
#### DEPARTMENT OF IMMIGRATION SERVICES

Website: www.mirp.go.ke
E-mail: dis@immigration.go.ke
TEL: + 254-020-222022
FAX: + 254-020-220731

When replying please quote:

Ref:

Nyayo House, 9th Floor
P.O. Box 30191-00100
NAIROBI, KENYA

1. DAVID NEWROUC
2. GUSTAVINA KOMALA CANT
3. IVAN HENRY
4. VIN WULANDARI
5. MOHAMMAD NAROBBY

Date: 27/11/19

NAME OF COMPANY... IGEELE S. NGUGI ASSOCIATES ........................
STREET.......................................... BUILDING/PLOT NO. NGN UE V ........
P.O.BOX....................................TEL.....................................................

Dear Sir/Madam,
### RE: SUMMONS TO REPORT TO IMMIGRATION OFFICE UNDER SECTION 49(8) OF THE KENYA CITIZENSHIP AND IMMIGRATION ACT 2011

You are required to report to Immigration Office at Nyayo House 7th Floor Room ...23,22......
on ..28/11/19... at ..9:30 A.M......... and ask to see any of the following officers:
1 ...Mr. Mwangorhi................................ 4 ....Nancy....................................
2 ...Gsayf.......................... 5 ...........A....................................
3 ...Moses............................................6 ...........................................

**Please bring the following documents:**
1. Your Passport(s)
2. Original Work Permit(s)
3. Alien Registration Certificate(s)
4. Articles and Memorandum of Association of your Company
5. Registration Certificate of your Company
6. All original Receipts from the Immigration Certificate

7. Birth Certificate(s)
8. Special Pass(es)
9. Bank Book
10. Driving License(s)
11. Any Other Relevant Document(s)

**We acknowledge receipt of the following documents:**
1) ...X 36.1822............................. 3) ...................................
2) ....X 15.3.07.................................. 4) ...................................

**NOTE:**
   1) Failure to report to Immigration Office in response to summons is an offence contrary to Section 53(1) (i) of the Kenya Citizenship and Immigration Act 2011.
   2) All non-Kenyans are required to register as Aliens within ninety (90) days from the date of their first entry into Kenya.

**RECEIVED BY:**
Name: ....David Ngugi..............................
Yours Sign: ............................................ Date: .....27/11/2019..............

### FOR: DIRECTOR OF IMMIGATION SERVICES

# olitan

**WASPADA**
Kamis
5 Desember 2019



*FOTO keluarga korban kecelakaan Ethiopian Airlines ET302.*

Waspada/Ist

# 4 WNI Dideportasi Coba Suap Keluarga Korban Ethiopian Airlines

MEDAN (Waspada): Adanya upaya penyuapan terhadap keluarga korban kecelakaan Ethiopian Airlines ET302, empat warga negara Indonesia (WNI) ditangkap oleh Departemen Imigrasi Kementerian Dalam Negeri dan Koordinasi Pemerintah Nasional Republik Kenya.

Informasi dari salah seorang keluarga korban yang menetap di Medan, Rabu (4/12),

adapun empat orang tersebut berinisial IH, VW, GK, dan MN yang diduga bekerja untuk SCM dari PO, PA sebuah firma hukum yang berbasis di Miami, Florida dan AEB, pengacara dari New Jersey. Tujuannya adalah untuk menyuap pengacara lokal dan keluarga korban, agar mengalihkan kuasa hukum mereka kepada pengacara SCM dan AEB.

Keempat WNI tertangkap memberikan uang tunai dan upaya membujuk keluarga untuk mengganti perwakilan hukum para korban. Padahal, keluarga korban kecelakaan Ethiopian Airlines ET302 yang mereka hubungi telah menggunakan jasa pengacara di Kenya dan New York di antaranya Cliffor Law Offices, Ribbeck Law Chartered, Wisner Law Firm, dan Kreindler and Kreindler. Selain itu, mereka juga dituntut karena bekerja secara illegal di Kenya.

Pihak kepolisian dan imigrasi mencegah supaya kelompok ini tidak melanjutkan rencana mereka di Kenya. Menurut pihak imigrasi, kelompok orang Indonesia ini beroperasi dengan bantuan pihak Kenya, untuk menghubungi keluarga korban.

Melanjutkannya, salah satu dari keempat orang tersebut, VW akan menghubungi keluarga dengan alasan memberikan kabar terbaru tentang persidangan di Chicago dan menawarkan mereka "kenyamanan" atas kehilangan para keluarga. Ketika keluarga korban setuju untuk bertemu, mereka akan menawarkan keluarga korban sejumlah uang untuk mengganti kuasa hukum dan menggunakan jasa SCM dari PO dan AEB.

Berdasarkan pengakuan IH dan VW kepada pihak berwajib, mereka akan menyuap pengacara lokal dan anggota keluarga sebesar US$30.000, sehingga mereka akan membatalkan kontrak dengan firma hukum seperti Cliffor Law Offices, Kreindler and Kreindler, Ribbeck Law Chartered, Wisner Law Firm, dan memberikan kasus mereka kepada SCM dan AEB.

Kepala Executive dari Masyarakat Hukum Kenya, Mercy Watambua menyatakan, hal ini merupakan pelanggaran hukum dan kode etik yang sangat serius yang dapat menyebabkan pengacara-pengacara ini dicabut izinnya dan dikenai tindakan pidana.

"Kami sangat marah dari kegiatan yang tidak etis dari PO Law Firm di Kenya. Kami akan mengajukan complain kepada Bar di Florida, dan memberikan hukuman dari pihak berwajib di Kenya," sebutnya.

Mercy Watambua menjelaskan, kecelakaan Ethiopian Airlines ET302 terbang dari Addis Ababa di Ethiopia menuju Nairobi, Kenya. Pada tanggal 10 Maret 2019, pesawat Boeing 737 Max 8 yang beroperasi jatuh dekat kota Bishoftu enam menit setelah lepas landas, hingga menewaskan semua 157 penumpang. Kebanyakan dari keluarga korban sudah memasukkan gugatan di Chicago, Amerika Serikat. *(m38)*

14          THE-STAR.CO.KE

## NEWS BUSINESS

### NEW MARKETS

## Chinese lubricants giant Sinopec launches in Kenya as part of expansion plans

**STAR REPORTER** / Chinese oil giant, Sinopec, has launched its lubricants brand in Kenya, making a foray into the fast-growing segment of the country's market.

Sinopec, the Fortune 500 government owned Corporation, is an integrated energy and chemical company with upstream, midstream and downstream operations. It is a publicly listed company in Hong Kong, New York, London and Shanghai Stock Exchanges.

Sinopec Lubricant Company is a subsidiary directly affiliated to Sinopec. It is a professional company engaged in operation of all Sinopec's lubricant businesses. The firm's entry into the Kenyan lubricant market with

eyes fixed on the larger East African market is expected to bring stiff competition to the doorsteps of other established multinationals like Total, Ola Energy and Shell.

Speaking at the launch which was witnessed by Kenya's energy officials, Sinopec's deputy general manager of safety production and quality control wang Jin Guo said the firm was happy to establish in the fastest growing market.

"The African Automotive Lubricants market is seeing increasing demand as vehicle purchases across the region continue to increase. The regional market is forecast to grow rapidly over the forecast period to 2029," Guo said.

### TECHNOLOGY

## Compfix Data Limited to offer cyber security and disaster recovery services

**STAR REPORTER** / Data management company, Compfix Data Limited has rebranded to Eval as it seeks to position itself as the most trusted data solutions brand in East Africa.

Consequently, the firm has also announced plans to venture into offering cyber security and business continuity solutions as it looks to tap into emerging business opportunities within the region.

Eval Founder and Technical Director David Njoroge said the rebrand was in line with the company's commitment to its our customers on its readiness to serve them better in a fast-changing technology environment.

"In order to expand our business

and clarify our brand position in the IT industry, we are delighted to announce the change in our company name from Compfix Data Limited to Eval. We are now a one stop shop for core data center, business continuity, cloud and cyber security solutions," he said.

The company has also introduced new solutions, which include Disaster Recovery as a Service, Cyber Security, Compute, storage and privilege access management.

Eval plans to stay competitive by partnering with vendors whose products have been proven in the market, understanding the end user needs and addressing specific client needs.

### CORRUPTION

# Indonesians caught up in bribery

Once families had agreed to meet, they would offer them money to switch lawyers



Relatives mourn next to the coffins of passengers and crew members, during a memorial service for the victims of the Ethiopian Airlines Flight ET 302 plane crash, at the Selassie Church in Addis Ababa / REUTERS

**VICTOR AMADALA**
vamadala

Kenyan Authorities are after four Indonesians suspected to have been on a bribing mission to lure families of the victims of the Ethiopian Airlines ET302 to switch lawyers.

According to our source privy to the matter, the police and immigration officers were tipped of the

happening by a friend of a family member represented by Clifford Law Offices.

The four; Ivan Henry, Vini Wulandari, Gustavina Komala Gani and Mohammad Narobby have since been summoned by the department of immigration to face possible deportation if a letter seen by the Star is anything to go by.

An official at the immigration department however declined to comment on the matter, saying that his

boss at the Intelligence segment will issue official position on the matter.

"The undersigned have been summoned to report to immigration office under section 49 (4) of the Kenya citizenship and immigration Act 2011," the Immigration Department letter dated November 27 read in part.

The four are said to have been caught offering cash to lure families into switching legal representation to Steve Marks of Podhurst Orseck

in Florida and a New Jersey lawyer, Arthur E. Ballen.

Confession by some of the suspects reveals that their objective was to bribe local lawyers and family members in an underground bid to see Steve C. Marks of Podhurst Orseck and Arthur E. Ballen take over the representation of cases against Boeing in Chicago, USA.

For instance, Vini Wulandari, one of the suspects, would contact the families with the pretext of providing news about the court case in Chicago and offering "comfort" for the families' tragic loss.

Once the family had agreed to meet, they would offer the victims' families money to switch lawyers.

Those families are already represented by several firms in US including Clifford Law Offices, Ribbeck Law Chartered, Wisner Law Firm, Kreindler and Kreindler LLP.

Another suspect, Ivan Henry, confessed that they were bribing local lawyers up to $30,000 (Sh3 million) and $20,000 (Sh2 million) to plane crash victims' families. A Kenyan representative of the Kreindler and Kreindler LLP, one of firms already representing families of those who perished in the crash had been contacted by the Indonesians and he is planning to take action in court.

Law firms are battling it out for a piece of compensation funds from Boeing which in September announced plans to begin to paying $50 million (Sh5 billion) in financial assistance to the families of more than 300 victims of the two 737 Max crashes which occurred in February and March.

The offer meant that each family could pocket $144,500 (Sh14.5 million) Bob Clifford, who represents dozens of families affected by the March 2019 Ethiopian Airline has since disputed the offer, terming it as 'disingenuous' and 'vague' according to CNN.

🔒 businesstimes.co.ke

`News`

# Bribery Allegations Emerge In Boeing 737 MAX 8 Compensation Case

🕐 6 days ago   Business Times



The scene where the Ethiopian Airlines crash happened. [PHOTO/ COURTESY]

Indonesian lawyers in the Ethiopian Airlines Boeing crash compensation case, including Ivan Henry, Vini Wulandari, Gustavina Komala Gani and Mohammad Narobby, were on November 27 arrested over claims of bribery in Nairobi in the compensation of victims who perished in the crash.

🔒 businesstimes.co.ke

The lawyers who work for P.A. a law firm in Miami, Florida, were arrested for attempted bribery and for illegally working in Kenya.

It is reported that the legal minds had come to Africa to offer money to the families of the victims of the Ethiopian Airlines Flight 302 crash to lure them in switching lawyers.

**Read:** Credit Bank Leverages On Ksh300 Billion Donor Funds To Support Women Businesses In Africa

The families of the victims they were contacting had already hired Kenyan and USA lawyers, so that Steve Marks of the firm of Podhurst Orseck could take over the representation of those cases.

The scheme involved contacting clients from Clifford Law Offices, Ribbeck Law Chartered, Wisner Law Firm all of them from Chicago and Kreindler and Kreindler LLP from New York City.

The Ethiopian Airlines Flight 302, a Boeing Max 8 was a flight from Addis Ababa in Ethiopia to Nairobi, Kenya and crashed on March 10, 2019 near the town of Bishoftu six minutes after takeoff, killing all 157 people aboard.

According to sources, a Kenyan only identified as Amos was recruited by Steve Marks from the Podhurst Orseck law firm to unethically contact already represented families of the victims of the crash according to comments made by Ivan Henry.

The media reports that Vini Walandari would contact the families with the pretext of providing news about the court case in Chicago and offering "comfort" for the families tragic loss. Once the family had agreed to meet her, then Vini and the gang would offer the victims' families money to switch lawyers.

Ivan Henry on behalf Steve Marks of Podhurst Orseck would pay US$30,000.00 (Ksh3 million) to the local lawyers so they would terminate their existing contracts with law firms like Clifford Law Offices and give their cases to Steve Marks of Podhurst Orseck.

Steve Marks from Podhurst Orseck is also accused of paying an upfront payment to the clients to switch lawyers. The amounts payable to the clients varied from US$20,000.00 to hundreds of thousands of dollars depending on the value of their cases. Besides an initial payment to switch, the clients are also paid monthly payments equivalent to the passenger's salary until their cases are settled.

"we are outraged with the unethical practices of Steve Marks from the Podhurst Orseck law firm in Kenya. We will file complaints with the Bar of Florida and will seek punishment from the local Kenyan authorities." Ms. Mercy Wambua added that "these are very serious violations of the law and ethics rules that could cause for these lawyers to be disbarred and be criminally charged," said Mercy Wambua, the Chief Executive Officer of the Law Society Of Kenya.

From Yadiismanto.

Which country has that law were you can decline the rights of its mother, meanwhile the mother is declaring she is capable to rise her own children?



Yadiismanto 610

Wa'alaikum salam..
Apakah bisa seorang saudara bisa memiliki hak asuh sementara ibu ksndungnya masih ada?
Hukum negara mana dan aturan mana yang bisa mfmbatalkan hak asuh seorzng ibu,sementara ibu kandungnya masih mrnyatakan siap dan mzmpu mdnjadi pengasuh anak² nya

19.06

From Ratu Ageng 610

I personally as a woman and a mother support you Nia to fight for your rights and your orphan children. May God be with us all the time and specially for the mothers that are fighting for the rights of their orphan children. Amen.



From Liana

Greetings! May peace be upon you. Fight for your rights.  Fight for Nia and for her Children.


From Latif Nurbana

I agree Miss Nia.  Fight for your rights.


From Eveena Wijaya

Peace be upon you. Be strong Nia.  Fight for your rights as a mother and for your childred.  Ours best prayers are with you.





From Irianto Surip

I personally pray for you, may your path to fight for you and your childrens rights be blessed by God. Amin

From Rudi

I agree, we have to fight for Nia and her children rights.

From Anton

Wish you well.

From Tayeb

Go forward never back down.

From Derma

I agree, fight for your right Nia



From Engki

I agree, Nia is the rightfull Heir.

From Tayeb

Thumbs up.

From Lita

I personally as a female and a mother support you Nia fighting for your rights and your orphan children. May god bless us all and especially for the mothers that are fighting for their rights, Amin

**Yadiismanto 610**

Wa'alaikum salam..
Apakah bisa seorang saudara
bisa memiliki hak asuh
sementara ibu ksndungnya
masih ada?
Hukum negara mana dan aturan
mana yang bisa mfmbatalkan
hak asuh seorzng ibu,sementara
ibu kandungnya masih
mrnyatakan siap dan mzmpu
mdnjadi pengasuh anak² nya

19.06

From Yadi Ismanto

May peace be upon you. Is there a
possibility a sibling can get custody
while the mother is still around?

Which country has that law were you
can decline the rights of its mother,
meanwhile the mother is declaring she
is capable to rise her own children.

**Maulana Usman610**

Saya sbg keluarga korban jt
610 setuju dg bu nia dan slmt
berjuang bu 👍
Maju terus.

19.07

From Maulana Usman

I as one of the family Victims Jt610
agree to you Nia and wish you well in
fighting your rights.

Yani 610

**Anton?? 610**
Assalamualaikum

Bapak-bapak dan ibu-ibu yang dim...

Wa'alaikumussalam ..
Semoga Allah mudahkan bu
Fahrida Kurniawati dan anak2
dalam berjuang mendapatkan
haknya sebagai ahli waris
Bapak Harvino rahimahullah dan
melanjutkan kehidupan untuk
masa depan anak2 bu Nia.
Smoga Anak2 bu Nia dibawah
bimbingan dan kasih sayang bu
Nia dapat menjadi anak2 yang
sholih dan sholiha yang selalu
mendoakan kedua orangtuanya
🙏
Saya percaya dan sangat
percaya bahwa ibu kandung
menginginkan yang terbaik untuk
anak2nya 😊 😊 👏 👏          19.42

From Yani

May peace be upon you, may God ease Ms Fahrida Kurniawati and the children to fight for their rights and as the rightful heirs of Mr. Harvino and continue life and the future of Nia's Children. May you rise your children with love and devotion so your children will grow up and pray for their mother as well.

I believe and very sure that all mothers wants the best for their children.



From DW +62 81519892924

May peace be upon you.

We and our whole family support you fully for Ms. Nia and her children. May God ease your path Ms. Nia.



From Abdul

I personally and my family support you and your rights and your children rights.



**| JT-610 Family**
189/angga/kakak, A N I C E, Abd...

Dewi 610

**Nia(Bunda Kanza) 610**
Assalamualaikum

Bapak-bapak dan ibu-ibu yang dim...

Sebagai seorang ibu yang merasakan hal yang sama dgn ibu,saya mendukung dan mendoakan agar persoalan yang ibu hadapi segera selesai dan mendapat solusi terbaik dan akan berjuang utk hidup yang lebih baik bersama anak2 ibu nia 🙏 karena kita jg sebagai ibu dan istri berhak untuk bahagia dan menikmati hidup asalkan di jalur yang benar.sbg ganti dari orang yg kita sayang dan cintai,beliau sdh mewariskan sesuatu utk kebahagiaan kita bersama anak2 🙏

21.17

From Dewi

As a mother I fell the same way as you. I support and prey that this matter that you are facing resolves as soon as possible and get the best solution and fight for life to have a better future for you and your children because we as mother and wife have the rights to live happy in the right path. As a replacement of our love one's he has inherited us with something to make us happy and our children.

Zidane AhmatCrew610

**Nia(Bunda Kanza) 610**
Assalamualaikum

Bapak-bapak dan ibu-ibu yang dim...

Wa'alaikumsalam

Lanjutkan perjuangannya mbak Nia, , saya mendukung petisi ini.bahwa mbak Nia adalah co-administrator yg sah. Semoga hakim disana mengabulkannya. Aamiin ya Rabbal alamiin.. 

21.19

From Zidane Ahmat.

May peace be upon you.

Continue your fight Ms. Nia, I support this Petition. That Ms. Nia is the rightful administrator. May the judge grant our wishes. Amen.

From Sumiati

May peace be upon you. Ms Nia, I as the wife of one of the victims of Lion Air JT610. I support Ms. Nia to go forward and Fight for you and your children's rights to sue Boeing. May God give you strength and ease. Amen

+62 858-8715-8595          ~Sumiati

Anda
Assalamualaikum

Bapak-bapak dan ibu-ibu yang dimuliakan Allah ...

Wa'alaikumsalam...mbak nia, saya istri dr salah satu korban Lion Air JT610. Saya mendukung mbak nia utk terus maju memperjuangkan hak hak mbak nia dan anak- anak utk menuntut Boeing. Semoga Alloh memberikan kekuatan dan kemudahan untuk mbak nia...Amiin

17.05

+62 812-9086-110 ~Heru Susanto

**Menurut sy kembalikan saja ke agama kita, dalam Islam ahli waris utama adalah isteri, anak2, orang tua dan nenek kakek, Sy mendukung Bu Nia mendapatkan hak2 nya dan utk anak2 yatim alm. Selamat berjuang.**

+62 811-1595-007 ~007

**Setuju Bu NIA @Nia** khansa,rafa,khalif .Selamat Berjuang 14.57

**From Heru Susanto**

According to me just return to the law of our Religion, In Islam the rightful Heirs are the wife and Children, parents and grandparents, I Support Ms. Nia to get her right and her orphan Children. Keep Fighting.

**From 007 +62 8111595007**

I Agree Ms. Nia, Keep fighting.



HARI INI

Pesan yang dikirim ke chat ini dan panggilan kini diamankan dengan enkripsi end-to-end. Ketuk untuk info selengkapnya.

Saya adalah seorang istri dari korban JT 610 dan mempunyai 4 anak. Saya sangat sedih dan prihatin dg yang dialami Ibu Nia ...mungkin bagi keluarga besar almarhum Harvino, ibu dianggap tdk memiliki hubungan darah dg mereka shg yang mereka lakukan hanya memikirkan keponakannya yg memang ada hub darah dg mereka. Mungkin mereka lupa bahwa anak2 ibu tdk hanya berdarah almarhum Bp.Harvino ttp juga berdarah Ibu Nia.

Saya sangat mendukung Ibu Nia untuk menjadi administrator dan saya yakin seorang Ibu akan memperjuangkan hidupnya untuk anaknya.

Doa saya semoga Ibu berhasil dan anak2 tumbuh menjadi sholih sholihah. Aamiiin

16.33

Aamiin Ya Allah.. 18.18 ✓

Jazakillahu khair bu.. 18.18 ✓

From +62 81316947616

I as a wife of one of the victims of Jt610 and has 4 Children. I so sorry and condolences of what you are going through. Maybe in the family of Havino you are not blood related with them so all they are thinking of is their nephew and niece that has blood related. Maybe they forgot that not only the children are blood related to Harvino but also to you.

I fully support you Ms. Nia to be the Administrator and I'm confident that a mother will fight for the lives of their children.

Best prays for you may you succeed and your children grow up being kind. amin

I support you 100% for you to fight as the administrator for you children. There is no better option for the children to be with there mother. I prey for you and your Children to give Ease from God. Amen.

HARI INI

Saya mendukung 100% perjuangan ibu Nia sbg administrator bagi anak2 kandungnya.... tidak ada yg lebih baik bagi anak2 selain dari ibu kandungnya sendiri .... teriring doa semoga perjuangan ibu dan anak2 diberi kemudahan oleh Allah swt, aamiin yra 

14.53



☺ Ketik pesan

+62 878-2140-2620          ~Neuis Marfuah

Selamat berjuang utk Bu Nia sebagai istri dan ibu dari Anak2 Yatim Bu Nia berhak utk mendapatkan haknya,          15.39

From Neuis Marfuah

Wish you well Ms. Nia as a wife and a mother of your orphan Children and hopefully get your rights.

HARI INI

Wa'alaikumussalaam warohmatullaahi
wabarokaatuh....
Saya adalah salah satu keluarga korban jt
610... mendukung ibu FAHRIDA KURNIAWATI
sebagai istri dari alm co vilot bapak Harvino
untuk memperjuangkan hak2nya sebagai ahli
waris utama dan 3 orang anaknya yg masih
kecil2 . Serta ibu Nia masih sangat sanggup
untuk mengurus dan mendidik anak2 dari
alm suaminya.

Selamat berjuang Ibu Fahrida Kurniawati.
Saya berDo'a untuk kebaikan ibu dan anak2.

15.28

Jazakillahu khair bu  15.29



HARI INI

Pesan yang dikirim ke chat ini dan panggilan kini
diamankan dengan enkripsi end-to-end. Ketuk untuk info
selengkapnya.

Assalamualaikum...mbak nia, saya sumiati
istri dr Alm. Moh. Fadillah salah satu korban
Lion Air JT610. Saya mendukung mbak
nia utk terus maju memperjuangkan hak
hak mbak nia dan anak- anak utk menuntut
Boeing. Semoga Alloh memberikan kekuatan
dan kemudahan untuk mbak nia...Amiin

16.37

Aamiin...Ya Allah... 18.17 ✓

Jazakillahu khair bu...  18.18 ✓

May peace be upon you.

I as one of the family victims of Jt610. Hereby
support Ms. Fahrida Kurniawati as the wife of
the Co-Pilot Mr. Harvino to fight for her rights
as the rightful heir and her 3 children that are
still minors. And also Ms. Nia is capable to
raise and teach her children from Harvino.

From Sumiaty.

Greeting. Ms. Nia I Sumiati wife of
Diseased Moh. Fadillah one the victims in Lion
Air JT610. Hereby support you to go forward
and fight for your rights an children to sue
boeing. May God give you strength and ease for
Ms. Nia. Amin



+62 813-6617-9336     ~Ratna Abud

Anda
Assalamualaikum

Bapak-bapak dan ibu-ibu yang dimuliakan Allah ...

Saya pribadi dan seorang wanita Dan seorang ibu mendukung bu nia utk memperjuangkan hak2 anak2 yatim nya,, insyaallah Allah slalu bersama kita semua terkhusus para seorang ibu yg berjuang demi anak2 yatim,, aamien yra    14.38

From Ratna Abud.

I personally and as a woman and a mother support Ms. Nia to fight for her and her orphan children's rights.

May god be with us and especially for the mothers that are fighting for their orphan Children. Amin

---

| JT-610 Family
Diaz Kakanya, Garima Jt610 istri, Keni Me...

sudah kita terima selama ini?    06.35

+62 855-8520-228     ~Windy Marliandini Putri

Anda
Assalamualaikum

Bapak-bapak dan ibu-ibu yang dimuliakan Allah ...

Sebagai seorang ibu yang merasakan hal yang sama dengan mba nia , saya mendukung dan mendoakan agar persoalan yang mba nia hadapi dapat segera selesai dan mendapat solusi terbaik yang sudah jelas ketetapannya dengan aturan agama dan negara..
tetap terus berjuang untuk memperjuangkan hak anak-anak yang sangat membutuhkan mba nia untuk masa depan anak anak 🙏
    06.38

From Windy Marliandini Putri.

I as a mother can feel the same thing as Ms. Nia is going through, I support and Pray so that this matter can be resolved as quick as possible and then best solution according to Islamic and state law.

Please keep fighting for you and your children's rights, where the children need you for their future.



From Hidayati Husna.

May peace be upon you. Ms Nia, we support you to find justice and for you and your orphan children rights. Ms. Nia as the wife of Diseased Captain Harvino you have an obligation to raise the children of the diseased. May god eases all your matters and gives you patients for you and your children. I hope you children grow up to be nice and grateful and to be kind to their parents. Amin



From Desi

Greeting. May your will and courage be at ease. Amin

*Forwarded*

semangat bu @Nia Dsd Hervino Copilot Jt610 Klu pribadi sy jika bicara kehilangan.. lebih baik anak anak kehilangan bapak kandung drpd kehilangan ibu kandung.. Cukup Tuhan yg tau alasan knp sy bicara spt ini.. ttp jika msh bisa mufakat lbh baik di mufakat.. jika tidak bisa ya perjuangkanlah anak anak beserta hak hak mereka..

*Forwarded*

itu hak mutlak mbak nia tetap semangat Allah maha tau mbak

*Forwarded*

Saya pribadi dan keluarga. sangat mendukung apa yg menjadi hak waris dan hak mutlak . untuk mbak nia dan juga anak2 alm. percayalah Allah swt. akan memberikan yg terbaik untuk mbah Nia.

keep your spirits up Ms. Nia me personally taking about lost ones. Better if the children lose their father rather than their mother. Only god know the reason I'm saying this. But if there is a way to resolve this matter please resolve it, if there isn't a way to resolve then fight for you and your children rights.

That is fully your rights. Keep your spirits up Ms. Nia, God Knows all.

Me personally and my family supports what should be the rights for Ms. Nia and her orphan children. Believe in God he will give you the best.