UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash<br>This Document Relates To: DEWI<br>MARLINA MANIK, *as Special*<br>*Administrator of the Estate of RUDI RONI*<br>*LUMBANTORUAN, deceased*<br><br>Case No.: 1:19-cv-01932 | Lead Case: 1:18-cv-07686<br><br>Honorable Thomas M. Durkin |

## <u>NOTICE OF MOTION</u>

TO:  **Bates McIntyre Larson**        **Gretchen Marie Paine**
     **Daniel Thomas Burley**        **Mack Harrison Shultz, Jr.**
     Perkins Coie LLP              1201 3ʳᵈ Avenue
     131 South Dearborn St.         Suite 4900
     Suite 1700                  Seattle, WA 98101
     Chicago, IL 60603-5559

PLEASE TAKE NOTICE that on **Wednesday**, **January 22, 2020 at 9:00 a.m.**, or as soon thereafter as we may be heard, we shall appear before the Honorable Judge Thomas M. Durkin or any judge sitting in his or her stead in **Courtroom 1441** of the **U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois** and shall present the following motion attached hereto:

**PLAINTIFF, DEWI MARLINA MANIK, SPECIAL ADMINISTRATOR OF THE**
**ESTATE OF RUDI RONI LUMBANTORUAN**
**MOTION TO APPROVE SETTLEMENT [DE301]**

WE HEREBY CERTIFY that on this 7ᵗʰ day of January, 2020, we provided service to the person or persons listed above via CM/ECF.

Respectfully submitted,

/s/ *Steven C. Marks*
Steven C. Marks
Fla. Bar No. 516414
Kristina M. Infante
Fla. Bar. No. 112557
**PODHURST ORSECK, P.A.**
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

*-and-*

Andrew T. Hays
HAYS FIRM LLC
55 W. Wacker Dr., 14th Floor
Chicago, IL 60601
(312) 626-2537
ahays@haysfirm.com
Atty. #46467

Steven C. Marks, an attorney, certifies that he served Plaintiff DEWI MARLINA MANIK's Motion to Approve Settlement upon all counsel of record via CM/ECF on January 7, 2020.

/s/ Steven C. Marks
Steven C. Marks, Esq.
Attorneys for Plaintiffs