UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lion Air Flight JT 610 Crash
This Document Relates To: DONY
WIJAYA, *as Special Administrator of the
Estate of INAYAH FATWA KURNIA
DEWI, deceased*

Lead Case: 1:18-cv-07686

Honorable Thomas M. Durkin

Case No.: 1:19-cv-01992

## RE-NOTICE OF MOTION

TO:    **Bates McIntyre Larson**          **Gretchen Marie Paine**
       **Daniel Thomas Burley**           **Mack Harrison Shultz, Jr.**
       Perkins Coie LLP                    1201 3rd Avenue
       131 South Dearborn St.              Suite 4900
       Suite 1700                          Seattle, WA 98101
       Chicago, IL 60603-5559

PLEASE TAKE NOTICE that on **Wednesday, February 19, 2020 at 9:00 a.m.,** or as soon thereafter as we may be heard, we shall appear before the Honorable Judge Thomas M. Durkin or any judge sitting in his or her stead in **Courtroom 1441** of the U.S. **District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois** and shall present the following motion attached hereto:

**PLAINTIFF, DONY WIJAYA, SPECIAL ADMINISTRATOR OF THE
ESTATE OF INAYAH FATWA KURNIA DEWI
MOTION TO APPROVE SETTLEMENT [DE302]**

WE HEREBY CERTIFY that on this 22nd day of January, 2020, we provided service to the person or persons listed above via CM/ECF.

Respectfully submitted,

*/s/ Steven C. Marks*
Steven C. Marks
Fla. Bar No. 516414
Kristina M. Infante
Fla. Bar. No. 112557
PODHURST ORSECK, P.A.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

*-and-*

Andrew T. Hays
HAYS FIRM LLC
55 W. Wacker Dr., 14th Floor
Chicago, IL 60601
(312) 626-2537
ahays@haysfirm.com
Atty. #46467

Steven C. Marks, an attorney, certifies that he served Plaintiff DONY WIJAYA's Motion to Approve Settlement upon all counsel of record via CM/ECF on January 22, 2020.


/s/ Steven C. Marks
Steven C. Marks, Esq.
Attorneys for Plaintiffs