UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case: 1:18-cv-07686 |
| This Document Relates To: DEWI MARLINA MANIK, *as Special Administrator of the Estate of RUDI RONI LUMBANTORUAN, deceased* | Honorable Thomas M. Durkin |
| Case No.: 1:19-cv-01932 | |

### RE-NOTICE OF MOTION

**TO:** **Bates McIntyre Larson**
**Daniel Thomas Burley**
Perkins Coie LLP
131 South Dearborn St.
Suite 1700
Chicago, IL 60603-5559

**Gretchen Marie Paine**
**Mack Harrison Shultz, Jr.**
1201 3rd Avenue
Suite 4900
Seattle, WA 98101

PLEASE TAKE NOTICE that on **Wednesday, February 19, 2020 at 9:00 a.m.,** or as soon thereafter as we may be heard, we shall appear before the Honorable Judge Thomas M. Durkin or any judge sitting in his or her stead in **Courtroom 1441** of the U.S. **District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois** and shall present the following motion attached hereto:

**PLAINTIFF, DEWI MARLINA MANIK, SPECIAL ADMINISTRATOR OF THE ESTATE OF RUDI RONI LUMBANTORUAN
MOTION TO APPROVE SETTLEMENT [DE301]**

WE HEREBY CERTIFY that on this 22nd day of January, 2020, we provided service to the person or persons listed above via CM/ECF.

Respectfully submitted,

*/s/ Steven C. Marks*
Steven C. Marks
Fla. Bar No. 516414
Kristina M. Infante
Fla. Bar. No. 112557
PODHURST ORSECK, P.A.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

*-and-*

        Andrew T. Hays
        HAYS FIRM LLC
        55 W. Wacker Dr., 14th Floor
        Chicago, IL 60601
        (312) 626-2537
        ahays@haysfirm.com
        Atty. #46467

Steven C. Marks, an attorney, certifies that he served Plaintiff DEWI MARLINA MANIK's Motion to Approve Settlement upon all counsel of record via CM/ECF on January 22, 2020.

/s/ Steven C. Marks
Steven C. Marks, Esq.
Attorneys for Plaintiffs