**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | Lead Case: 1:18-cv-07686 (Consolidated) <br><br> Hon. Thomas M. Durkin <br><br> This filing applies to <br> Case No. 1:19-cv-07091 |

**THE BOEING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT**

Defendants The Boeing Company, Boeing International Sales Corporation, Boeing Domestic Sales Corporation, Boeing Financial Corporation, and Boeing Sales Corporation, (collectively, "Boeing"), through their undersigned counsel, respectfully move this Court for a two-week extension to answer Plaintiffs' complaint. In support of this Motion, Boeing states as follows:

1. Plaintiffs filed this lawsuit arising out of the crash of Lion Air Flight JT 610 ("Lion Air JT 610") on October 28, 2019. Boeing's motion to reassign the case to this Court was granted on January 27, 2020. *See* Dkt. 326.

2. Boeing's answer or other response to the complaint is currently due on February 3, 2020. Fed. R. Civ. P. 12(a)(1)(A). The complaint is attached as Exhibit A.

3. The complaint includes 429 paragraphs of allegations, spanning 83 pages, and differs from other complaints arising out of the Lion Air JT 610 accident. Boeing requires additional time to prepare its answer to the complaint, and requested a two-week extension from Plaintiffs' counsel, but Plaintiffs' counsel did not agree.

4. Boeing therefore respectfully requests that this Court extend the time in which Boeing must respond to Plaintiffs' complaint by two weeks, or up to and including February 17, 2020, to allow Boeing time to prepare its answer.

5. This is Boeing's first request for an extension of time to answer or otherwise respond to the complaint.

6. No party to this action will be prejudiced by the requested extension, which has not been brought for purposes of delay.

WHEREFORE, for the reasons stated above, Boeing respectfully requests that this Court enter an order allowing Boeing until February 17, 2020, to answer Plaintiffs' complaint.

DATED: January 27, 2020

**THE BOEING DEFENDANTS**

By: /s/ Bates M. Larson
*One of their Attorneys*

Bates McIntyre Larson
BLarson@perkinscoie.com
Daniel T. Burley
DBurley@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400

Mack H. Shultz
MShultz@perkinscoie.com
Gretchen M. Paine
GPaine@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

## CERTIFICATE OF SERVICE

I, Bates M. Larson, certify that on January 27, 2020, I electronically filed the foregoing ***MOTION FOR EXTENSION OF TIME TO ANSWER*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record, and by email to the following attorneys:

    Filippo Marchino, Esq.
    Damon Rogers, Esq.
    Thomas E. Gray, Esq.
    THE X-LAW GROUP, P.C.
    625 Fair Oaks Ave., Suite 390
    South Pasadena, CA 91030
    Tel: (213) 599-3380

    Brian W. Coffman, Esq.
    COFFMAN LAW OFFICES, P.C.
    2615 North Sheffield Avenue, Suite #1
    Chicago, IL 60614
    Tel: (773) 348-1295

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of January, 2020.

    /s/ Bates M. Larson
    PERKINS COIE LLP
    131 South Dearborn Street, Suite No. 1700
    Chicago, Illinois 60603-5559
    Tel: (312) 324-8400
    Fax: (312) 324-9400