**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT COURT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash<br><br>**YESENIA FERNANDEZ,** as Special Administrator of the Estate of **NURUL DYAH AYU SITHARESMI**,<br><br>Plaintiff,<br>v.<br>**THE BOEING COMPANY,**<br>Defendant. | **Lead Case: 1:18-cv-07686**<br>Original Case No.: 1:19-cv-02315<br><br>Hon. Thomas M. Durkin |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF YESENIA FERNANDEZ**

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), by and between the Plaintiff, Yesenia Fenandez, as Special Administrator of the Estate of Nurul Dyah Ayu Sitharesmi, deceased, and Defendant, The Boeing Company, through undersigned counsel, that the claims of Plaintiff be dismissed, with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said actions were brought have been fully settled, compromised, or adjourned. The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters. This fully resolves case number 19-cv-02315, previously consolidated with case number 18-cv-07686.

Dated: February 26, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Brian S. Kabateck<br>Brian S. Kabateck<br>CA Bar No. 152054 | /s/ Bates McIntyre Larson<br>Bates McIntyre Larson<br>BLarson@PerkinsCoie.com |

1

| | |
|---|---|
| Kabateck LLP<br>633 W 5th Street Suite 3200<br>Los Angeles, CA 90071<br>(213) 217-5000<br>bsk@kbklawyers.com<br>*Admitted Pro Hac Vice* | Daniel T. Burley<br>DBurley@PerkinsCoie.com<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br><br>Mack H. Shultz<br>MShultz@PerkinsCoie.com<br>Gretchen M. Paine<br>GPaine@PerkinsCoie.com<br>Perkins Coie LLP<br>1201 Third Ave., Suite 4900<br>Seattle, WA 98101<br>T: (206) 359-8000<br>F: (206) 359-8000<br><br>Dan K. Webb<br>dwebb@winston.com<br>Christopher B. Essig<br>cessig@winston.com<br>Julie M. Johnson<br>jmjohnson@winston.com<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>T: (312) 558-5600 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that s/he served the JOINT STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF YESENIA FERNANDEZ upon all counsel of record via CM/ECF on February 26, 2020.

Dated: February 26, 2020
/s/ Brian S. Kabateck
Brian S. Kabateck
Attorney for Plaintiffs