# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| BIAS RAMADHAN A. S. BIN MISYADI; H.K.C., a minor by and through her guardian ad litem Bias Ramadhan A. S. Bin Misyadi; GUNTUR IDIL AKBAR BIN MISYADI; DZIKRI AGUNG HARYADI BIN MISYADI, *Plaintiffs*, v. The Boeing Company, *Defendant*. | This document relates to Case No. 1: 19-cv-2980<br><br>Honorable Thomas M. Durkin |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND APPROVAL OF MINOR SETTLEMENT

The Court having reviewed the parties' joint motion and declaration of counsel, due notice having been given and the Court being advised in the premises, the Court finds that:

1. Ari Scharg of Edelson PC is an attorney who is competent to represent the interest of the minor plaintiff, H.K.C.

2. The settlement reached by the parties in this case is fair and reasonable, and in the best interest of all parties including the minor plaintiff, H.K.C.

**THEREFORE, IT IS HEREBY ORDERED**:

1. All claims filed on behalf of Plaintiff Bias Ramadhan A. S. Bin Misyadi, as Legal Representative of the Estate of Hasnawati Binti Nawazar, individually, and as Guardian of the minor plaintiff, H.K.C., in consolidated Case No. 1:18-cv-07686 (originally filed under Case No. 19-cv-2980), are dismissed in their entirety with prejudice and without costs;

2. The claims of other plaintiffs in other actions consolidated into Case No. 1:18-cv-

07686 are unaffected by this order;

3. The settlement on behalf of the minor plaintiff in this case, H.K.C., together with the attorneys' fees charged to the minor plaintiff is approved;

4. The minor plaintiff's claims are hereby dismissed in their entirety with prejudice and without costs;

5. The settlement funds shall be distributed to Plaintiff Bias Ramadhan A. S. Bin Misyadi, individually and as legal guardian of the minor plaintiff, in accordance with the process identified in Plaintiff's counsel's sealed affidavit; and

6. The court retains jurisdiction to effectuate settlement.

ENTERED: 3/9/2020

_____
Hon. Thomas M. Durkin
U.S. District Court Judge