# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** | Consolidated Case No.: 1:18-cv-07686 <br><br> **Original Case No. 1:19-cv-02774** <br><br> Honorable Thomas M. Durkin |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday March 17, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable M. Thomas M. Durkin, or any other judge sitting in his stead, in Court Room 1441 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present the attached Amended Motion For Leave To File Plaintiff's First Amended Complaint, a copy of which is served upon you.

Dated this 13th day of March 2020.

//

//

//

//

//

| | |
|---|---|
| Lead Trial Counsel:<br>**HERRMANN LAW GROUP**<br>Attorneys for Plaintiffs<br><br>    /S/Charles J. Herrmann<br>CHARLES HERRMANN (WA Bar #6173)<br>Email: charles@hlg.lawyer<br>MARK E. LINDQUIST (WA Bar #25076)<br>Email: mark@hlg.lawyer<br>ANTHONY MARSH (WA Bar #45194)<br>Email: anthony@hlg.lawyer<br>CRYSTAL LLOYD (WA Bar #46072)<br>Email: crystal@hlg.lawyer<br>505 5th Ave South, Ste. 330<br>Seattle, WA 98104<br>Voice:   (206) 625-9104<br>Fax:     (206) 682-6710 | Local Counsel:<br>**CARMEN D. CARUSO LAW FIRM**<br>Attorneys for Plaintiffs<br><br>    /S/ Carmen D. Caruso<br>Carmen D. Caruso (# 6189462)<br>77 W. Washington St., Ste. 1900<br>Chicago, Il. 60602<br>Email: cdc@cdcaruso.com<br>Voice: (312) 626-1160<br>Fax:   (312) 276-8646 |