# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Bayu Saputra, et al.

                        Plaintiff,

v.

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                        Defendant.

Case No.:
1:18−cv−07686

Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2020:

    MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for leave to file a first amended complaint [429] is moot. Plaintiff's motion for leave to file a first amended complaint [432] is granted without objection. No appearance is required on 3/17/2020. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.