IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MUHAMMAD IRFRAN, as Special Administrator of the Estate of NAZIYA AZMI, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | IN RE: LION AIR FLIGHT JT 610 CRASH<br><br>Lead Case: 1:18-cv-07686 (Consolidated)<br><br>Hon. Thomas M. Durkin<br><br>This filing applies to<br>Case No. 1:19-cv-02398 |

**JOINT STIPULATION OF DISMISSAL OF THE CLAIMS OF MUHAMMAD IRFRAN**

It is hereby stipulated and agreed, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), by and between the Plaintiff, Muhammad Irfran (also known as Muhammad Irfan), as Special Administrator of the Estate of Naziya Azmi, deceased, and Defendant, The Boeing Company, by and through their respective counsel, that the Plaintiff's action shall be dismissed, with prejudice and without costs to any party, according to the terms of a settlement agreement between them.

The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters. This fully resolves all the claims of Plaintiff Muhammad Irfran, as Special Administrator of the Estate of Naziya Azmi, deceased, in case number 19-cv-02398, previously consolidated with case number 18-cv-07686. This stipulation therefore disposes of all claims and all parties in this civil action (case number 19-cv-02398).

The claims of all other Plaintiffs in case number 18-cv-07686 are unaffected by this stipulation.

DATED: March 20, 2020.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Steven C. Marks* <br> Steven C. Marks <br> smarks@podhurst.com <br> Kristina M. Infante <br> kinfane@podhurst.com <br><br> **Podhurst Orseck, P.A.** <br> SunTrust International Center, Suite 2300 <br> One S.E. Third Avenue <br> Miami, Florida 33131 <br> T: (305) 358-2800 <br><br> By: */s/ Andrew T. Hays* <br> Andres T. Hays <br> ahays@haysfirm.com <br> **Hays Firm LLC** <br> 55 W. Wacker Drive, 14th Floor <br> Chicago, Illinois 60602 <br> T: (312) 626-2537 <br><br> *Attorneys for Plaintiff* | By: */s/ Bates McIntyre Larson* <br> Bates McIntyre Larson <br> BLarson@perkinscoie.com <br> Daniel T. Burley <br> DBurley@perkinscoie.com <br><br> **Perkins Coie LLP** <br> 131 S. Dearborn, Suite 1700 <br> Chicago, Illinois 60603-5559 <br> T: (312) 324-8400 <br><br> Mack H. Shultz <br> MShultz@perkinscoie.com <br> Gretchen M. Paine <br> GPaine@perkinscoie.com <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, Washington 98101-3099 <br> T: (206) 359-8000 <br><br> Dan K. Web <br> dwebb@winston.com <br> Christopher B. Essig <br> cessig@winston.com <br> Julia M. Johnson <br> jmjohnson@winston.com <br> **Winston & Strawn LLP** <br> 35 W. Wacker Drive <br> Chicago, Illinois 60601-9703 <br> T: (312) 558-5600 <br><br> *Attorneys for Defendant* <br> *The Boeing Company* |

JOINT STIPULATION OF DISMISSAL
OF THE CLAIMS OF IRFRAN

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that he served the above ***JOINT STIPULATION OF DISMISSAL*** upon all counsel of record via CM/ECF on March 20, 2020.

                                             */s/ Steven C. Marks*
                                             Steven C. Marks
                                             *Counsel for Plaintiff*