UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | **Lead Case No.: 1:18-cv-07686** |
| This Document Relates To: NINGSI, *as Special Administrator of the Estate of* PAUL FERDINAND AYORBABA, *deceased* | Honorable Thomas M. Durkin |
| Case Nos.: 1:19-cv-01695; 1:19-cv-01951 | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between Plaintiff NINGSI, as Special Administrator of the Estate of PAUL FERDINAND AYORBABA, deceased, and Defendant, THE BOEING COMPANY, by and through their respective counsels, that Plaintiff's actions shall be dismissed with prejudice and without costs according to the terms of a settlement agreement between them.

This Court previously granted Plaintiff's Motion to Approve Settlement and instructed Plaintiff's counsel to disburse the settlement funds to the decedent's beneficiaries, but the Order did not clearly dismiss Plaintiffs' claims. *See* Dkt. #275. This stipulation therefore clarifies that plaintiff's claims are dismissed with prejudice and without costs.

The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters. This fully resolves all claims of Plaintiff NINGSI, as Special Administrator of the Estate of A PAUL FERDINAND AYORBABA, deceased, consolidated with case number 18-cv-7686, which were originally filed in case numbers 19-cv-01695 and 19-cv-01951.

The claims of all other Plaintiffs in this action are unaffected by this stipulation and contemplated order of dismissal.

1

Respectfully submitted,

| | |
|---|---|
| /s/Steven C. Marks<br>Steven C. Marks<br>Podhurst Orseck, PA<br>One S.E. 3rd Avenue<br>Suite 2300<br>Miami, FL 33131<br>(305) 358-2800<br>Email: smarks@podhurst.com<br>Admitted *Pro Hac Vice* | /s/Bates McIntyre Larson<br>Bates McIntyre Larson<br>BLarson@PerkinsCoie.com<br>Daniel T. Burley<br>DBurley@PerkinsCoie.com<br>PERKINS COIE LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>T: (312) 324-8400<br>F: (312) 324-9400 |
| Andrew T. Hays<br>HAYS FIRM LLC 55 W. Wacker Dr.,<br>14th Floor<br>Chicago, IL 60601<br>(312) 626-2537 ahays@haysfirm.com<br>Atty. # 46467<br>Local Counsel Attorneys for Plaintiffs | Mack H. Shultz<br>MShultz@PerkinsCoie.com<br>Gretchen M. Paine<br>GPaine@PerkinsCoie.com<br>PERKINS COIE LLP<br>1201 Third Ave., Suite 4900<br>Seattle, WA 98101<br>T: (206) 359-8000<br>F: (206) 359-9000<br><br>Attorneys for Defendant The Boeing Company |

**CERTIFICATE OF SERVICE**

      Steven C. Marks, an attorney, certifies that he served Plaintiff NINGSI's Stipulation of Dismissal upon all counsel of record via CM/ECF on May 6, 2020.

                                            /s/Steven C. Marks
                                             Steven C. Marks