IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| ERIZVINA MARISA ANGGRAENI; ERIZCO SATYA WICAKSONO; EKA SULISTIOWATI | This document relates to Case No. 1:19-cv-05213 |
| *Plaintiffs*, v. | Honorable Thomas M. Durkin |
| The Boeing Company, *Defendant*. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between plaintiffs Erizvina Marisa Anggraeni, Erizco Satya Wicaksono, and Eka Sulistiowati, successors-in-interest and surviving heirs of Mr. Harwinoko, and Defendant, The Boeing Company, by and through their respective counsels, that Plaintiffs' actions shall be dismissed with prejudice and without costs according to the terms of a confidential settlement agreement between them.

The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters. This fully resolves all claims of Erizvina Marisa Anggraeni, Erizco Satya Wicaksono, and Eka Sulistiowati, successors-in-interest and surviving heirs of Mr. Harwinoko, which were originally filed in Case No. 19-cv-05213 and reassigned to this Court under Case No. 18-cv-07686.

The claims of all other Plaintiffs in Case No. 18-cv-07686 are unaffected by this stipulation and contemplated order of dismissal.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 19, 2020 | /s/ Ari J. Scharg |
|  | Jay Edelson<br>jedelson@edelson.com<br>Benjamin H. Richman<br>brichman@edeslson.com<br>Ari J. Scharg<br>ascharg@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>312.589.6370 (firm)<br>312.589.6378 (fax) |
|  | Rafey S. Balabanian<br>rbalabanian@edeslson.com<br>EDELSON PC<br>123 Townsend, Suite 100<br>San Francisco, California 94107<br>415.212.9300 (firm)<br>415.373.9435 (fax) |
|  | Keith D. Griffin<br>kgriffin@girardikeese.com<br>David R. Lira<br>dlira@girardikeese.com<br>GIRARDI \| KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>213.977.0211 (firm)<br>213.481.1554 (fax) |
|  | *Attorneys for Plaintiffs* |
| Dated: May 19, 2020 | /s/ Bates McIntyre Larson |
|  | Bates McIntyre Larson<br>blarson@perkinscoie.com<br>Daniel T. Burley<br>dburley@perkinscoie.com<br>PERKINS COIE LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, Illinois 60603 |

T: (312) 324-8400
F: (312) 324-9400

Mack H. Shultz
mshultz@perkinscoie.com
Gretchen M. Paine
gpaine@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, Washington 98101
T: (206) 359-8000
F: (206) 359-9000

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

*Attorneys for Defendant*