**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re: Lion Air Flight JT 610 Crash<br><br>ELZA WARTI, MULTI RIZKI, WESTHI RAMANDINA, MUNGNI RIFKI, MUHAMMAD NUR FUADI, and M. NURAN TK. MUDO,<br><br>*Plaintiffs*,<br>v.<br><br>The Boeing Company,<br>*Defendant*. | Lead Case No. 18-cv-07686<br><br>This document relates to Case No. 1:19-cv-05842<br><br>Honorable Thomas M. Durkin |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between plaintiffs Elza Warti, Multi Rizki, Westhi Ramandina, Mungni Rifki, Muhammad Nur Fuadi, and M. Nuran Tk. Mudo, successors-in-interest and surviving heirs of Rijal Mahdi, and Defendant, The Boeing Company, by and through their respective counsels, that Plaintiffs' actions shall be dismissed with prejudice and without costs according to the terms of a confidential settlement agreement between them.

The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters. This fully resolves all claims of Elza Warti, Multi Rizki, Westhi Ramandina, Mungni Rifki, Muhammad Nur Fuadi, and M. Nuran Tk. Mudo, successors-in-interest and surviving heirs of Rijal Mahdi, which were originally filed in Case No. 19-cv-05842 and reassigned to this Court under Case No. 18-cv-07686.

The claims of all other Plaintiffs in Case No. 18-cv-07686 are unaffected by this stipulation and contemplated order of dismissal.

Respectfully submitted,

Dated: May 21, 2020

/s/ Ari J. Scharg

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edeslson.com
Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
312.589.6370 (firm)
312.589.6378 (fax)

Rafey S. Balabanian
rbalabanian@edeslson.com
EDELSON PC
123 Townsend, Suite 100
San Francisco, California 94107
415.212.9300 (firm)
415.373.9435 (fax)

Keith D. Griffin
kgriffin@girardikeese.com
David R. Lira
dlira@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
213.977.0211 (firm)
213.481.1554 (fax)

*Attorneys for Plaintiffs*

Dated: May 21, 2020

/s/ Bates McIntyre Larson

Bates McIntyre Larson
blarson@perkinscoie.com
Daniel T. Burley
dburley@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603

T: (312) 324-8400
F: (312) 324-9400

Mack H. Shultz
mshultz@perkinscoie.com
Gretchen M. Paine
gpaine@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, Washington 98101
T: (206) 359-8000
F: (206) 359-9000

Dan K. Webb
dwebb@winston.com
Christopher B. Essig
cessig@winston.com
Julia M. Johnson
jmjohnson@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600

*Attorneys for Defendant*