# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** | |
| Abdul Rahman, individually, and as Special Administrator of the Estate of Riyan Aryandi, Deceased. | Lead Case No.: 1:18-cv-07686 |
| *Plaintiff,* | Original Case No.: 19-cv-1697 |
| v. | |
| THE BOEING COMPANY, a corporation, | Honorable Thomas M. Durkin |
| *Defendant.* | |

## ORDER APPROVING JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' STIPULATION OF DISMISSAL finds that settlement has been reached by the parties.

IT IS THEREFORE HEREBY ORDERED:

1. This fully resolves all claims of Plaintiff: Abdul Rahman, individually, and in their capacity as Special Administrator of the Estate of Riyan Aryandi, originally filed in case number 19-cv-1697, and reassigned to this Court under lead case number 18-cv-7686.

2. Plaintiff's claim is dismissed in its entirety with prejudice and without costs. The claims of all other Plaintiffs in these actions are unaffected by this order; and,

3. The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

ENTERED: 5/21/2020

_____
Hon. Thomas M. Durkin