UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| *In re: Lion Air Flight JT 610 Crash* <br><br> RINI EKA A. SOEGIYONO, Administrator of the Estate of NIAR RURI SUNARNIATI SOEGIYONO, deceased, et al. <br><br>        Plaintiff, <br><br> vs. <br><br> THE BOEING COMPANY, a corporation, <br><br>        Defendants. | **Lead Consolidated Case No. 1:18-cv-07686** <br><br> Related to Case Nos. 1:19-cv-03415 and 1:19-cv-05311 (Soegiyono Actions) and 1:19-cv-07686 (Nurdin Action) <br><br> *Assigned for all purposes to the Hon. Thomas M. Durkin* <br><br><br> DECLARATION OF BRIAN S. KABATECK |
| RINI EKA A. SOEGIYONO, Administrator of the Estate of ANDRI WIRANOFA, deceased, et al. <br><br>        Plaintiff, <br><br> vs. <br><br> THE BOEING COMPANY, a corporation, <br><br>        Defendants. | |
| NURDIN RAKHMAN SEMENDAWAI, Administrator of the Estate of ANDIR WIRANOFA, deceased, et al. <br><br>        Plaintiff, <br><br> vs. <br><br> THE BOEING COMPANY, a corporation, <br><br>        Defendants. | |

i

## **DECLARATION OF BRIAN S. KABATECK**

I, Brian S. Kabateck, declare as follows:

1. I am an attorney and licensed to practice in California as well as various Federal Courts in the United States. I am the founding and managing partner of the law firm of Kabateck LLP (formerly Kabateck Brown Kellner LLP) ("KBK"), counsel of record for Plaintiff Rini Soegiyono. I make this declaration of my own knowledge and could and would testify competently hereto under oath in Court if called upon to do so.

2. I submit this declaration in support of Plaintiff Rini Soegiyono's Reply Brief filed in response to Defendants' Opposition to our Motion for Appointment of Guardian Ad Litem.

3. My firm was retained by Plaintiff in February of 2019.

4. I am co-lead counsel on this matter with Sanjiv N. Singh. Our two firms have been in constant and continuous communication on the daily regarding all matters relating to this case. Mr. Singh led a thorough investigation into the activities of Nurdin Rakhman Semendawai in Indonesia and kept me informed at every step, usually on a daily basis.

5. I have been a practicing attorney for 30 years. I have been practicing exclusively civil litigation for over 29 years. My practice focuses on consumer protection, insurance bad faith, class actions, complex business litigation, unlawful business practices, and catastrophic personal injury. A copy of my CV is attached hereto as **Exhibit 1**. The following is a list of relevant details regarding my legal career and our firm's accomplishments:

    a. I have tried multiple cases to verdict throughout the country, including complex business cases, class actions, insurance bad faith claims, and consumer protection cases. I have argued cases before the California State Supreme Court, California Court of Appeal, Ninth Circuit Court of Appeals, and the Federal Circuit Court of Appeals. I am the former President of the Consumer

1

      Attorneys of California. I am also a member of the American Board of Trial Advocates.

b. I have obtained multiple seven-figure and eight-figure verdicts at trial. For example, in 2018, I was lead trial counsel in an eleven-week jury trial in Los Angeles Superior Court where our firm obtained a $39.7 million verdict on behalf 31 families in a mobile-home habitability lawsuit. In 2019, this lawsuit resulted in the subsequent settlement of the entire case and represented the largest settlement for mobile home park residents in the United States.

c. Kabateck LLP (formerly Kabateck Brown Kellner LLP) is a nationally renowned plaintiff's firm representing consumers. We have obtained multiple record-setting verdicts. We have successfully represented thousands of individuals who have been wrongfully taken advantage of, injured, or denied their rights.

d. By my best estimate, the lawyers at our firm have collectively recovered over a billion dollars for our clients through verdicts and settlements. In addition, we have separately recovered over a billion dollars for policyholders from their insurance companies. We take on challenging cases and pride ourselves on achieving outstanding results

e. In a series of landmark cases, I represented the descendants of victims of the Armenian Genocide in lawsuits against various life insurance carriers, recovering tens of millions of dollars to them in unpaid life insurance benefits. Additionally, I represented the NAACP in national class action litigation related to predatory lending targeting African American barrowers after the collapse of banking industry in 2008.

f. In addition to managing our firm and actively litigating cases, I engage in numerous *pro bono* activities. I am the immediate past President of the Los Angeles County Bar Association. I have been appointed by the Chief Justice of

    the California Supreme Court to the Judicial Council Committee on Civil and Small Claims Courts. I am the Chairman of the Board of Trustees of Loyola Law School, and a member of the Board of Trustee of Loyola Marymount University. I have been the President of the Consumer Attorneys of California, the State's consumer trial lawyer bar, and I continue to lobby for court funding and legal issues in Sacramento. I encourage all of our lawyers to be actively involved in *pro bono* activities.

  g.  I have been recognized as one of the most influential lawyers in California by the *Daily Journal*, *California Lawyer* and *Capitol Weekly*. I have commented over 200 times on legal cases on CNN, Fox, CBS, NBC, ABC, and other national and local television networks and stations and in publications such as the New York Times and the Wall Street Journal. I have received other awards and honors in my career.

**6.**    On January 30, 2020, all counsel, including Mark Lindquist, attended a meeting. At this meeting, our two firms informed Mr. Lindquist of the ongoing negotiations and Mr. Lindquist had no objection. There is no question Mr. Lindquist knew about our settlement negotiations and never voiced an objection. Only after we settled the case and informed Mr. Lindquist and Herrman of the settlement did they attempt to wrestle control away and use the settlement to gain an advantage with Boeing and our team.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of June, 2020, at Los Angeles, California.

Dated: May 20, 2020

    _____
    Attorney for Plaintiff RINI SOEGIYONO,
    Administrator of the Estate of NIAR RURI
    SUNARNIATI SOEGIYONO

    **KABATECK LLP**
    Brian S. Kabateck, Cal. State Bar No. 152054
    (*admitted pro hac vice*)

3

# EXHIBIT 1



Toll Free 866-266-1800
Local 213-217-5000

633 W. Fifth Street
Suite 3200
Los Angeles, CA 90071

## A Plaintiff's Law Firm



**Brian Kabateck**
**Founding and Managing Partner**
June 2002 – Present

As a nationally recognized and respected consumer attorney, Brian Kabateck is a preeminent leader in the fight to ensure access to the justice system. He's a powerful advocate in the courtroom and at the California State Capitol for consumers' rights and protections.

Mr. Kabateck's vigorous litigation on behalf of his clients has netted more than a billion dollars in recoveries. He has won many multi-million dollar verdicts, judgments and settlements in the areas of personal injury, insurance bad faith, pharmaceutical litigation, wrongful death, class action, mass torts and disaster litigation.

Because of his deep knowledge of the law and dynamic speaking style, Mr. Kabateck is a frequent analyst for national, local and legal media outlets. He makes regular appearances on CBS This Morning, ABC Good Morning America, CNN, MSNBC, NBC, FOX and CW stations. In addition to his television exposure, Mr. Kabateck often speaks at seminars, law schools and industry events.

## Honors & Awards

**Finalist, Elite Trial Lawyers Personal Injury Law Firm of the Year**
*National Trial Lawyers*
2020

**Southern California Super Lawyer**
*Super Lawyers*
2005-2006, 2008-2020

**Plaintiffs' Lawyers Trailblazers**
*National Law Journal*
2018

**Persons of the Year Award**
*Metropolitan News-Enterprise*
2018

**Finalist, Trial Lawyer of the Year**
*Consumer Attorneys of California*
2014, 2012, 2010, 2005

**Trial Lawyer of the Year**
*NAACP*
2015

**Winner, CAOC's Marvin E. Lewis Award**
*Consumer Attorneys of California*
2014

**Top 30 Plaintiff Lawyers**
*Daily Journal*
2015-2019

**Top 100 Lawyers in California**
*Daily Journal*
2009-2017



**Chairman of the Loyola Law School**
*Board of Directors*

**Distinguished Alumnus of the Year Award**
*Loyola Law School*
2018



## Honors & Awards (continued)

**National Trial Lawyers**
*Top 100 in California*
2010-Present

**50 Inspirational Alumni**
*Loyola Law School, Los Angeles*
2014

**Top 100 Influential Trial Lawyers in the United States**
*National Trial Lawyers Association*
2009-2013

**Capitol Weekly's Top 100**
2013

**Finalist, Trial Lawyers of the Year**
*Consumer Attorneys Association of Los Angeles*
2012, 2010, 2005

**Champions of Justice in Civil Rights**
*NAACP*
*2010*

**Board of Governors Recognition Service Award**
*Loyola Law School*
2008

**California Attorney of the Year**
*California Lawyer Magazine*
2006

**Finalist, Law Dragon 500**
*Law Dragon*

## Education

**Loyola Law School**
J.D.
Honors: Cum Laude
1985–1989



Activities and Societies:
Order of the Coif, Law Review Member, Published 22 Loyola Law Review 621 (1988), American Bar Association School Representative, Student Teacher (Evidence, Professor Stanley Goldman), 2008 Board of Governors Recognition Service Award

**University of Southern California**
*Bachelor of Arts (BA), Political Science*
1980–1985

## Organizations

**Los Angeles County Bar Association (LACBA)**
*President:* 2018-2019
*President-elect:* 2017-2018
*Trustee:* 2000-2003, 2006-2007

**Consumer Attorneys of California (CAOC)**
(CA State Trial Lawyers)
*President:* 2013
*Vice-President:* 2007-2012

**Century City Bar Association**
*President:* 2005-2006
*President-elect, Vice President, Treasurer:* 2001-2005

**Consumer Attorneys Association of Los Angeles (CAALA)**
*Member*
2000-Present

**Inner City Law Center**
*Board of Directors*
2009-Present

**Neighborhood Legal Services**
*Board Member*
2011-Present

**American Board of Trial Advocates**
*Member*
2015

**Loyola Law School, Board of Overseers**
2008-2014

**American Bar Association**
*Vice Chair, Torts Insurance Practices Section*
2007-2012

**Executive Committee of the National Trial Lawyers Association**

**American Association for Justice (AAJ)**

**State Bar of California**

