# Exhibit A

# Lion Air Flight JT 610 Related Cases

| Exhibit | Case Name | Case No. | Judge |
|---------|-----------|----------|-------|
| Exhibit B | SUHARTO, as Administrator of the Estate of AGIL SEPTIAN NUGROHO; SISKA ONG, as Administrator of the Estate of WENDY; SISKA ONG, as Administrator of the Estate of ROBERT SUSANTO,<br><br>v.<br><br>The Boeing Company | 1:20-cv-02720 | Hon. Sara L. Ellis |
| Exhibit C | M. ASDORI, as Special Administrator of the Estate of MUHAMMAD SYAFI'I, deceased,<br>v.<br><br>The Boeing Company | 1:20-cv-03241 | Hon. Elaine E. Bucklo |
| Exhibit D | TASWAD BIN TASHBAN, as Special Administrator of the Estate of KHOTIJAH, deceased,<br><br>v.<br><br>The Boeing Company | 1:20-cv-03243 | Hon. Martha M. Pacold |
| Exhibit E | LITERI YANA, as Special Administrator of the Estate of DONY, deceased,<br>v.<br><br>The Boeing Company | 1:20-cv-03245 | Hon. Manish S. Shah |
| Exhibit F | PERI ZUBANDI, as Special Administrator of the Estate of DIAH DAMAYANTI, deceased,<br><br>v.<br><br>The Boeing Company | 1:20-cv-03246 | Hon. Charles P. Kocoras |

| Exhibit G | SRI HARTATI, as Special Administrator of the Estate of ERYANTO, deceased,<br><br> v.<br><br>The Boeing Company | 1:20-cv-03247 | Hon. Thomas M. Durkin |
|---|---|---|---|
| Exhibit H | GUY DAUD ISKANDAR ZEN S., as Special Administrator of the Estate of FIONA AYU ZEN S., deceased,<br><br>v.<br><br>The Boeing Company | 1:20-cv-03248 | Hon. Robert M. Dow, Jr |