# *Curriculum Vitae*

 **Dr. Amad Sudiro, S.H., M.H., M.M., Mk.n**., born in Indramayu (Indonesia) on 7 Februari 1967. His current position is a Dean and Professor Faculty of Law - Tarumanagara University – Jakarta (Indonesia), and Visiting Professor at any other University. His attained his Bachelor from Faculty of Law - Trisakti University, (Jakarta); Masters (S-2) from Faculty of Law - Tarumanagara University (Jakarta); and Doctor (S-3) from Faculty of Law - University of Indonesia (Jakarta).

The author has participated in various training and non-formal education such as: *Training and Education Creative and Effective Writing; Training and Education Research Quantitative; Course of International Transaction Business; Training and Education of Airspace Law Lecturer; Training of Learning Method; Upgrading of International Law Lecturer; Training of Taxonomy Bloom; Training of International Legal Research for Lecturer; Training and Education of Journal Management; Training of Trainers Entrepreneurship Education; Training and Education of Mediator; Training and Education of Service Excellence; Training and Education of Arbiter; Training and Education of Leadership; Training and Education of Assessor; Training and Education of Grand Design Strategy Deployment Program; Training and Education of Professional Advocate; Training and Education of Professional Leadership; Training and Education of Competence Assessors*; *Training and Education of National Resilience Institute – Republic of Indonesia (LEMHANNAS – RI)*.

The author is an active researcher in various national and international accredited Law Journal such as: *Regulating Ballistic Missile Usage for Ensuring Civil Aviation Safety: As a Matter of Urgency* (**Journal East Asia and International Law**, Volume 11, Number 2, Autumn 2018, **International Journal Terindex Scopus Q3**); *Measuring the Openness of Land Investment Policy Related to Housing or Residential Ownership by Foreigners in Indonesia* (**European Research Studies Journal**, Volume XXI, Issue 2, **International Journal Terindex Scopus Q2**); *Indonesia Air Transport 2016: A Critical Analysis of The Idul Fitri Holiday* (**Asian Academic Research Journal of Social Science & Humanities**, Volume 3, Issue 7, July 2016); Aviation Criminal Laws Applicable in Indonesia (**IOSR International Journal of Applied Chemistry/ IOSR-JA**C, Vol.9, Issue 2, Ver.I); National and International Air Transport Regulation in Indonesia (**IOSR International Journal of Applied Chemistry/ IOSR-JA**C, Vol.9, Issue 3, Ver.I); *Law and Regulation of Aircraft Accident Investigation in Indonesia* (**International Law Journal** "*Aviation Law Review*", 5th Edition (Law Press China)); *Current Air Transport Regulations in Indonesia* (**International Law Journal** "*Annals of Air and Space Law*", **Vol. XXXVIII**, **Mc.Gill University, Montreal - Canada**); *Law and Regulation: The Role of Pioneer Air Transport to Stimulate the Regulation Economic Development* (Jakarta: Fakultas Hukum Universitas Indonesia); *A Book Chapter: Aviation Laws and Regulations Applicable in Indonesia* (Jakarta: PT. Raja Grafindo Persada);

*Quo Vadis Mahkamah Agung* (Jakarta: PT. Raja Grafindo Persada); *Asuransi Tanggung Jawab Produk dan Perlindungan Terhadap Konsumen* (Jurnal Hukum "IUS QUIA IUSTUM", Vol.21, No.4); *Kewajiban Pengangkut Kepada Pihak yang Menderita Kerugian Dalam Undang-Undang Penerbangan Nasional (*Jurnal Hukum "LEX PUBLICA", Vol.1, No.1); *Aspek Hukum Transportasi Udara Jamaah Haji Indonesia* (Jakarta: PT. Raja Grafindo Persada); *Hukum dan Keadilan "Nilai Keadilan Pada Pelaku Usaha dan Konsumen Dalam Hukum Transportasi Udara Niaga"* (Jakarta: PT. Raja Grafindo Persada); *Hukum Udara Nasional dan Internasional Publik* (Jakarta: PT. Raja Grafindo Persada); *Asuransi Wajib Kecelakaan Penumpang dan Asuransi Tanggung Jawab Pengangkut Dalam Kecelakaan Transportasi Udara* (Jurnal Hukum "KERTHA PATRIKA", Vol.37, No.2); *Konsep Keadilan dan Sistem Tanggung Jawab Keperdataan Dalam Hukum Udara* (Jurnal Hukum "IUS QUIA IUSTUM", Vol.19, No.3); *Ganti Kerugian Dalam Kecelakaan Pesawat Udara: Studi Perbandingan Amerika Serikat - Indonesia (*Jakarta: Pusat Studi Hukum Ekonomi - Universitas Indonesia*); Kajian Penyelesaian Santunan Terhadap Pengguna Jasa Angkutan Udara Nasional yang Menderita Kerugian* (Warta Penelitian Perhubungan, Vol.23, No.6); *Product Liability Dalam Penyelenggaraan Penerbangan* (Jurnal Hukum & Pembangunan, Tahun Ke-41 No.1); *Hukum Angkutan Udara Berdasarkan Undang-Undang RI No.1 Tahun 2009* (Jakarta: Raja Grafindo Persada); *Pertukaran dan Penetapan Jalur Penerbangan Dalam Perjanjian Bilateral Angkutan Udara* (Jurnal Ilmiah Era Hukum, No.1); *Tanggung Jawab Negara Peluncur Terhadap Pihak yang Dirugikan Dalam Peluncuran dan Pengoperasian Satelit Ruang Angkasa* (Jurnal Ilmiah Era Hukum, No.1); *Hukum dan Pembangunan Ekonomi Indonesia di Era Reformasi* (Jurnal Ilmiah Era Hukum, No.2); *Perlindungan Hukum Pada Konsumen Pengangkutan Udara* (Jurnal Ilmiah Hukum Honeste Vivere, Vol. XIX); Penelitian, "Pemeriksaan Dokumen Hukum atas Aset-aset PT. Perusahaan Pengelola Aset" (Jakarta: PT. PPA Persero); *Tinjauan Hukum Internasional Terhadap Pembentukan dan Pengiriman Pasukan International Forces in East Timor* (Jurnal Ilmiah Hukum Trisakti, No.1); *Tanggung Jawab Pengangkut Udara dan Asuransi* (Jurnal Ilmiah Era Hukum, No.4); *Tinjauan Hukum Prinsip-prinsip Tanggung Jawab Pengangkut Dalam Angkutan Udara* (Jurnal Ilmiah Era Hukum, No.1); Penelitian, "Penilaian Mahasiswa Terhadap Kualitas Pelayanan Jasa Pendidikan di Fakultas Hukum Universitas Tarumanagara" (Jakarta: Fakultas Hukum Untar); Buku ajar, *Tanggung Jawab Pengangkut Udara Dalam Angkutan Penumpang di Indonesia* (Jakarta: Lemlitbang Untar); Buku ajar, *Pengantar Hukum Udara* (Jakarta: Lemlitbang Untar); *Peranan Hukum Dalam Pembangunan Ekonomi di Indonesia dan Permasalahannya* (Jurnal Ilmiah Era Hukum, No.37); *Penyelesaian Sengketa Perdagangan Internasional* (Buletin Ilmiah Tarumanagara, No.34); *Ruang Lingkup Tindak Pidana Ekonomi di Bidang Perbankan* (Jurnal Ilmiah Era Hukum, No.9); *Pelaksanaan Pemberian Hak-hak Kekebalan dan Keistimewaan Perwakilan Diplomatik di Indonesia* (Jurnal Ilmiah Era Hukum, No.1).

The author is also active as Chairman and Board in various organization such as Association of Indonesian Legal Profession, Indonesian Legal Profession Certification Agency), Indonesian Advocates Association, Independent

Accreditation of Higher Education Institutions Law Indonesia (*Task Force*), Institute of Arbitration and Alternative Dispute Resolution Construction Indonesia, Lecturers Association of Indonesia, Association of Professional Mediators Indonesia, Association of Indonesian Private University Center, Association of Indonesian Advertising Company, Dean and Head of the Association of Higher Education Law Indonesia, Association of Indonesian Legal Studies Program, Community Association of Air Law, Tarumanagara University-Consultation and Legal Aid Center. Aside from that, the author is also active as resource person and speaker/ moderator in numerous scientific workshop, in national and international level such as: *"New Indonesian Air Transportation Policy Based on Civil Aviation Act of 2009", "The Role of Air Transport in Stimulating the National Economic Development in Indonesia", "The Legal Liability of Air Carriers and Other Business Activities at the Airport in Indonesia", "Legal Analysis on Indonesia Comparative Advantage in the Asian Economic Society", and "Indonesian Aviation Law in the Framework of the Asian Multilateral Air Agreements", Law and Regulations of Aircraft Accident Investigation in Indonesia", Legal Analysis of Selected Air Transport Agreement Concluded by Indonesia", an Aviation Tariff Policy in Indonesia"*.

*Email* : *ahmads@fh.untar.ac.id*.
*HP* : **+6285885834385.**