## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** | Consolidated Case No.: 1:18-cv-07686 <br><br> Related to Cases <br><br> No.: 1:19-cv-02774 <br><br> Honorable Thomas M. Durkin |

## DECLARATION OF MARK LINDQUIST IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER AMENDING THAT PORTION OF PREVIOUS ORDERS REGARDING MINORS BLOCKED ACCOUNTS

I, Mark Lindquist, being over the age of 18 and competent to testify to the matters herein, DECLARE as follows:

1. I am a licensed attorney in the State of Washington.
2. I am admitted *pro hoc vice* on the above captioned case.
3. I am working with Charles Herrmann of **HERRMANN LAW GROUP** on the above captioned case.
4. I spoke with Mack Shultz, an attorney for Boeing on the above captioned case, about this motion. He stated Boeing would not be taking a position on the issue and had no objection to the motion.
5. Exhibit A to our motion is a true and correct copy of Dr. Amad Sudiro's Legal Memorandum.

1

6. Exhibit B to our motion is a true and correct copy of Dr. Amad Sudiro's C.V.

**SO DECLARED** under penalty of perjury under the laws of the States of Illinois and Washington and the United States of America.

Dated this 14th day of August 2020.

**HERRMANN LAW GROUP**

_____
MARK E. LINDQUIST (WA Bar #25076)
Email: mark@hlg.lawyer
505 5th Ave South, Ste. 330
Seattle, WA 98104
Voice: (206) 625-9104
Fax: (206) 682-6710
Attorney for Plaintiffs.