# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Welly Chandra, et al.

                                              Plaintiff,

v.                                                 Case No.: 1:18−cv−07686

                                                Honorable Thomas M. Durkin

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 16, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:Motion by Movant Agnes Tjandra for order amending that portion of previous orders regarding minors blocked accounts [707] is granted. Enter order. Mailed notice(dl)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.