UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case: 1:18-cv-07686 |
| This Document Relates To: FITRIYANTI, *as Special Administrator of the, NIKKI BAGUS SANTOSO, deceased* | Honorable Thomas M. Durkin |
| Case No.: 1:cv-20-04796 | |

### ORDER ON PLAINTIFF, FITRIYANTI, SPECIAL ADMINISTRATOR OF THE ESTATE OF NIKKI BAGUS SANTOSO'S MOTION TO APPROVE SETTLEMENT

THIS CAUSE having come before the Court on Plaintiff, FITRIYANTI, as Special Administrator of the Estate of NIKKI BAGUS SANTOSO's Motion to this Court for an Order approving the settlement with defendants of the claim relating to the death of her husband, NIKKI BAGUS SANTOSO.

IT IS HEREBY ORDERED as follows:

1. The Motion for Approval of Settlement is GRANTED.

2. The settlement allocations for decedent's three children, R.F.R; R.F.D and R.F.K, as detailed in the Closing Statement is hereby APPROVED.

3. Dismissing this action with prejudice and without costs against defendant and retaining jurisdiction to effectuate settlement; and providing plaintiff with such other relief as this Court may deem just.

**DONE** and ORDERED in Chambers this 23rd day of September, 2020.

_____
Judge Thomas M. Durkin