# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| This document relates to<br>Case Nos. 19-cv-2982, 19-cv-2979, 19-cv-2987, 19-cv-2980, 19-cv-5214, 19-cv-5215 | Hon. Thomas M. Durkin |

## DECLARATION OF ARI J. SCHARG

I, Ari J. Scharg, hereby declare and state as follows:

1. I am a partner at the law firm Edelson PC and a member of the general bar of this Court. The statements contained in this declaration are made pursuant to my personal knowledge. I submit this declaration in support of Edelson PC's motion for a rule to show cause as to Girardi Keese.

2. In accordance with the co-counsel arrangement with Los Angeles-based Girardi Keese, I, in consultation with Girardi Keese attorneys, handled certain day-to-day litigation matters and proceedings before this Court on behalf of the plaintiffs in Case Nos. 19-cv-2982, 19-cv-2979, 19-cv-2987, 19-cv-2980, 19-cv-5214, and 19-cv-5215.

3. Based on the information available to me at this time, I am concerned that Girardi Keese received our clients' settlement funds from Boeing but failed to transmit them to the bank in Indonesia for the clients' benefit, as required by the Court's orders.

4. I have reviewed Edelson PC's motion for a rule to show cause. The statements in paragraphs 5-13 and 24-26 of that motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 2nd day of December 2020 in the State of Illinois.

s/ Ari J. Scharg