### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| This document relates to<br>Case Nos. 19-cv-2982, 19-cv-2979, 19-cv-2987, 19-cv-2980, 19-cv-5214, 19-cv-5215 | Hon. Thomas M. Durkin |

### DECLARATION OF RAFEY S. BALABANIAN

I, Rafey S. Balabanian, hereby declare and state as follows:

1. I am managing partner of the law firm Edelson PC and am a member of the general and trial bars of this Court. The statements contained in this declaration are made pursuant to my personal knowledge. I submit this declaration in support of Edelson PC's motion for a rule to show cause as to Girardi Keese.

2. While I have been involved in these cases starting from my initial appearance, I took the lead in communicating with Girardi Keese and Keith Griffin in July 2020. Based on the information available to me at this time, I am concerned that Girardi Keese received our clients' settlement funds from Boeing but failed to transmit them to the bank in Indonesia for the clients' benefit, as required by the Court's orders.

3. I have reviewed Edelson PC's motion for a rule to show cause. The statements in paragraphs 14-21 and 24-26 of that motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of December 2020 in the State of California.

/s/ Rafey S. Balabanian