## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Welly Chandra, et al.

                                                Plaintiff,

v.                                                 Case No.:
                                                     1:18−cv−07686

                                                     Honorable Thomas M. Durkin

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Girardi Keese is to file a written response to show cause why it should not be held in contempt for violating the Court's orders by 12/10/2020. A telephone hearing as to the motion for rule to show cause [842] is set for 12/14/2020 at 10:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.