UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Welly Chandra, et al.

Plaintiff,

v.

Case No.: 1:18−cv−07686

Honorable Thomas M. Durkin

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2020:

MINUTE entry before the Honorable Thomas M. Durkin: Attorneys Thomas Girardi, David Lira, and Keith Griffin, are ordered to appear by phone for the hearing as to the motion for rule to show cause on 12/14/2020 at 10:00 a.m. [843], by dialing 877−402−9757, access code 4410831. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.