UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| This document relates to Case Nos. 19-cv-2982, 19-cv-2979, 19-cv-2987, 19-cv-2980, 19-cv-5214, 19-cv-5215 | Honorable Thomas M. Durkin |

**GOVERNMENT'S MOTION TO MODIFY SEALING ORDER**

The United States of America, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to Title 28, United States Code, Section 517, respectfully moves this Court to modify its January 23, 2020 order regarding filing materials under seal to allow it access to certain sealed materials.

1. On January 23, 2020, this Court entered an order directing that filings seeking approval of settlement agreements involving minor children be filed under seal if the parties wish to keep the settlement amounts and terms confidential. Dkt. 324.

2. On December 2, 2020, Edelson PC, counsel for certain plaintiffs, filed a Verified Motion for Rule to Show Cause expressing concern that the law firm of Girardi Keese misappropriated settlement proceeds owed to Girardi Keese's clients. Dkt. 842.

3. On December 11, 2020, Thomas Girardi filed under seal a response to the Verified Motion for Rule to Show Cause. Dkt. 847.

4. On December 14, 2020, this Court entered civil contempt against the law firm Girardi Keese and Thomas Girardi individually, as well as judgments as to both parties in the amount of $2,000,000 plus interest. Dkt. 848. The Court referred the matter to the U.S. Attorney's Office for the Northern District of Illinois ("USAO").

5. The government respectfully requests that the Court enter an order modifying its current sealing order to allow access by the USAO, and any law enforcement personnel or Department of Justice personnel working with the USAO, to any materials filed under seal pursuant to the Court's January 23, 2020 sealing order, regardless of when filed. The materials would be maintained confidentially by the government unless disclosure is authorized by a subsequent court order. The government requests that parties to this litigation be directed to provide such sealed filings to the USAO upon request.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ John C. Kocoras*
John C. Kocoras
First Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Date: December 14, 2020

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S MOTION TO MODIFY SEALING ORDER**

was served pursuant to the district court's ECF system as to ECF filers on Monday, December 14, 2020, and separately by electronic mail to:

Evan A. Jenness
Law Offices of Evan A. Jenness
evan@jennesslaw.com
Counsel for Thomas Girardi

Edith R. Matthai
Robie & Matthai PC
EMatthai@romalaw.com
Counsel for David Lira

Ryan D. Saba
Rosen Saba LLP
rsaba@rosensaba.com
Counsel for Keith Griffin

*/s/ John C. Kocoras*
John C. Kocoras
First Assistant U.S. Attorney
219 S. Dearborn Street
Chicago, IL 60604
(312) 353-5300

3