#2018251 Boeing Lionar

|  |  | ANICE | SEPTIANA | BIAS |
|---|---|---|---|---|
| SETTLEMENT |  | $ ▮ | $ ▮ | $ ▮ |
| FEES |  | $ ▮ | $ ▮ | $ ▮ |
| COSTS |  | $ 25,000.00 | $ 30,000.00 | $ 25,000.00 |
| ADVANCES |  | $ 15,000.00 | $ 10,000.00 |  |
| NET RECOVERY |  | $ ▮ | $ ▮ | $ ▮ |
|  | 4/6/2020 |  |  |  |
|  | 5/11/2020 | $ ▮ | $ ▮ | $ ▮ |
|  | 7/6/2020 | $ | $ | $ |
|  | 9/3/2020 | $ | $ | $ |
| Total Paid To Date |  | $ ▮ | $ ▮ | $ ▮ |
| Percent Paid |  | ▮ | ▮ | ▮ |
| Balance due as of 09/03/20 |  | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 |
| Percent Outstanding |  | ▮ | ▮ | ▮ |

| DIAN | TOTAL |
|---|---|
| $ ▇▇▇ | $ ▇▇▇ |
| $ ▇▇▇ | $ ▇▇▇ |
| $ 30,000.00 | $ 110,000.00 |
| $ 10,000.00 | $ 35,000.00 |
| $ ▇▇▇ | $ ▇▇▇ |
| $ ▇▇▇ | |
| $ ▇▇▇ | |
| $ ▇▇▇ | |
| $ ▇▇▇ | |
| $ ▇▇▇ | $ ▇▇▇ |
| ▇▇▇ | |
| $ 500,000.00 | $ 2,000,000.00 |
| ▇▇▇ | |