IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Lion Air Flight JT 610 Crash

                                                               Lead Case: 1:18-cv-07686

                                                               Honorable Thomas M. Durkin

                                                               This filing applies to
                                                               Case No. 1:19-cv-02982

## **MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, ANICE KASIM, as Legal Representative of the Estate of Eko Sustanto, deceased, surviving heir of decedent, and mother and legal guardian of decedent's minor children, by and through Plaintiff's attorneys Wisner Law Firm, P.C. and Husain Law + Associates, PC, and for Plaintiff's Motion to Substitute Counsel, states as follows:

    1.    Edelson PC and Giardi Keese, are the current attorneys of record for the Plaintiff in this matter.

    2.    Plaintiff has terminated Edelson PC and Giardi Keese as attorneys representing the heirs of decedent Eko Sustanto and have instructed Wisner Law Firm, P.C. and Husain Law + Associates, PC. to file appearance on behalf of Plaintiff and the heirs of decedent Eko Sustanto.

    3.    Plaintiff has advised Edelson PC and Giardi Keese of the termination of the attorney-client relationship and the appointment of Wisner Law Firm, P.C. and Husain Law + Associates, PC.

    4.    Therefore, Plaintiff seeks an Order from this Court granting attorneys of Wisner Law Firm, P.C. and Husain Law + Associates, PC leave to file their appearances in this matter on behalf of Plaintiff and heirs of decedent Eko Sustanto, in place of and as substitute for, Edelson PC and Giardi Keese law firms.

WHEREFORE, Plaintiff ANICE KASIM, as Legal Representative of the Estate of Eko Sustanto, deceased, surviving heir of decedent, and mother and legal guardian of decedent's minor children, respectfully requests that this Court enter an Order withdrawing the appearance of Edelson PC and Giardi Keese and granting attorneys of Wisner Law Firm, P.C. and Husain Law + Associates, PC leave to file their appearances in this matter.

Dated: December 16, 2020

Respectfully submitted,

/s/Alexandra M. Wisner
Attorney For Plaintiffs

Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois 60134
(630) 262-9434
(630) 262-1066 (fax)
faw@wisner-law.com
IL Bar #3048713
awisner@wisner-law.com
IL Bar #6317572

Nomaan K. Husain
HUSAIN LAW + ASSOCIATES, PC
5858 Westheimer, Suite 400
Houston, Texas 77057
(713) 800-1200
nh@hlalawfirm.com
(*pro hac vice forthcoming*)

## **CERTIFICATE OF SERVICE**

  Alexandra M. Wisner, an attorney, certifies that she served Plaintiff Anice Kasim's Motion to Substitute Counsel all counsel of record via CM/ECF on December 16, 2020.

                     /s/Alexandra M. Wisner