IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Lion Air Flight JT 610 Crash

Lead Case: 1:18-cv-07686

Honorable Thomas M. Durkin

This filing applies to
Case No. 1:19-cv-02980

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff, BIAS RAMADHAN A.S. BIN MISYADI, as surviving heir and representative of the heirs of Hasnawati Binti Nawazar, deceased, by and through Plaintiff's attorneys Wisner Law Firm, P.C. and Husain Law + Associates, PC., and for Plaintiff's Motion to Substitute Counsel, states as follows:

1. Edelson PC and Giardi Keese, are the current attorneys of record for the Plaintiff in this matter.

2. Plaintiff has terminated Edelson PC and Giardi Keese as attorneys representing the heirs of decedent Hasnawati Binti Nawazar and have instructed Wisner Law Firm to file appearance on behalf of Plaintiff and the heirs of decedent Hasnawati Binti Nawazar.

3. Plaintiff has advised Edelson PC and Giardi Keese of the termination of the attorney-client relationship and the appointment of Wisner Law Firm, P.C. and Husain Law + Associates, PC.

4. Therefore, Plaintiff seeks an Order from this Court granting attorneys of Wisner Law Firm, P.C. and Husain Law + Associates, PC. leave to file their appearances in this matter on behalf of Plaintiff and heirs of decedent Hasnawati Binti Nawazar, in place of and as substitute for, Edelson PC and Giardi Keese law firms.

WHEREFORE, BIAS RAMADHAN A.S. BIN MISYADI, as surviving heir and representative of the heirs of Hasnawati Binti Nawazar, deceased, respectfully requests that this Court enter an Order withdrawing the appearance of Edelson PC and Giardi Keese and granting attorneys of Wisner Law Firm, P.C. and Husain Law + Associates, PC. leave to file their appearances in this matter.

Dated: December 16, 2020    Respectfully submitted,

        /s/Alexandra M. Wisner
        Attorney For Plaintiffs

Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois 60134
(630) 262-9434
(630) 262-1066 (fax)
faw@wisner-law.com
IL Bar #3048713
awisner@wisner-law.com
IL Bar #6317572

Nomaan K. Husain
HUSAIN LAW + ASSOCIATES, PC
5858 Westheimer, Suite 400
Houston, Texas 77057
(713) 800-1200
nh@hlalawfirm.com
(*pro hac vice forthcoming*)

**CERTIFICATE OF SERVICE**

    Alexandra M. Wisner, an attorney, certifies that she served Plaintiff Bias Ramadhan A.S. Bin Misyadi's Motion to Substitute Counsel all counsel of record via CM/ECF on December 16, 2020.

                                                                              /s/Alexandra M. Wisner