**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Lion Air Flight JT 610 Crash

Case Number: 1:18-cv-07686

An appearance is hereby filed by the undersigned as attorney for:
DIAN DANIATY BINTI UDIN ZAENUDIN

Attorney name (type or print): Floyd A. Wisner

Firm: Wisner Law Firm, P.C.

Street address: 514 W. State Street, Suite 200

City/State/Zip: Geneva, IL 60134

Bar ID Number: 3048713
(See item 3 in instructions)

Telephone Number: 6302629434

Email Address: faw@wisner-law.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/16/20

Attorney signature: S/ Floyd A. Wisner
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015