AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| In re: Lion Air Flight JT 610 Crash | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-cv-07686 |
| | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiffs Anice Kasim, Septiana Damayanti, Dian Daniaty Binti Udin Zaenudin, and Bias Ramadhan A.S. Bin Misyadi recover from Thomas V. Girardi and Girardi Keese, jointly and severally, the amount of two million dollars ($2,000,000), plus post judgment interest at the rate of 0.10% per annum, along with costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Durkin   on a motion for civil contempt of court.

Date:   12/17/2020

*CLERK OF COURT*

/s/ Emily Wall
*Signature of Clerk or Deputy Clerk*