**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | ) ) ) ) ) | Lead Case No. 18 CV 7686<br>Honorable Thomas M. Durkin |

**[PROPOSED] ORDER**

On December 14, 2020, the Court entered a civil contempt against the law firm of GIRARDI KEESE ("GK") and THOMAS GIRARDI and froze the assets of GK and THOMAS GIRARDI.

During a December 16, 2020 telephone hearing, the Court was informed that several involuntary bankruptcy petitions were being prepared in the Central District of California and would likely be filed within 48 hours. Upon discussion, the parties agreed with the Court that a bankruptcy trustee in the Central District of California would be best suited to preserve assets and deal with competing claims.

**IT IS HEREBY ORDERED THAT:**

1. A judgment of civil contempt is entered against GK and THOMAS GIRARDI.

2. All assets of GK and THOMAS GIRARDI (collectively, the "Girardi Assets") are frozen until appointment of a Bankruptcy Trustee or further order of this Court.

3. Until a Trustee is appointed, the Girardi Assets shall not be used to pay THOMAS GIRARDI's living expenses.

4. Until a Trustee is appointed, the Girardi Assets shall not be used to pay attorneys' fees.

5. This Order shall be effective immediately upon its entry.

**IT IS SO ORDERED**

**Dated:** _____

                                               **Thomas M. Durkin**
                                               **United States District Judge**