UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | ) ) ) ) ) | Lead Case No. 18 CV 7686<br>Honorable Thomas M. Durkin |

### ORDER

On December 14, 2020, the Court entered a civil contempt against the law firm of GIRARDI KEESE ("GK") and THOMAS GIRARDI and froze the assets of GK and THOMAS GIRARDI.

During a December 16, 2020 telephone hearing, the Court was informed that several involuntary bankruptcy petitions were being prepared in the Central District of California and would likely be filed within 48 hours. Upon discussion, the parties agreed with the Court that a bankruptcy trustee in the Central District of California would be best suited to preserve assets and deal with competing claims.

**IT IS HEREBY ORDERED THAT:**

1. A judgment of civil contempt is entered against GK and THOMAS GIRARDI.

2. All assets of GK and THOMAS GIRARDI (collectively, the "Girardi Assets") are frozen until further order of this Court. The Trustee can apply to modify this Order.

3. Until a Trustee is appointed, the Girardi Assets shall not be used to pay THOMAS GIRARDI's living expenses, and then only upon application to and approval by the Trustee.

4. Until a Trustee is appointed, the Girardi Assets shall not be used to pay attorneys' fees, and then only upon application to and approval by the Trustee.

5. This Order memorializes the oral ruling made on December 14, 2020 and which became effective on that date.

6. If there is a delay in appointment of a Trustee, any request for relief to allow for payment of reasonable and necessary living expenses of THOMAS GIRARDI should be addressed to this Court.

7. This Order should not be construed to prevent GK from fulfilling its court obligations to existing clients. However, any receipt of fees or settlement funds shall become part of the asset freeze described in paragraph 2, absent court approval.

**IT IS SO ORDERED.**

**Dated: December 18, 2020**

_____
**Thomas M. Durkin**
**United States District Judge**