UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Welly Chandra, et al.

                    Plaintiff,

v.

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                    Defendant.

Case No.: 1:18−cv−07686

Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 18, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: A hearing on the motion to enforce contempt order as to Erika Girardi [880] is set for 12/22/2020 at 1:00 p.m., and will proceed by telephone. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Movant Edelson PC, along with counsel for Erika Girardi, counsel for Thomas Girardi, counsel for the Girardi Keese Law Firm, counsel for David Lira, counsel for Keith Griffin, counsel for Boeing, and new counsel for the effected plaintiffs should all be present on the call. If Erika Girardi does not have counsel, she must be present on the call herself. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.