IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Lion Air Flight JT 610 Crash

Lead Case: 1:18-cv-07686

Honorable Thomas M. Durkin

This filing applies to
Case No. 1:19-cv-05842

## NOTICE OF FILING

Plaintiff, MULTI RIZKI, as surviving heir and representative of the heirs of Rijal Mahdi, deceased, by and through Plaintiff's undersigned counsel, has caused to be filed the attached sealed Exhibit A for the Court's review and consideration as requested by the Court.

Dated: December 21, 2020

Respectfully submitted,

/s/Alexandra M. Wisner
Attorney For Plaintiffs

Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois 60134
(630) 262-9434
(630) 262-1066 (fax)
faw@wisner-law.com
IL Bar #3048713
awisner@wisner-law.com
IL Bar #6317572

Nomaan K. Husain
HUSAIN LAW + ASSOCIATES, PC
5858 Westheimer, Suite 400
Houston, Texas 77057
(713) 800-1200
nh@hlalawfirm.com
(*pro hac vice forthcoming*)

## **CERTIFICATE OF SERVICE**

    Alexandra M. Wisner, an attorney, certifies that she served Plaintiff Multi Rizki's Notice of Filing all counsel of record via CM/ECF on December 21, 2020.

                                                                 /s/Alexandra M. Wisner