# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| WELLY CHANDRA, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Lead Case 18-cv-7686 |
| | ) | Honorable Thomas M. Durkin |
| v. | ) | |
| | ) | |
| BOEING INTERNATIONAL SALES | ) | |
| CORPORATION, a Washington State | ) | |
| Profit Corporation, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF KEITH GRIFFIN

I, Keith Griffin, hereby declare and state as follows:

1. I am a member of the State Bar of California. The statements contained in this declaration are made pursuant to my personal knowledge unless otherwise stated upon information and belief.

2. I have reviewed the RESPONSE TO MOTION FOR RULE TO SHOW CAUSE [Docket #842] BY KEITH GRIFFIN. The statements in paragraphs 14-17 and 22-49 are true and correct to the best of my knowledge and belief.

I declare under the perjury of the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2020.

/s  Keith Griffin