# Exhibit A



# MEMORANDUM

**TO:** TVG
**CC:** Chris K., David L.
**FROM:** KDG
**DATE:** March 4, 2020
**RE:** Boeing – Sutanto

Dear Tom:

We should be receiving the settlement funds by wire today on the first Boeing case, Sutanto v. Boeing.

Total Gross Settlement: $REDACTED

Per the release and Court order, the funds are to be disbursed as follows:

$REDACTED to California Attorney Lending (directly from Boeing)

$REDACTED to Girardi Keese Trust at REDACTED

From the $REDACTED, the funds are to be disbursed as follows:

$REDACTED **to be wired to the clients per the attached Consent.**

$REDACTED remaining attorney fees. Need to pay the Edelson firm who is entitled to 50% of the net fees. Also have Mohamed who is the referring attorney.

$REDACTED to Girardi/Edelson for costs.

$REDACTED to Girardi Keese to repay Client Advance.

End Memo.

1

LION AIR FLIGHT JT610 AIR CRASH
ANICE KASIM
CLOSING STATEMENT
January 7, 2020

TOTAL AMOUNT OF RECOVERY: $ REDACTED

Less: Attorney's fee – 30% of Gross Recovery   REDACTED

GROSS RECOVERY LESS ATTORNEY'S FEE: $ REDACTED

Less: Your share of costs of suit: $ REDACTED
(Capped at 1% of Gross Recovery)

Less: Advances received from Girardi|Keese: $ REDACTED

NET PROCEEDS: $ REDACTED
To be disbursed as follows:

Anice Kasim, wife $ 
Zahra Amana Sitanto, daghter $
Tatsbita Aurelia Sutanto, daughter $
Salwa Clarissa Sutantso, daughter $

*********************

The disbursement of this recovery in accordance with the foregoing closing statement, is hereby approved. I hereby authorize the law firm of Girardi | Keese to receive and sign on my behalf wired funds and/or a check in the amount of the TOTAL AMOUNT OF RECOVERY, deposit that check in their trust account, and forward the NET PROCEEDS consistent with this closing statement.

DATED this 08th day of January, 2020.



_____
ANICE KASIM, wife and Personal Representative
of the Estate of Eko Sutanto

I instruct my lawyer to send the net recovery in the form of (Please circle):

a. Check

(b.) Wire transfer (instructions below)

Account Name
Account Number
Bank Routing Number (ABA)
Swift Code
Name of Bank
Bank's Street Address

