# Exhibit B

# GIRARDI | KEESE
## LAWYERS

# MEMORANDUM

**To:** TVG
**CC:** Chris K., David L.
**From:** KDG
**Date:** March 11, 2020
**Re:** Boeing – Huzaifah (Dian Zaenudin)

Dear Tom:

We should be receiving the settlement funds by wire today on the second Boeing case, Huzaifah v. Boeing.

Total Gross Settlement: $REDACTED

Per the release and Court order, the funds are to be disbursed as follows:

$REDACTED to California Attorney Lending (directly from Boeing)

$REDACTED to Girardi Keese Trust at REDACTED

From the $REDACTED, the funds are to be disbursed as follows:

$REDACTED to be wired to the clients per the attached Consent.

$REDACTED remaining attorney fees. Need to pay the Edelson firm who is entitled to 50% of the net fees. Also have Mohamed who is the referring attorney.

$REDACTED to Girardi/Edelson for costs.

\*\* The net settlement funds of $REDACTED need to be wired to the client per the instructions on the attached Closing Statement immediately.

End Memo.

1

LION AIR FLIGHT JT610 AIR CRASH
DIAN DANIATY BINTI UDIN ZAENUDIN
CLOSING STATEMENT
December 14, 2019

TOTAL AMOUNT OF RECOVERY: $ REDACTED

Less: Attorney's fee – 30% of Gross Recovery $ REDACTED

GROSS RECOVERY LESS ATTORNEY'S FEE: $ REDACTED

Less: Service, costs & reimbursements $ REDACTED

NET PROCEEDS: $ REDACTED
To be disbursed as follows:

    Dian Daniaty Binti Udin Zaenudin, wife $ REDACTED
    Mishary Qaddafi Al Rasyid Bin Muhammad Nasir, son $ REDACTED
    Hj. Mariana S. Pd. Binti Hasanudin, mother $
    H. Huzaifah, S.E. Bin Abubakar, father $

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The disbursement of this recovery in accordance with the foregoing closing statement, is hereby approved. I hereby authorize the law firm of Girardi | Keese to receive and sign on my behalf wired funds and/or a check in the amount of the TOTAL AMOUNT OF RECOVERY, deposit that check in their trust account, and forward the NET PROCEEDS consistent with this closing statement.

DATED this __14__ day of _____JAN_____, 2020.

_(signature)_

DIAN DANIATY BINTI UDIN ZAENUDIN,
individually and as Personal Representative of the
Estate of Muhammad Nasir Bin Huzaifah, deceased,
and as natural parent and legal guardian of Mishary
Qaddafi Al Rasyid Bin Muhammad Nasir, son of
deceased

[REDACTED]struct my lawyer to send my share of the net
[rec]overy in the form of (Please circle):



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| DIAN DANIATY BINTI UDIN ZAENUDIN; M.B.M., a minor by and through his guardian ad litem Dian Daniaty Binti Udin Zaenudin, <br><br> Plaintiffs, <br> v. <br> The Boeing Company, <br><br> Defendant. | This document relates to Case No. 1: 19-cv-2987 <br><br> Honorable Thomas M. Durkin |

## ORDER GRANTING JOINT MOTION
## FOR DISMISSAL OF PLAINTIFFS' CLAIMS
## WITH PREJUDICE AND APPROVAL OF MINOR SETTLEMENTS





Dated: 3/4/2020

ENTERED:

Hon. Thomas M. Durkin
U.S. District Court Judge