# Exhibit C



# MEMORANDUM

| | |
|---|---|
| **TO:** | TVG |
| **CC:** | Chris K., David L. |
| **FROM:** | **KDG** |
| **DATE:** | March 31, 2020 |
| **RE:** | Boeing – Nawazar |

Dear Tom:

We have received the settlement funds on the third Boeing case, Nawazar (Bias Misyadi) v. Boeing.

Total Gross Settlement: $REDACTED

Per the release and Court order, the funds are to be disbursed as follows:

$REDACTED to California Attorney Lending (directly from Boeing)

$REDACTED to Girardi Keese Trust at REDACTED

From the $REDACTED the funds are to be disbursed as follows:

$REDACTED **to be wired to the clients per the attached Consent.**

$REDACTED remaining attorney fees*. Need to pay the Edelson firm who is entitled to 50% of the net fees. Also have Mohamed who is the referring attorney.

$REDACTED to Girardi/Edelson for costs.


*Total Attorney Fees are $REDACTED $REDACTED sent directly to California Attorney Lending. $REDACTED sent to GK.

End Memo.

# LION AIR FLIGHT JT610 AIR CRASH
## BIAS RAMADHAN A.S. BIN MISYADI
### CLOSING STATEMENT
#### January 7, 2020

**TOTAL AMOUNT OF RECOVERY:**                                      $REDACTED

Less:   Attorney's fee – 30% of Gross Recovery                     $REDACTED

**GROSS RECOVERY LESS ATTORNEY'S FEE:**                            $REDACTED

Less:   Your share of costs of suit:
        (Capped at 1% of Gross Recovery)                           $REDACTED

**NET PROCEEDS:**                                                  $REDACTED
To be disbursed as follows:

Bias Ramadhan A.S. Bin Misyadi, son              $REDACTED
Guntur Idil Akbar Bin Misyadi, son               $
Dzikri Agung Haryadi Bin Misyadi, son            $
Hana Kamila Chairunisa Binti Misyadi, daughter   $

*********************

The disbursement of this recovery in accordance with the foregoing closing statement, is hereby approved. I hereby authorize the law firm of Girardi | Keese to receive and sign on my behalf wired funds and/or a check in the amount of the TOTAL AMOUNT OF RECOVERY, deposit that check in their trust account, and forward the NET PROCEEDS consistent with this closing statement.

DATED this _Friday_ day of ___January  10_____ , 2020.



BIAS RAMADHAN A.S. BIN MISYADI, son and
Personal Representative of the Estate of Hasnawati
Binti Nawazar, deceased.

I instruct my lawyer to send the net recovery in the
form of (Please circle):

a.  Check

b.) Wire transfer (instructions below)



REDACTED

| CONFIDENTIAL SETTLEMENT AGREEMENT AND FULL RELEASE OF ALL CLAIMS | PERJANJIAN PENYELESAI DAN PELEPASAN PENUH AT SEMUA KLAIM YANG BERSIF RAHASIA |
|---|---|

REDACTED



REDACTED







REDACTED



REDACTED



REDACTED