# Exhibit D

# GIRARDI | KEESE
## LAWYERS

# MEMORANDUM

| | |
|---|---|
| **TO:** | TVG |
| **CC:** | Chris K., David L. |
| **FROM:** | **KDG** |
| **DATE:** | March 31, 2020 |
| **RE:** | Boeing – Fitrasyah |

Dear Tom:

We have received the settlement funds on the fourth Boeing case, Fitrasyah (Septiana) v. Boeing.

Total Gross Settlement: $ REDACTED

Per the release and Court order, the funds are to be disbursed as follows:

$ REDACTED to California Attorney Lending (directly from Boeing)

$ REDACTED to Girardi Keese Trust at REDACTED

From the $ REDACTED, the funds are to be disbursed as follows:

$ REDACTED **to be wired to the clients per the attached Consent.**

$ REDACTED remaining attorney fees*. Need to pay the Edelson firm who is entitled to 50% of the net fees. Also have Mohamed who is the referring attorney.

$ REDACTED to Girardi/Edelson for costs.


*Total Attorney Fees are $ REDACTED $ REDACTED sent directly to California Attorney Lending. $ REDACTED sent to GK.

End Memo.

1

LION AIR FLIGHT JT610 AIR CRASH
SEPTIANA DAMAYANTI, SH, MH
CLOSING STATEMENT
January 6, 2020

TOTAL AMOUNT OF RECOVERY:                          $ REDACTED

Less:  Attorney's fee - 30% of Gross Recovery        $ REDACTED


GROSS RECOVERY LESS ATTORNEY'S FEE:                 $ REDACTED

Less:  Services, costs & reimbursements              $ REDACTED


**NET PROCEEDS:**                                    $ REDACTED
To be disbursed as follows:

     Septiana Damayanti, SH, MH, wife                $ REDACTED
     Ainul Mardiah Quoina, daughter                 $ REDACTED
     Nur Intan Ramadhani, daughter                  $
     H. Dwi Sugiarto, SH, father                    $
     Hj. Irhamna SH. Binti H. M. Djaudin, mother    $


********************

    The disbursement of this recovery in accordance with the foregoing closing statement, is hereby approved.  I hereby authorize the law firm of Girardi | Keese to receive and sign on my behalf wired funds and/or a check in the amount of the TOTAL AMOUNT OF RECOVERY, deposit that check in their trust account, and forward the NET PROCEEDS consistent with this closing statement.

    DATED this ___7___ day of ____JANUARY_____, 2020.



SEPTIANA DAMAYANTI, SH, MH, wife and
Personal Representative of the Estate of Muhammad
Ikhsan Riyadi Fitrasyah, SH, MH, deceased.

I instruct my lawyer to send the net recovery in the
form of (Please circle):

a. Check

b. Wire transfer (instructions below)

REDACTED

| CONFIDENTIAL SETTLEMENT AGREEMENT AND FULL RELEASE OF ALL CLAIMS | PERJANJIAN PENYELESA[REDACTED] DAN PELEPASAN PENUH A[REDACTED] SEMUA KLAIM YANG BERSI[REDACTED] RAHASIA |

REDACTED





REDACTED





REDACTED







