# Exhibit E

# GIRARDI | KEESE
LAWYERS

# MEMORANDUM

**To:** TVG
**CC:** DRL, Chris K.
**From:** **KDG**
**Date:** May 4, 2020
**Re:** Boeing

Dear Tom:

Lots of messages from Boeing clients over the weekend. Client funds need to be wired.

Sutanto: $ REDACTED

Huzaifah: $ REDACTED

Newazar: $ REDACTED

Fitrasyah: $ REDACTED

End memo.