# Exhibit F

June 24, 2020

TO: TVG

FROM: KDG

RE: Boeing Lion Air

Dear Tom:

Need to call Rafey today at the Edelson firm. He is our co-counsel on the Lion Air cases. His phone number is REDACTED

He said that you were going to get back with him on Wednesday about completing payment to the Boeing clients. He is desperate to hear from you.