# Exhibit G

August 3, 2020

TO: TVG

FROM: KDG

RE: Boeing Lion Air

Dear Tom:

Just got a message from Rafey at Edelson (co-counsel).

He said you told him that clients would be paid in full today.

Said he needs to speak to you right away.

His phone number is REDACTED

End memo.