# Exhibit H

11/18/20

Dear Tom:

You have 12 days to pay the Boeing clients the balance of their funds.

They are owed $REDACTED  They are also owed about $REDACTED in interest they are demanding.

If they do not receive their funds by Nov 30th, they have indicated that they are all filing bar complaints and a criminal complaint with the DA's office.

This could not be more serious.

End memo.

KGD