# Exhibit A

# ROSEN ✧ SABA, LLP
## TRIAL LAWYERS

December 21, 2020

**VIA FEDERAL EXPRESS**
**AND ELECTRONIC MAIL**

Peter S. Lubin, Esq.
LUBIN AUSTERMUEHLE, P.C.
360 West Butterflied Rd., Suite 325
Elmhurst, IL 60126
peter@l-a.law

        Re: In Re: Lion Air Flight JT 610 Crash
        United States District Court - Northern District of Illinois
        Case No. 1:18-cv-07686

Dear Mr. Lubin:

Enclosed are two black, bound books which include the following:

1. Decedent, Darwin Harianto's family photographs, Death Certificate, Marriage Certificate, Affidavit of Heirs, Family Card and his wife, Liyanah's Driver's License; and

2. Decedent, Ravi Andrian's family photographs, Death Certificate, (parents) Driver's License, Birth Certificate. Academic/Service Recognitions/Awards. Family Card, and High School Diploma.

These are the only documents in the possession of Mr. Griffin which are responsive to your clients' Motion for Order to Their Former Counsel to Produce Client Files and Evidence of Express Authority to Settle.

Very Truly Yours,

*[signature]*

RYAN D. SABA
RDS:DS
ENCLS.