# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LIYANAH; GIBRAN ALI RAHARDIAN; ANINDITA RAHMIANA SEKARINI., | ) <br> ) 19-cv-05220 <br> ) Consolidated with |
| Plaintiffs, | ) **18-cv-07686** <br> ) |
| v. | ) Judge Thomas M. Durkin <br> ) |
| THE BOEING COMPANY, | ) <br> ) |
| Defendant. | ) <br> ) |
| And | ) <br> ) |
| EPI SAMSUL KOMAR AND DIAN ANDRIANI, | ) <br> ) 19-cv-05217 <br> ) Consolidated with |
| Plaintiffs, | ) **18-cv-07686** <br> ) |
| v. | ) Judge Thomas M. Durkin <br> ) |
| THE BOEING COMPANY, | ) <br> ) |
| Defendant. | ) |

**DECLARATION OF DAVID LIRA IN SUPPORT OF OPPOSITION TO LIYANAH AND KOMAR PLAINTIFF'S OPPOSED MOTION TO ORDER THEIR FORMER COUNSEL TO PRODUCE CLIENT FILES AND EVIDENCE OF EXPRESS AUTHORITY TO <u>SETTLE [Docket #870] and COURT ORDER RE SAME [Docket #873]</u>**

**(Filed Under Seal)**