**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| WELLY CHANDRA, et al., | ) |
|  | ) |
|  | ) Lead Case No.: |
|  | ) 18-cv-07686 |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Honorable Thomas M. Durkin |
|  | ) |
| THE BOEING INTERNATIONAL SALES | ) |
| CORPORATION, A Washington State Profit | ) |
| Corporation, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**DECLARATION OF DAVID LIRA IN SUPPORT OF RESPONSE TO THE MOTION**
**FOR RULE TO SHOW CAUSE**

**(Filed Under Seal)**