# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WELLY CHANDRA, et al., ) | |
| ) | Lead Case No.: |
| ) | 18-cv-07686 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Honorable Thomas M. Durkin |
| ) | |
| THE BOEING INTERNATIONAL SALES ) | |
| CORPORATION, A Washington State Profit ) | |
| Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF FERIEDOUN ANTHONY KOUSHAN

**(Filed Under Seal)**