**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WELLY CHANDRA, et al., ) | |
| ) | Lead Case No.: |
| ) | 18-cv-07686 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Honorable Thomas M. Durkin |
| ) | |
| THE BOEING INTERNATIONAL SALES ) | |
| CORPORATION, A Washington State Profit ) | |
| Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>DECLARATION OF VIKTORS ANDRIS REKTE</u>**

## DECLARATION OF VIKTORS ANDRIS REKTE

I, VIKTORS ANDRIS REKTE, declare:

1. I am a member of the California State Bar in good standing and I have personal knowledge of the matters referred to in this Declaration, and if called upon as a witness, could and would competently testify to the following:

2. I am the founder of Rekte Law. I have tried over 50 cases in my 33 years of practice.

3. Prior to starting my own firm, I practiced with Girardi | Keese and its predecessor Girardi, Keese & Crane ("Girardi | Keese") for 32 years from 1987 to 2019.

4. For approximately 20 years I managed the San Bernardino office of Girardi | Keese.

5. During my 32 years with Girardi | Keese it was my understanding that Tom Girardi was the sole owner of Girardi | Keese.

6. During my 32 years with Girardi | Keese I was a salaried employee.

7. During the time I was employed by Girardi | Keese, it was always my understanding that the only person who could initiate wire transfers on behalf of the firm was Tom Girardi. As managing attorney of the San Bernardino office, I could not initiate wire transfers from either the San Bernardino or Los Angeles Girardi | Keese Trust Accounts.

8. During the time I was employed by Girardi | Keese, including the during the time I managed the San Bernardino office, I had no access to the accounting books and records of the firm.

Executed this 18th day of December, 2020 at Corona, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

VIKTORS ANDRIS REKTE

## **CERTIFICATE OF SERVICE**

    I, Edith R. Matthai, the undersigned attorney, hereby certify that on December 21, 2020, I served a true and correct copy of the foregoing Declaration Of Viktors Andris Kekte upon all counsel of record via the Court's CM/ECF System.

                                                                         /s/Edith R. Matthai