**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WELLY CHANDRA, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Lead Case No.: 18-cv-07686  Honorable Thomas M. Durkin |
| Plaintiffs, | | |
| v. | | |
| THE BOEING INTERNATIONAL SALES CORPORATION, A Washington State Profit Corporation, et al., | | |
| Defendants. | | |

## DECLARATION OF AMY FISCH SOLOMON

## DECLARATION OF AMY FISCH SOLOMON

I, AMY FISCH SOLOMON, declare:

1. I am a member of the California State Bar in good standing and I have personal knowledge of the matters referred to in this Declaration, and if called upon as a witness, could and would competently testify to the following:

2. I am currently a Neutral at Judicate West, based in Southern California. I am a past President of the Consumer Attorneys Association of Los Angeles (CAALA), the largest local bar association of plaintiff lawyers' in the nation. As a trial lawyer, I successfully tried over 45 jury and bench trials in both State and Federal Courts.

3. Prior to becoming a neutral, I practiced with Girardi | Keese for 30 years from 1989 to 2019.

4. During my 30 years with Girardi | Keese Tom Girardi was the sole owner of Girardi | Keese.

5. During my 30 years with Girardi | Keese I was a salaried employee.

6. During the time I was employed by Girardi | Keese I could not authorize a wire transfer on behalf of the firm. It is my belief that Tom Girardi was the only person at the firm who could authorize wire transfers.

7. During the time I was employed by Girardi | Keese I had no access to the accounting books and records of the firm.

Executed this 18th day of December, 2020 at Los Angeles, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature]*
AMY FISCH SOLOMON

2

## CERTIFICATE OF SERVICE

    I, Edith R. Matthai, the undersigned attorney, hereby certify that on December 21, 2020, I served a true and correct copy of the foregoing Declaration Of Amy Fisch Solomon upon all counsel of record via the Court's CM/ECF System.

                                        /s/Edith R. Matthai