IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLY CHANDRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING INTERNATIONAL SALES CORPORATION, A Washington State Profit Corporation, et al., <br><br> Defendants. | Lead Case No.: <br> 18-cv-07686 <br><br> Honorable Thomas M. Durkin |

## DECLARATION OF DAVID N. BIGELOW

I, DAVID N. BIGELOW, declare:

1. I am a member of the California State Bar in good standing and I have personal knowledge of the matters referred to in this Declaration, and if called upon as a witness, could and would competently testify to the following:

2. I am a practicing attorney specializing in areas of personal injury, business torts, and product liability litigation.

3. I practiced with Girardi | Keese from 1995 to 2020.

4. During my time with Girardi | Keese it was my understanding that Tom Girardi was the sole owner of Girardi | Keese.

5. During my employment with Girardi | Keese I was a salaried employee.

6. During the time I was employed by Girardi | Keese it was always my understanding that the only person who could initiate wire transfers on behalf of the firm was Tom Girardi.

7. During the time I was employed by Girardi | Keese I had no access to the accounting books and records of the firm.

2

Executed this 18th day of December, 2020 at Los Angeles, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
DAVID N. BIGELOW

## **CERTIFICATE OF SERVICE**

  I, Edith R. Matthai, the undersigned attorney, hereby certify that on December 21, 2020, I served a true and correct copy of the foregoing Declaration Of David N. Bigelow upon all counsel of record via the Court's CM/ECF System.

                /s/Edith R. Matthai
                _____