IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Lion Air Flight JT 610 Crash

Lead Case: 1:18-cv-07686

Honorable Thomas M. Durkin

This filing applies to
Case No. 1:19-cv-05842

## MOTION FOR JUDGMENT IN PLAINTIFF'S FAVOR

Plaintiff, MULTI RIZKI, as surviving heir and representative of the heirs of Rijal Mahdi, deceased, by and through Plaintiff's attorneys Wisner Law Firm, P.C. and Husain Law + Associates, PC., and for Plaintiff's Motion For Judgment in Plaintiff's Favor, states as follows:

1. Plaintiff was previously represented by attorneys at the Edelson PC and Giardi Keese law firms.

2. During the course of representation by Plaintiff's former counsel, Plaintiff, through her former counsel, settled her claims and the claims of decedent's heirs against defendant The Boeing Company for a confidential amount.

3. Plaintiff's claims against The Boeing Company were dismissed with prejudiced pursuant to stipulation. The Court retained jurisdiction for the purpose of effectuating settlement. (Doc. ##581, 593)

4. Upon information and belief, the gross settlement funds were paid by The Boeing Company to Plaintiff's former counsel. However, Plaintiff never received the net amount payable to Plaintiff after deduction of attorney's fees and costs.[1]

---

[1] Plaintiff disputes the amount of costs Plaintiff's former counsel sought reimbursement for since Plaintiff never received an itemization of the reimbursable costs from Plaintiff's former counsel.

5. This Court previously entered judgment in favor of certain plaintiffs against the law firm Girardi Keese and attorney Thomas Girardi for settlement funds that remain unpaid to those other plaintiffs. The Court entered judgment in the amount of the outstanding funds plus interest. (Doc. #848)

6. Plaintiff Multi Rizki was not a party to the Court's previous Judgment (Doc. #848) and likewise seeks a judgment in Plaintiff's favor against law firm Girardi Keese and attorney Thomas Girardi for the amount owed to Plaintiff and decedent's heirs plus interest. Plaintiff provided the Court with the details of the funds owed to Plaintiff in Plaintiff's sealed filing. (Doc. #897)

7. Therefore, Plaintiff seeks a Judgment from this Court in Plaintiff's favor against Girardi Keese and Thomas Girardi in the amount of the net funds that were due to Plaintiff upon receipt of the gross settlement funds plus interest.

WHEREFORE, Plaintiff Multi Rizki, as surviving heir of decedent of Rijal Mahdi, deceased, and representative of the heirs of decedent Rijal Mahdi, deceased, respectfully requests that this Court enter a Judgment in Plaintiff's favor and providing any other such relief that this Court deems just.

Dated: December 22, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Alexandra M. Wisner
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney For Plaintiffs

　　　　　　　　　　　　　　　　　　　　　　Wisner Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　　514 W. State Street
　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　Geneva, Illinois 60134
　　　　　　　　　　　　　　　　　　　　　　(630) 262-9434
　　　　　　　　　　　　　　　　　　　　　　(630) 262-1066 (fax)
　　　　　　　　　　　　　　　　　　　　　　faw@wisner-law.com
　　　　　　　　　　　　　　　　　　　　　　IL Bar #3048713
　　　　　　　　　　　　　　　　　　　　　　awisner@wisner-law.com
　　　　　　　　　　　　　　　　　　　　　　IL Bar #6317572

Nomaan K. Husain
HUSAIN LAW + ASSOCIATES, PC
5858 Westheimer, Suite 400
Houston, Texas 77057
(713) 800-1200
nh@hlalawfirm.com
(*pro hac vice forthcoming*)

## CERTIFICATE OF SERVICE

  Alexandra M. Wisner, an attorney, certifies that she served Plaintiff Multi Rizki's Motion for Judgment in Plaintiff's Favor all counsel of record via CM/ECF on December 22, 2020.

                     /s/Alexandra M. Wisner