# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Eastern Division

Welly Chandra, et al.

Plaintiff,

v.

Case No.:
1:18−cv−07686

Honorable Thomas M.
Durkin

BOEING INTERNATIONAL SALES
CORPORATION, a Washington State Profit
Corporation, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 28, 2020:

MINUTE entry before the Honorable Thomas M. Durkin: The Court is in receipt of The Boeing Company's Fifth Status Report on Remaining Individual Actions [917]. The stay the litigation is continued through 2/28/2021 to allow the parties to continue to engage in mediations. The Boeing Company is to file a written status report by 2/19/2021. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.