# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| This document relates to<br>Case Nos. 19-cv-2982, 19-cv-2979, 19-cv-2987, 19-cv-2980, 19-cv-5214, 19-cv-5215 | Hon. Thomas M. Durkin |

**SUPPLEMENTAL DECLARATION OF ARI J . SCHARG**

I, Ari J. Scharg, hereby declare and state as follows:

1.      I am an attorney admitted to practice before this Court and am a partner at the law firm Edelson PC.

2.      During the first half of 2020, I regularly communicated with Keith Griffin by text message. True and accurate excerpts of my text message conversations with Keith Griffin are attached hereto as Exhibit 1. The text messages on the first page are from February 28, 2020.

3.      In May 2020, I believed, based on my communications with David Lira and Keith Griffin, that Boeing would not release any of the settlement funds for any of the clients I represented until the releases for all of the clients were signed and filed.

4.      On December 9, 2020, at approximately 3:30 p.m. Central time, I received a call on my office line from Tom Girardi. I knew the person on the other end of the line to be Mr. Girardi because I recognized his voice from previous messages and telephone calls. A true and accurate transcript of the entirety of our conversation, which I transcribed contemporaneously, follows:

Scharg: Hello?

Girardi: Oh good. Ari I'm sick as [expletive] and will FedEx the checks on Friday. This is Keith Griffin's fault. He's no longer at the firm.

Scharg: Anything else?

1

Girardi: Keith's no longer at the firm.

Scharg: Anything else?

Girardi: No.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of January 2021 in the State of Illinois.

s/ Ari J. Scharg
Ari J. Scharg

Exhibit 1



4:37 ◀



KG

Keith G ›

Tue, Mar 17, 10:26 AM

Hope you and fam are hanging in there. Any word from the remaining clients on when they're going to sign the settlement? With all this craziness, I think we want to finalize everything with Boeing sooner rather than later.

Tue, Mar 17, 12:56 PM

Hey Ari. All well here. How about u? We are closing the firm for staff for 10 days. Lawyers still coming in. We have the four cases signed and done. You have those. Judge corral has allocated the 9.75 on the other six cases and releases are being prepared for those. Keep you posted.

We're doing fine. Kids are home from school and are driving me crazy. Great about the other six. Let me know



4:37



**KG**

Keith G >

We're doing fine. Kids are home from school and are driving me crazy. Great about the other six. Let me know when we have them and I'll get the dismissal papers on file.

Mon, Apr 27, 2:09 PM

Hey Keith — any updates on Boeing? Our cases are still hanging out there. Almost every other case has been dismissed already.

Hey Ari. Releases are being translated now. Should be ready by end of week.

that's huge

Think we can file dismissal motions next week?

I think that's possible. We will get them signed as soon as we get them.

iMessage

  

      

4:37



KG

Keith G >

10-4

Thanks

Thu, Apr 30, 5:01 PM

We still on track for getting the translations back this week?

Hope so. I'll check w lira.

Mon, May 4, 2:54 PM

I really hate to keep pinging you on this, but any update on the releases?

No worries. I'm waiting LIRA's update

Ok.

Tue, May 5, 11:43 AM

Lira hasn't responded to me. Is there an issue that I should be aware of?



4:37 ✔



**KG**

Keith G ›

Lira hasn't responded to me. Is there an issue that I should be aware of?

No issues. He just told me should have final versions in a couple days.

ok

Mon, May 11, 12:25 PM

Hey Keith, any updates from Lira?

Mon, May 11, 1:32 PM

Not yet. Boeing was still working on them as of Friday.

Oh are we waiting on Perkins Coie?

Yeah

They do the releases and side by side translations.





**4:38**

**KG**

Keith G ›

Do you think they're delaying because of their potential bankruptcy?

I don't. They were asking for legit ID cards and stuff like that.

Tue, Jun 16, 12:11 PM

Hey Keith — did the Boeing money come in?

Ari. I actually don't know. I will find out.

