# EXHIBIT A



Fri, Feb 28, 4:42 PM

Didn't get a chance to pull him aside.

I hate those fucks though

So I take Harianto isn't signing our settlement agreement?

> No. She's not. Trying to get Perkins to give us individual offers.

Right. Did you talk to them today?

Should we alert judge o Connell?

> I don't think we have enough solid proof yet that it was Ribbeck. So far just her saying she wants to fire us.

Even though we got her a bunch of money? That's crazy.

And Perkins is not going to release any of the money until all of the



**Ari**

> Even though we got her a bunch of money? That's crazy.
>
> And Perkins is not going to release any of the money until all of the settlement agreements are signed?

Correct

> Got it

*Tue, Mar 17, 8:26 AM*

> Hope you and fam are hanging in there. Any word from the remaining clients on when they're going to sign the settlement? With all this craziness, I think we want to finalize everything with Boeing sooner rather than later.

*Tue, Mar 17, 10:56 AM*

Hey Ari. All well here. How about u? We are closing the firm for staff for 10 days. Lawyers still coming in. We