# EXHIBIT B

Case: 1:18-cv-07686 Document #: 931-2 Filed: 01/07/21 Page 2 of 2 PageID #:9190

