**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Welly Chandra, et al.

                                                                                                    Plaintiff,

v.                                                                                                  Case No.:
1:18−cv−07686

                                                                                                 Honorable Thomas M. Durkin

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                                                                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 8, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Hearing held 1/8/2021. The freeze on the assets of Thomas Girardi and Girardi Keese [879] is lifted, on application of the Trustees appointed in the Central District of California in cases 2:20−bk−21022−BR and 2:20−bk−21020−BR, in order to permit the orderly proceeding of those cases, and based on the representations of the Trustees that the assets of Thomas Girardi and Girardi Keese will not be dissipated except on authority of the Trustees or the Bankruptcy Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.