# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** | **Consolidated Case: 1:18-cv-07686**<br><br>Related to Cases:<br><br>*1:19-cv-02774*<br>Nurdin Semendawai Action for deaths of Andri Wiranofa and Niar Soegiyono<br><br>*1:19-cv-03415*<br>Rini Soegiyono action for death of Niar Soegiyono<br><br>*1:19-cv-05311*<br>Rini Soegiyono action for death of Andri Wiranofa<br><br>Honorable Thomas M. Durkin |

**MOTION TO SUPPLEMENT ORDER APPROVING MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND APPROVAL OF MINOR SETTLEMENTS**

Plaintiffs, Nurdin Rakhman Semendawai, as Personal Representative of the Estates of Andri Wiranofa and Niar Ruri Sunarniati Soegiyono and as co-legal guardian of decedents' minor children, F.F.N.W., and F.S.N.W. and HJ. Rini Eka A. Soegiyono, as Wrongful Death Administrator of the estates of Niar Ruri Sunarniati Soegiyono and Andri Wiranofa, through their undersigned attorneys, come now to move the Court for an order supplementing this Court's previous <u>Order Approving Motion for Dismissal of Plaintiffs' Claims with Prejudice and Approval of Minor Settlements</u> entered on January 13, 2021 Document #944 as follows:

1. Austin Bartlett of the Bartlett Chan law firm be instructed to wire transfer the gross settlement he holds in trust for the benefit of the minors into FDIC insured, interest bearing, blocked accounts in US BANK branch at 2317 Pacific Avenue, Tacoma WA 98402;

2. Once deposited, no withdrawals or transfers of funds shall be made without further order of the Court except that US BANK shall be authorized to withhold and pay USA federal taxes on interest received together with the cost of preparing such tax filings;

3. Otherwise, all net interest shall inure to the benefit of the minors; and,

4. Attorneys Lara Herrmann and Michael Indrajana shall be appointed co-trustees of the minors' funds and authorized to jointly open and maintain both accounts at the specified US BANK branch.

Respectfully submitted,

**HERRMANN LAW GROUP**
 /S/ Charles Herrmann
charles@hlg.lawyer
505 Fifth Ave South, Ste. 330
Seattle, WA 98104

**HERRMANN LAW GROUP**
 /S/ Lara Herrmann
cdc@cdcaruso.com
1535 Tacoma Avenue South
Tacoma, WA 98402

**SANJIV N. SINGH, APLC**
 /S/ Sanjiv N. Singh
admin@sanjivsingh.com
1650 South Amphlett Blvd. Ste 220
San Mateo CA 94402

**Indrajana Law Group, APLC**
 /S/ Michael Indrajana
michael@indrajana.com
1650 South Amphlett Blvd. Ste 220
San Mateo CA 94402