UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** | Consolidated Case: **1:18-cv-07686**<br><br>Related to Cases:<br><br>*1:19-cv-02774*<br>Nurdin Semendawai Action for deaths of Andri Wiranofa and Niar Soegiyono<br><br>*1:19-cv-03415*<br>Rini Soegiyono action for death of Niar Soegiyono<br><br>*1:19-cv-05311*<br>Rini Soegiyono action for death of Andri Wiranofa<br><br>Honorable Thomas M. Durkin |

**ORDER ON MOTION TO SUPPLEMENT ORDER APPROVING MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND APPROVAL OF MINOR SETTLEMENTS**

The Court having reviewed the motion, any responses, replies, and with due notice having been given and the Court being advised in the premises, the Court finds that:

1. There is good cause for the Court to issue an Order supplementing its previous "ORDER APPROVING MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND APPROVAL OF MINOR SETTLEMENTS (ECF 944)", and it is in the best interests of the minors F.F.N.W. and F.S.N.W.

1

**THEREFORE, IT IS HEREBY ORDERED:**

1. Austin Bartlett of the Bartlett Chan law firm be instructed to wire transfer the gross settlement he holds in trust for the benefit of the minors into FDIC insured, interest bearing, blocked accounts in US BANK branch at 2317 Pacific Avenue, Tacoma WA 98402;
2. Once deposited, no withdrawals or transfers of funds shall be made without further order of the Court except that US BANK shall be authorized to withhold and pay USA federal taxes on interest received together with the cost of preparing such tax filings;
3. All net interest shall inure to the benefit of the two minors;
4. Attorneys Lara Herrmann and Michael Indrajana shall be appointed co-trustees of the minors' funds and are authorized to jointly open and maintain both accounts at the specified US Bank branch; and,
5. The court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

ENTERED:

*Thomas M Durkin*
_____
Hon. Thomas M. Durkin
U.S. District Court Judge