# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Welly Chandra, et al.

                                            Plaintiff,

v.

                                            Case No.: 1:18−cv−07686

                                            Honorable Thomas M. Durkin

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 16, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the Order Approving Unopposed Motion for Dismissal of Plaintiff's Claims with Prejudice and Approval of Minor Settlements in 19 C 797, all of plaintiff Fahrida Kurniawati's claims are hereby dismissed in their entirety with prejudice and without costs. Fahrida Kurniawati terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.