# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** | **Consolidated Case:** <br> **1:18-cv-07686** <br><br> Related to Cases: <br><br> *1:19-cv-02774* <br> Nurdin Semendawai Action for deaths of Andri Wiranofa and Niar Soegiyono <br><br> *1:19-cv-03415* <br> Rini Soegiyono action for death of Niar Soegiyono <br><br> *1:19-cv-05311* <br> Rini Soegiyono action for death of Andri Wiranofa <br><br> Honorable Thomas M. Durkin |

## STATUS REPORT

This status report is filed pursuant to the Court's minute order (1030) entered on March 22, 2021 in the Wiranofa/Soegiyono matters.

The following law firms have agreed on a course to resolve their dispute over attorneys' fees strictly limited to fees arising out of settlements on behalf of the two minors in the Wiranofa/Soegiyono: Herrmann Law Group; Sanjiv N. Singh PLC; Indrajana Law Group; and Kabateck LLP.

Law firms agree to submit their attorneys' fees dispute to a *"neutral evaluation"* by Judge Donald P. O'Connell. For these purposes, a *neutral evaluation* is defined as a non-binding pronouncement by Judge O'Connell of his opinion as to a proper allocation of the fees involved. Judge O'Connell shall have authority to decide all procedural questions.

In the event J. O'Connell, for any reason whatsoever, is unable to serve as the neutral evaluator, the law firms shall agree on another disinterested and qualified person to perform said duties. If the law firms cannot agree on an alternate, they shall petition this Court for an appointment of a neutral evaluator.

The law firms shall evenly split the fees of the neutral evaluator.

An authorized representative of each law firm has communicated their agreement via email.

Finally, the law firms request that this Court set another status report on this matter for approximately 45 days from the date of this status report.

Dated this 26th day of March 2021.

Respectfully submitted:

| HERRMANN LAW GROUP | SANJIV N. SINGH, PLC |
|---|---|
| /s/ | /s/ |
| Charles Herrmann | Sanjiv N. Singh |
| charles@hlg.lawyer | ssingh@sanjivnsingh.com |
| 505 Fifth Ave South, Ste. 330 | 1650 S. Amphlett Blvd. Suite 220 |
| Seattle, WA 98104 | San Mateo, CA 94402 |
| Phone: 206.488.5911 | Phone: (650) 389-2255 |
| | (*specially appearing*) |

| KABATECK LLP | INDRAJANA LAW GROUP A PLC |
|---|---|
| /s/ | /s/ |
| Christopher B. Noyes | Michael Indrajana |
| 633 W 5th Street, Ste.3200 | 1650 S. Amphlett Blvd., Ste. 220 |
| Los Angeles, CA 90071 | San Mateo, CA 94402 |
| CN@kbklawyers.com | michael@indrajana.com |
| Phone: 213.217.5000 | Phone: (650) 597-0928 |
| | (*admitted Pro Hac Vice for selected Lion Air matters/specially appearing*) |