**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re: Lion Air Flight JT 610 crash | Lead Case: 18-cv-7686 <br><br> This filing applies to cases: <br><br> 19-cv-1552 <br> 20-cv-5773 <br><br> Honorable Thomas M. Durkin |

**MOTION FOR LEAVE TO FILE APPEARANCES FOR A.R.N. (A MINOR)**

A.R.N. (a minor) by his attorneys, Keith L. Hunt, Bradley E. Faber and Delaney A. Hunt, respectfully request leave to file their attorney appearances on behalf of A.R.N. (a minor) and in support state:

1. As this Court is aware, A.R.N. grandfather and guardian passed away in early May, 2021.

2. A.R.N. with the assistance of his Indonesian counsel successfully petitioned the Indonesian Court to declare A.R.N. emancipated. A true and correct copy of the May 11. 2021 Indonesian District Court Order is attached as Exhibit. A.

3. An English translation of the Indonesian Court Order is attached as Exhibit B. An Affidavit of the translator attesting to the accuracy of the translation is attached as Exhibit C.

4. Importantly, in granting the emancipation petition, A.R.N. testified in open Court and the Court determined A.R.N. is "legally capable and can take

legal action for and on behalf of himself in all matters, both in and out of Court" and is capable of managing his parents estate. (Ex. B at p. 10 ¶2).

  5. A.R.N.'s Indonesian attorney, Andria Salima, contacted Hunt & Associates P.C. seeking representation for A.R.N.

  6. Attorney Salima and A.R.N. have executed an attorney-client representation agreement with Hunt & Associates P.C. to represent A.R.N in this matter.

  7. The undersigned counsel were hired on May 18, 2021, after the Indonesian Court entered the Emancipation Order, but counsel have been awaiting receipt of the Indonesian Court Order and translation.

  8. Counsel request leave to file their appearances on behalf of A.R.N. in this matter.

WHEREFORE, for the foregoing reasons, Keith L. Hunt, Bradley E. Faber and Delaney A. Hunt respectfully request leave to file their appearances on behalf of A.R.N., an emancipated minor.

            Respectfully submitted,

            */s/ Keith L. Hunt (electronic signature)*
            An Attorney for A.R.N., an Emancipated Minor

Keith L. Hunt
Bradley E. Faber
Delaney A. Hunt
Hunt & Associates, P.C.
2275 Half Day Rd.
Suite 126
Bannockburn Illinois 60015
(312) 558-1300
khunt@huntassocaw.com
bfaber@huntassoclaw.com
dhunt@huntassoclaw.com

CERTIFICATE OF SERVICE

    I Keith L. Hunt, certify that I caused a copy of the foregoing motion to be served on all counsel of record in this matter via the Court's CM/ECF electronic filing system with redacted exhibits and served unredacted exhibits on counsel of record via email.

/s/ *Keith L. Hunt (electronic signature)*
An Attorney for A.R.N. an Emancipated Minor