

**PENGADILAN NEGERI SURABAYA KELAS IA KHUSUS**
Jalan Raya Arjuno No. 16-18 Surabaya
Telp. 031-5311523 Fax. 031-5343907 Email: mail@pn-surabayakota.go.id
Website: www.pn-surabayakota.go.id

# SALINAN PENETAPAN
## PENGADILAN NEGERI SURABAYA
No. 679 /Pdt.P/2021 PN.Sby

Ditetapkan oleh PENGADILAN NEGERI SURABAYA
Pada hari            tanggal

Atas Permohonan dari

ABITAMA RAMADHAN NANDIVA
Sebagai PEMOHON

Catatan: Salinan Penetapan Pengadilan Negeri Surabaya No 679 /Pdt.P/2021 /PN.Sby, diberikan kepada dan atas permintaan / lisan dari PEMOHON sebagai pemohon sesuai surat tanggal _____

*) Coret yang tidak perlu.

# PENETAPAN 

Nomor 679/Pdt.P/2021/PN Sby

## DEMI KEADILAN BERDASARKAN KETUHANAN YANG MAHA ESA

Pengadilan Negeri Surabaya yang memeriksa dan mengadili perkara – perkara perdata dalam tingkat pertama telah memberikan penetapan atas permohonan dari

| | | |
|---|---|---|
| Nama | : | ▮▮▮▮▮▮▮▮▮ |
| Tempat Lahir | : | Surabaya ; |
| Tanggal lahir | : | 27-10-2003 ; |
| Jenis Kelamin | : | Laki-laki ; |
| Agama | : | Islam ; |
| Warga Negara | : | WNI ; |
| Pekerjaan | : | Mahasiswa / pelajar ; |
| Alamat | : | ▮▮▮▮▮▮▮▮▮ |
| Status | : | Kawin ; |

Dalam hal ini memberikan Kuasa kepada : Achmad Budiarto, S.H., dan Indra Irawan, S.H., Para Advokad / Penasihat Hukum yang tergabung pada kantor hukum "IRDIAN SAPUTRA, S.H., M.Hum. & Partners" beralamat di Jalan Jambangan Baru I Kav. 1A Kota Surabaya, berdasarkan Surat Kuasa Khusus tertanggal 17 April 2021, terlampir dalam berkas perkara, untuk selanjutnya disebut sebagai Pemohon ;

Pengadilan Negeri tersebut ;

Telah membaca surat-surat dalam perkara ini ;

Telah memperhatikan surat bukti yang diajukan dipersidangan ;

Telah mendengar keterangan dari saksi-saksi dipersidangan ;

Hal. 1 Penetapan No 679/Pdt.P/2021/PN Sby



Menimbang, bahwa Pemohon dengan surat permohonannya yang didaftarkan di Kepaniteraan Pengadilan Negeri Surabaya pada tanggal 27 April 2021 terdaftar dibawah Register Nomor : 679/Pdt.P/2021/PN.Sby , yang mengemukakan hal-hal sebagai berikut :

1. Bahwa Pemohon bertempat tinggal dan berdomisi diwilayah hukum Pengadilan Negeri Surabaya, maka berdasar hukum PEMOHON mengajukan permohonan ini ke Pengadilan Negeri Surabaya ,

2. Bahwa Pemohon memiliki **Kartu Tanda Penduduk** Nomor : ng diterbitkan pada tanggal 15 Januari 2021 oleh Kantor Dinas Kependudukan dan Pencatatan Sipil Kota Surabaya (Bukti P1) ;

3. Bahwa Pemohon memiliki **Kutipan Akta Kelahiran** Nomor yang diterbitkan pada tanggal 31 Desember 2003 oleh Kantor Dinas Kependudukan dan Pencatatan Sipil Kota Surabaya (bukti P-2) ;

4. Bahwa Pemohon memiliki **Kartu Keluarga** Nomor : yang diterbitkan pada tanggal 14 Januari 2021 oleh Kantor Dinas Kependudukan dan dan Pencatatan Sipil Kota Surabaya (bukti P-3) ;

5. Bahwa Pemohon sudah dewasa dan cakap bertindak hukum, dan telah menikah dengan seorang perempuan bernama ALVINA ROSE TALITHA, berdasarkan Penetapan Pengadilan Agama Surabaya pada tanggal 19 Februari 2021

6. Bahwa Pemohon memiliki **Kutipan Akta Nikah**, dengan Nomor : yang diterbitkan pada tanggal 24 Februari 2021 oleh Pegawai Pencatatan Nikah, Kantor Urusan Agama Kecamatan Bubutan, Kota Surabaya (bukti P-4) ;

7. Bahwa dengan demikian Pemohon secara hukum cakap dan dapat bertindak untuk diri sendiri, baik di dalam Pengadilan maupun diluar Pengadilan untuk mengurus keperluan Pemohon dalam hal yang berhubungan dengan harta

Hal.2 Penetapan No.679/Pdt.P/2021/PN.Sby

-SALINAN-

peninggalan orang tua, baik yang bergerak maupun tidak bergerak dalam membuat perjanjian dan atau tindakan hukum lainnya ;

- Bahwa Pemohon berstatus sebagai Yatim Piatu yang sudah tidak mempunyai orang tua, baik ayah kandung bernama : PERMADI ANGGRIMULJA, yang meninggal pada tanggal 29 Oktober 2018, sebagaimana Kutipan Akta Kematian, Nomor : 3674-KM-13122018-0001, tertanggal 13 Desember 2018 yang dikeluarkan oleh Dinas Kependudukan dan Catatan Sipil Kota Tanggerang Selatan maupun ibu kandung bernama : EVA CHRISTIANTI RAHMAYANI meninggal pada tanggal 26 Oktober 2015, sebagaimana Kutipan Akta Kematian, Nomor 3578-KM-02112015-2017, tertanggal 02 November 2015 yang dikeluarkan oleh Dinas Kependudukan dan Catatan Sipil Kota Surabaya (bukti P-5 dan P-6) ;

- Bahwa Pemohon yang sudah dewasa dan telah menikah menurut hukum dapat dikualifikasikan sebagai orang yang cakap dan dapat bertindak hukum untuk melakukan perbuatan-perbuatan yang semestinya tersebut merasa kesulitan dan mendapat hambatan saat hendak melakukan pengurusan dokumen-dokumen harta peninggalan orang tua, atau surat-surat berharga yang berhubungan dengan Notaris atau Pejabat Pembuat Akta Tanah, Instansi-instansi Pemerintah baik Sipil maupun militer, perusahaan-perusahaan Swasta atau Badan Usaha Milik Negara, Bank-Bank milik Swasta / Negara (BUMN), satupun tiada dikecualikan di seluruh wilayah Republik Indonesia ;

- Bahwa untuk dapat bertindak hukum, Pemohon mengajukan kepada Pengadilan untuk ditetapkan status kedewasaan dan cakap bertindak hukum dalam segala perbuatan sebagaimana diuraikan pada poin 09 diatas, agar lebih memudahkan Pemohon dalam berurusan atau berbuat hukum dimasa sekarang maupun dimasa yang akan datang, maka Pemohon mohon pada Pengadilan Negeri Surabaya untuk mengabulkannya ;

Hal.3 Penetapan No 879/Pdt.P/2021/PN Sby



-SALINAN-

11. Bahwa Pemohon sanggup untuk membayar biaya yang timbul dalam permohonan ini ;

Berdasarkan alasan-alasan tersebut diatas, Pemohon mohon kepada Ketua Pengadilan Negeri Surabaya, kiranya berkenan menerima permohonan Pemohon ini, dan selanjutnya memeriksa bukti-bukti yang Pemohon ajukan dan berkenan pula memberikan penetapan yang amarnya berbunyi sebaagai berikut :

1. Mengabulkan permohonan PEMOHON ;
2. Menyatakan PEMOHON (███████████████) cakap hukum dan dapat bertindak hukum untuk dan atas namanya sendiri dalam segala hal, baik di depan Pengadilan maupun diluar Pengadilan, dan melakukan pengurusan dokumen-dokumen harta peninggalan orang tua, atau surat-surat berharga yang berhubungan dengan Notaris atau Pejabat Pembuat Akta Tanah, Instansi-Instansi Pemerintah baik sipil maupun militer, perusahaan-perusahaan swasta atau Badan Usaha Milik Negara, Bank-Bank milik Swasta / Negara (BUMN), satupun tiada dikecualikan di seluruh wilayah Republik Indonesia ;
3. Membebankan biaya yang timbul dalam permohonan ini kepada **PEMOHON** ;

Atau apabila Pengadilan Negeri Surabaya berpendapat lain, mohon putusan yang seadil-adilnya *(Ex aequo et bono)* ;

Menimbang, bahwa pada hari sidang yang telah ditentukan, Pemohon datang menghadap dengan diwakili oleh Kuasanya sebagaimana tersebut diatas dan setelah Permohonan dibacakan, Pemohon menyatakan tetap pada permohonannya ;

Menimbang, bahwa untuk meneguhkan permohonannya, Kuasa Pemohon telah mengajukan bukti-bukti surat yang telah diberi meterai cukup sebagai berikut :

1. Fotocopy Kartu Tanda Penduduk NIK : ███████████ atas nama ███████ ████████ tertanggal 15 Januari 2021, bukti P-1 ;
2. Fotocopy Kartu Keluarga No ███████████ atas nama kepala keluarga M. Hillaludin, tertanggal 14 Januari 2021, bukti P-2 ;

Hal.4 Penetapan No.679/Pdt.P/2021/PN Sby

-SALINAN-

- Fotocopy Kutipan Akta Kelahiran No. ▮▮▮▮ atas nama Abitama Ramadhan Nandiva, tertanggal 31 Desember 2003, bukti P-3 ;
- Fotocopy Surat Nikah Nomor ▮▮▮▮ tertanggal 24 Februari 2021, bukti P-4 ;
- Fotocopy Kartu Tanda Penduduk NIK : ▮▮▮▮ atas nama Alvina Rose Talitha Hermawan, tertanggal 15 Januari 2021, bukti P-1 ;
- Fotocopy Kartu Keluarga No : ▮▮▮▮ atas nama kepala keluarga Endy Hermawan, tertanggal 15 Januari 2021, bukti P-6 ;
- Fotocopy Kutipan Akta Kelahiran No ▮▮▮▮ atas nama Alvina Rose Talitha Hermawan,. tertanggal 31 Desember 2003, bukti P-7 ;
- Fotocopy Akta Kematian Nomor ▮▮▮▮ atas nama Permadi Anggrimulja, bukti P-8 ;
- Fotocopy Akta Kematian Nomor ▮▮▮▮ atas nama Eva Christanti Rahmayani, bukti P-9 ;

Menimbang, bahwa bukti surat tersebut diatas setelah diperiksa dan diteliti semuanya telah dicocokkan dengan aslinya dan ternyata cocok dan sesuai, sehingga dapat diterima sebagai alat bukti yang sah dalam permohonan ini ;

Menimbang, bahwa dipersidangan Pemohon juga telah menghadirkan 2 (dua) orang saksi yang dibawah sumpah telah memberikan keterangannya sebagai berikut .

Saksi I. M. Hilialudin :

Bahwa saksi kenal dengan Pemohon karena saksi adalah Kakek Pemohon;

Bahwa pemohon adalah anak dari suami istri Permadi Anggrimulja dan Eva Christianti Rahmayani ;

Bahwa Pemohon adalah anak tunggal dari Permadi Anggrimulja dan Eva Christianti Rahmayani dan tidak memiliki saudara kandung lagi

Bahwa kedua orang tua Pemohon sudah meninggal dunia

Hal 5 Penetapan No.679/Pdt.P/2021/PN.Sby

Dipindai dengan CamScanner


-SALINAN-

1. Ayah Pemohon bernama Permadi Anggrimulja, meninggal pada tanggal 29 Oktober 2018 ;
2. Ibu Pemohon bernama Eva Christianti Rahmayani, meninggal pada tanggal 26 Oktober 2015

- Bahwa Pemohon dilahirkan pada tanggal 27 Oktober 2003 ;
- Bahwa Pemohon sudah menikah dengan seorang perempuan bernama Alvina Rose Talitha Hermawan pada tanggal 24 Februari 2021 ;
- Bahwa saat ini Pemohon tinggal bersama dengan saksi ;

Saksi II. Yahman :

- Bahwa saksi kenal dengan Pemohon karena saksi adalah tetangga Pemohon.
- Bahwa pemohon adalah anak dari suami istri Permadi Anggrimulja dan Eva Christianti Rahmayani ;
- Bahwa Pemohon adalah anak tunggal dari Permadi Anggrimulja dan Eva Christianti Rahmayani dan tidak memiliki saudara kandung lagi ;
- Bahwa kedua orang tua Pemohon sudah meninggal dunia :
    1. Ayah Pemohon bernama Permadi Anggrimulja, meninggal pada tanggal 29 Oktober 2018 ;
    2. Ibu Pemohon bernama Eva Christianti Rahmayani, meninggal pada tanggal 26 Oktober 2015
- Bahwa Pemohon dilahirkan pada tanggal 27 Oktober 2003 ;
- Bahwa Pemohon sudah menikah dengan seorang perempuan bernama Alvina Rose Talitha Hermawan pada tanggal 24 Februari 2021 ;
- Bahwa saat ini Pemohon tinggal bersama dengan saksi M Hilaludin ;

Menimbang, bahwa berhubung dengan bukti-bukti surat maupun saksi-saksi yang diajukan dalam persidangan telah mencukupi, dan Pemohon dipersidangan sudah tidak mengajukan apapun lagi, maka Pemohon mohon Penetapan ;

Hal.6 Penetapan No.679/Pdt.P/2021/PN.Sby



-SALINAN-

Menimbang, bahwa untuk mempersingkat uraian penetapan ini maka segala apa yang terurai dalam berita acara persidangan dianggap telah termuat dalam penetapan ini ;

### Tentang Pertimbangan Hukumnya

Menimbang, bahwa maksud dan tujuan Permohonan Pemohon sebagaimana terurai diatas ;

Menimbang, bahwa Pemohon dalam surat permohonannya pada pokoknya mohon agar diijinkan kepada Pemohon cakap hukum dan dapat bertindak hukum untuk dan atas namanya sendiri dalam segala hal, baik di depan Pengadilan maupun diluar Pengadilan ;

Menimbang, bahwa untuk mendukung dalil-dalil permohonannya tersebut Pemohon telah mengajukan bukti P-1 sampai dengan P-9 dan 2 (dua) orang saksi ;

Menimbang, bahwa berdasarkan keterangan Pemohon dan dihubungkan bukti-bukti surat yang diajukan dipersidangan, maka Pengadilan memandang telah diperoleh fakta hukum sebagai berikut :

- Bahwa benar Pemohon adalah anak dari suami istri Permadi Anggrimulja dan Eva Christianti Rahmayani ;
- Bahwa benar kedua orang tua Pemohon sudah meninggal dunia :
  1. Ayah Pemohon bernama Permadi Anggrimulja, meninggal pada tanggal 29 Oktober 2018 di Karawang ,
  2. Ibu Pemohon bernama Eva Christianti Rahmayani, meninggal pada tanggal 26 Oktober 2015 di Surabaya ;
- Bahwa benar Pemohon dilahirkan di Surabaya pada tanggal 27 Oktober 2003 ;
- Bahwa benar Pemohon tidak memiliki saudara kandung ;
- Bahwa benar Pemohon sudah menikah dengan seorang perempuan bernama Alvina Rose Talitha Hermawan pada tanggal 24 Februari 2021 di Surabaya ;

Menimbang, bahwa dari fakta-fakta hukum tersebut diatas, Hakim mempertimbangkan sebagai berikut :

Hal.7 Penetapan No.679/Pdt.P/2021/PN Sby



-SALINAN-

Menimbang, bahwa untuk mempersingkat uraian penetapan ini maka segala apa yang terurai dalam berita acara persidangan dianggap telah termuat dalam penetapan ini ;

### Tentang Pertimbangan Hukumnya

Menimbang, bahwa maksud dan tujuan Permohonan Pemohon sebagaimana terurai diatas ;

Menimbang, bahwa Pemohon dalam surat pemohonannya pada pokoknya mohon agar diijinkan kepada Pemohon cakap hukum dan dapat bertindak hukum untuk dan atas namanya sendiri dalam segala hal, baik di depan Pengadilan maupun diluar Pengadilan ;

Menimbang, bahwa untuk mendukung dalil-dalil permohonannya tersebut Pemohon telah mengajukan bukti P-1 sampai dengan P-9 dan 2 (dua) orang saksi ;

Menimbang, bahwa berdasarkan keterangan Pemohon dan dihubungkan bukti-bukti surat yang diajukan dipersidangan, maka Pengadilan memandang telah diperoleh fakta hukum sebagai berikut :

- Bahwa benar Pemohon adalah anak dari suami istri Permadi Anggrimulja dan Eva Christianti Rahmayani ;
- Bahwa benar kedua orang tua Pemohon sudah meninggal dunia :
    1. Ayah Pemohon bernama Permadi Anggrimulja, meninggal pada tanggal 29 Oktober 2018 di Karawang ;
    2. Ibu Pemohon bernama Eva Christianti Rahmayani, meninggal pada tanggal 26 Oktober 2015 di Surabaya ;
- Bahwa benar Pemohon dilahirkan di Surabaya pada tanggal 27 Oktober 2003 ;
- Bahwa benar Pemohon tidak memiliki saudara kandung ;
- Bahwa benar Pemohon sudah menikah dengan seorang perempuan bernama Alvina Rose Talitha Hermawan pada tanggal 24 Februari 2021 di Surabaya ;

Menimbang, bahwa dari fakta-fakta hukum tersebut diatas, Hakim mempertimbangkan sebagai berikut

Hal.7 Penetapan No.679/Pdt.P/2021/PN Sby


-SALINAN-

Kitab UUH Perdata Pemohon dapatlah dinyatakan sebagai orang yang sudah cakap hukum dan dapat bertindak hukum untuk dan atas namanya sendiri ;

Menimbang, bahwa berdasarkan pertimbangan tersebut diatas, maka Pengadilan Negeri Surabaya berpendapat bahwa permohonan Pemohon tersebut dipandang cukup beralasan dan tidak bertentangan dengan peraturan hukum yang berlaku, sehingga haruslah dikabulkan ,

Menimbang, bahwa mengenai biaya perkara yang timbul dalam perkara ini, oleh karena perkara ini adalah perkara permohonan, maka biaya yang timbul dalam permohonan ini dibebankan kepada Pemohon ;

Mengingat dan memperhatikan akan peraturan dan ketentuan hukum yang bersangkutan ;

M E N E T A P K A N :

1. Mengabulkan Permohonan Pemohon tersebut .
2. Menyatakan Pemohon ███████████ cakap hukum dan dapat bertindak hukum untuk dan atas namanya sendiri dalam segala hal, baik di depan Pengadilan maupun diluar Pengadilan, dan melakukan pengurusan dokumen-dokumen harta peninggalan orang tua, atau surat-surat berharga yang berhubungan dengan Notaris atau Pejabat Pembuat Akta Tanah, Instansi-Instansi Pemerintah baik sipil maupun militer, perusahaan-perusahaan Swasta atau Badan Usaha Milik Negara, Bank-Bank milik Swasta / Negara (BUMN), satupun tiada dikecualikan di seluruh wilayah Republik Indonesia ;
3. Menghukum Pemohon untuk membayar biaya perkara sebesar Rp.120.000,- (seratus dua puluh ribu rupiah) ;

Demikianlah ditetapkan pada hari ; Selasa, tanggal : 11 Mei 2021, oleh kami Suparno, S.H., M.H., Hakim pada Pengadilan Negeri Surabaya, penetapan mana diucapkan pada hari itu juga didalam persidangan yang terbuka untuk umum, dengan

Hal.9 Penetapan No.679/Pdt.P/2021/PN Sby

Dipindai dengan CamScanner

-SALINAN-

didampingi oleh Siswanto, S.H., Panitera Pengganti pada Pengadilan Negeri tersebut serta dihadiri oleh Kuasa Pemohon ;

| Panitera Pengganti, | Hakim, |
|---|---|
| TERTANDA | TERTANDA |
| Siswanto, S.H. | Suparno, S.H., M.H. |

Biaya-biaya :

1. Biaya Pendaftaran ......... Rp. 30.000,-
2. Biaya Proses (ATK)....... Rp 60.000,-
3. Biaya PNBP Panggilan .. Rp 10.000,-
4. Materai Penetapan ....... Rp 10.000,-
5. Redaksi Penetapan. ...... Rp. 10.000,-
   Jumlah.................... Rp.120.000,- (seratus dua puluh ribu rupiah) ;



Hal.10 Penetapan No.67../Pdt.P/2021/PN.Sby

Dipindai dengan CamScanner

CATATAN :

Dicatat disini bahwa Pemohon telah menerima baik isi Penetapan perkara perdata permohonan Nomor 679/Pdt P/2021/PN Sby. pada hari : Selasa tanggal 11 Mei 2021

An. Panitera
Panitera Muda Perdata

TERTANDA

Sofia Diana Christina,SH.
Nip. 19630415 198803 2001

Dicatat disini bahwa salinan resmi Penetapan perkara perdata Permohonan Nomor 679/PdLP/2021/PN Sby , tanggal 11 Mei 2021 . diberikan atas permintaan Pemohon pada hari : Senin tanggal 17 Mei 2021.

An. Panitera
Panitera Muda Perdata

Sofia Diana Christina,SH.
Nip. 19630415 198803 2001

. 527 /// P /2021

¹ Nomor  ).7//
¹ Biaya
  ʳᵉᵈᵃⁿ Putusan _____ Rp 5.500
¹ Leges _____ Rp 10.000,-
  tal _____ Rp 10.000,-
               Rp. —
  JUMLAH_____ Rp. 25.500