

134 N. LaSalle St.
Suite 1550
Chicago IL 60602
USA
800 959 2874

May 24, 2021

I, the undersigned, having been duly sworn, depose and say that the translation into **English** of the following document:

- **Indonesia.pdf**

has been translated by BURG Translations, Inc. and, to the best of my knowledge and belief, it is a true and accurate rendering of the original **Indonesian** document.

| | |
|---|---|
| STATE OF ILLINOIS<br>COUNTY OF COOK<br>Chicago, Illinois, May 24, 2021 | **BURG** TRANSLATIONS, INC.<br>134 North LaSalle Street,<br>Suite 1550<br>Chicago, Illinois 60602<br>(312) 263-3379 |

Signed and attested before me on this 24th day of May, 2021 by **Berk Çetiner**

_____
Berk Çetiner
Project Manager


ANGELO PASSALACQUA
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 29, 2024

_____
Angelo Passalacqua, Notary Public