UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Welly Chandra, et al.

                                           Plaintiff,

v.                                            Case No.:
                                                1:18−cv−07686

                                                Honorable Thomas M. Durkin

BOEING INTERNATIONAL SALES
CORPORATION, a Washington State Profit
Corporation, et al.

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 29, 2021:

       MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing held on 6/29/2021. For the reasons stated on the record, the motion for leave to file an attorney appearances on behalf of A.R.N. [1141] is granted, and the motion by Plaintiff Kiki Merdekawati to approve minor settlement [1122] is granted. Enter order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.