IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash**<br><br>KIKI MERDEKAWATI, individually and on behalf of her minor child, Z.I.A., as Limited Special Administrator of the Estate of FILZALADI, Deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE BOEING COMPANY, a corporation,<br><br>*Defendant*. | Lead Case No.:<br>1:18-cv-07686<br><br>Original Case No.:<br>1:19-cv-02919<br><br><br><br>Honorable Thomas M. Durkin |

### ORDER
### APPROVING PLAINTIFF'S MOTION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND APPROVAL OF MINOR SETTLEMENTS

The Court having reviewed the plaintiff's motion and declaration of counsel, due notice having been given and the Court being advised in the premises, the Court finds that:

1. Austin Bartlett is an independent attorney who is competent to represent the interests of minor heir Z.I.A., and next of kin that are members of the same family; and,

2. The settlement reached by the parties is fair and reasonable, and in the best interest of all parties including the minor heir Z.I.A.

**THEREFORE, IT IS HEREBY ORDERED:**

1. All claims of Plaintiff Kiki Merdekawati, individually, and as Limited Special Administrator of the Estate of Filzaladi, Deceased, and on behalf of her minor child Z.I.A., originally filed under Case No. 19-cv-2919, and reassigned as related to the consolidated proceeding under lead Case No. 18-cv-7686 are hereby dismissed in their entirety with prejudice and without costs as to all Defendants. This fully resolves this Plaintiff's claims.
2. The claims of other Plaintiffs in these actions are unaffected by this order;
3. The settlement on behalf of minor heir Z.I.A. together with Plaintiff's attorneys' fees charged to said minor heir is approved;
4. The minor heir's claims are hereby dismissed in their entirety with prejudice and without costs as to all Defendants;
5. The settlement funds shall be initially deposited in the BartlettChen LLC IOLTA trust account for the benefit of the Plaintiff and Decedent's minor heir, Z.I.A,. The minor heir's net settlement proceeds shall then be released into the care of the minor's natural parent and legal guardian who is required to maintain the settlement funds for the benefit of the minor(s), to only use the funds for the benefit of the minor(s), and to deliver the funds to the minor(s) upon the minor(s) reaching the age of 18 years of age; and,
6. The court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

DATED: June 29, 2021

ENTERED:

*Thomas M Durkin*

———————————————
Hon. Thomas M. Durkin
U.S. District Court Judge