**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| **In re: Lion Air Flight JT 610 Crash** | **Consolidated Case: 1:18-cv-07686** <br><br> Related to Cases: <br><br> *1:19-cv-02774* <br> Nurdin Semendawai Action for deaths of Andri Wiranofa and Niar Soegiyono <br><br> *1:19-cv-03415* <br> Rini Soegiyono action for death of Niar Soegiyono <br><br> *1:19-cv-05311* <br> Rini Soegiyono action for death of Andri Wiranofa <br><br> Honorable Thomas M. Durkin |
|---|---|

**ORDER APPROVING MINORS' ATTORNEY FEES AND WITHDRAWAL
FROM BLOCKED ACCOUNTS**

The Court having reviewed the motion and declaration of counsel with an exhibit, finds as follows:

1. The attorneys involved in these cases, Herrmann Law Group, Sanjiv N. Singh, APLC, Indrajana Law Group, APLC, and Kabateck LLP reached an agreement settling their dispute over allocation of attorney's fees earned in the settlement of the claims of the two minor children F.F.N.W. and F.S.N.W. arising of the death of their parents, Andri Wiranofa and Niar Soegiyono.

2. The fees to be charged to the minors are fair and reasonable.

**THEREFORE, IT IS HEREBY ORDERED:**

1. Disputes among plaintiffs and their respective counsel regarding custody and guardianship await determination by the courts in Indonesia. Those issues are not resolved by this order;

2. The claims of other plaintiffs in this consolidated action are unaffected by this order;

3. The attorneys' fees as detailed in the sealed declaration of Charles Herrmann for Herrmann Law generated from the minor plaintiffs' settlement are approved and shall be transferred to Herrmann Law Group;

4. The attorneys' fees as detailed in the sealed declaration of Charles Herrmann for Sanjiv N. Singh, APLC, Indrajana Law Group, APLC, and Kabateck LLP generated from the minor plaintiffs' settlement are approved and shall be deposited into Bartlett Chen LLC's trust account, pending final resolution of their sperate internal fee dispute;

5. The remaining net settlement for the minors F.F.N.W. and F.S.N.W. shall remain in the blocked interest-bearing account at US Bank branch at 2317 Pacific Avenue, Tacoma Washington 98402, until further order of this Court;

6. US Bank is authorized and instructed to allow the withdrawals as specified in the Declaration of Charles Herrmann. Attorneys are authorized to share the Declaration of Charles Herrmann with US Bank personnel as required to execute the withdrawals. Said US Bank personnel are directed to maintain the confidentiality regarding these minors and their funds;

7. All net interest shall inure to the benefit of the two minors; and,

8. The court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

Dated: July 2, 2021

Entered:

_____
Hon. Thomas M. Durkin
U.S. District Court Judge