## AFFIDAVIT OF THOMAS GIRARDI

I, Thomas Girardi, hereby state under penalty of perjury that, if called as a witness in pending contempt proceedings regarding Keith Griffin and David Lira in *In re: Lion Air Flight JT 610 Crash*, 18-cv-07686-TMD (N.D. Ill.), I would follow the advice of my counsel and invoke my constitutional rights to remain silent.

Dated this 6th day of August, 2021, in Pasadena, California.

_____
THOMAS GIRARDI