**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record who have made a formal appearance.

Dated:  August 10, 2021                                          /s/ Ryan W. Mitsos_____