**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **WELLY CHANDRA, et al.** | )<br>)<br>) |
| Plaintiff, | )<br>) **Lead Case 18-cv-7686**<br>) **Honorable Thomas M. Durkin** |
| v. | )<br>) |
| **BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.** | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>)<br>) |

## STIPULATION OF FACT

Edelson PC and Keith Griffin have entered into the following stipulation of fact. Although additional stipulations may be forthcoming, Edelson and Griffin are placing the following stipulation on the record now for the purpose of reducing the discovery burden on third parties:

Keith Griffin was not an authorized signatory on the Girardi Keese client trust account held at Torrey Pines Bank and ending in 5859. At all relevant times, Mr. Griffin did not have the legal authority to sign any checks from this client trust account and did not have the legal authority to issue any wire transfers from this client trust account. Further, Mr. Griffin did not have the ability to stop payment on any checks or cancel any withdrawals from this client trust account.

Respectfully submitted,

**KEITH GRIFFIN**

/s Ryan Saba
Ryan D. Saba
rsaba@rosensaba.com
ROSEN SABA, LLP
9350 Wilshire Blvd., Suite 250
Beverly Hills, California 90212
(310) 285-1727


Respectfully submitted,

**EDELSON PC**

/s/ Alexander G. Tievsky

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
tel. (312) 589-6370
fax (312) 589-6378