IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** <br><br> AM I Talib, individually, and as Personal Representative of the heirs of Ambo Malibone, Deceased, <br><br> *Plaintiff,* <br><br> v. <br><br> THE BOEING COMPANY, a corporation, *et al*. <br><br> *Defendants.* | Lead Case No.: <br> 1:18-cv-07686 <br><br> Original Case No.: <br> 19-cv-1552 <br><br><br> Honorable Thomas M. Durkin |

**ORDER APPROVING JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**

The Court having reviewed the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT finds that settlement has been reached by the parties.

IT IS THEREFORE HEREBY ORDERED:

1. This fully resolves all claims of Plaintiff AM I Talib, individually, and in his capacity as Personal Representative of the heirs of Ambo Malibone HM (identified

in the caption as Ambo Malibone), Deceased, originally filed in case number 19-cv-1552, and reassigned to this Court under lead case number 18-cv-7686.

2. Plaintiff's claims are dismissed in their entirety with prejudice and without costs as to all Defendants. The claims of all other Plaintiffs in case numbers 19-cv-1552 and 18-cv-7686 are unaffected by this order; and,

3. The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendent settlement matters.

DATED: 11/9/2021        ENTERED:

*Thomas M Durkin*
_____
Hon. Thomas M. Durkin