IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WELLY CHANDRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING INTERNATIONAL SALES CORPORATION, A Washington State Profit Corporation, et al., <br><br> Defendant. | Lead Case No. 1:18-cv-07686 <br><br><br> The Honorable Thomas M. Durkin |

**JOINT STIPULATION FOR USE IN CONTEMPT PROCEEDINGS
REGARDING PAYMENT OF SETTLEMENT FUNDS**

The undersigned parties to the contempt proceedings and The Boeing Company hereby stipulate to the following:

Girardi Keese and Edelson PC represented plaintiffs who brought claims against The Boeing Company relating to the tragic Lion Air Flight JT610 accident. The parties engaged in multiple mediations. Nine sets of plaintiffs settled with Boeing. After allocation by a retired judge, individual settlement amounts were then delivered to Boeing who incorporated said amounts into individual family settlement agreements. The cases were then individually dismissed. Of those nine sets of plaintiffs, there are six sets of plaintiffs that are the subject of the contempt hearing. Boeing's attorneys at Perkins Coie paid the settlement funds in each of those cases pursuant to the terms set out in the releases that were executed for each of the nine settlements. The details regarding the payment of each settlement, which are considered confidential and have been sealed by the Court, are as follows.

**A.      Damayanti et al. v. The Boeing Company, 1:19-cv-02979.**

This claim was settled for ▓▓▓▓▓▓▓▓. Pursuant to the terms of the release, the funds were sent by Perkins Coie on March 30, 2020 to the two following accounts:

-2-

██████████████████████████████████████████████████████
██████████████████████████ (the "Girardi Keese Account").

████████████████████████████████ ████████████████
████████████████████████████████████████████████ (the
"CAL Account").

Specifically, ████████ were sent to the Girardi Keese Account and ████████ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on March 30, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by Keith Griffin on April 2, 2020 in an email to a Perkins Coie attorney that copied David Lira, Maria Carlos, and other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

B.  **Misyadi et al. v. The Boeing Company, 1:19-cv-02980**

This claim was settled for ████████ Pursuant to the terms of the release, the funds were sent by Perkins Coie on March 27, 2020 to the Girardi Keese Account and the CAL Account. Specifically, ████████ were sent to the Girardi Keese Account and ████████ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on March 28, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by David Lira on March 30, 2020 in an email to a Perkins Coie attorney that copied Keith Griffin and other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

C.  **Kasim et al. v. The Boeing Company, 1:19-cv-02982**

This claim was settled for ████████. Pursuant to the terms of the release, the funds were sent by Perkins Coie on March 4, 2020 to the Girardi Keese Account and the CAL Account. Specifically, ████████ were sent to the Girardi Keese Account and ████████ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on March 4, 2020 in an email to a Perkins Coie attorney that copied David Lira,

Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by Keith Griffin on March 4, 2020 in an email to a Perkins Coie attorney that copied other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

**D.     Zaenudin et al. v. The Boeing Company, 1:19-cv-02987**

This claim was settled for ▮▮▮▮▮. Pursuant to the terms of the release, the funds were sent by Perkins Coie on March 11, 2020 to the Girardi Keese Account and the CAL Account. Specifically, ▮▮▮▮▮ were sent to the Girardi Keese Account and ▮▮▮▮▮ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on March 11, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by Keith Griffin on March 11, 2020 in an email to a Perkins Coie attorney that copied other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

**E.     Andrian et al. v. The Boeing Company, 1:19-cv-05214**

This claim was settled for ▮▮▮▮▮. Pursuant to the terms of the release, the funds were sent by Perkins Coie on June 9, 2020 to the CAL Account and the following account:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the "Koushan Account").

Specifically, ▮▮▮▮▮ were sent to the Koushan Account and ▮▮▮▮▮ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on June 12, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by David Lira on June 9, 2020 in an email to a Perkins Coie attorney that copied other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

F. **Lestari et al. v. The Boeing Company, 1:19-cv-05215**

This claim was settled for ▓▓▓▓▓▓. Pursuant to the terms of the release, the funds were sent by Perkins Coie on June 9, 2020 to the Koushan Account and the CAL Account. Specifically, ▓▓▓▓▓▓ were sent to the Koushan Account and ▓▓▓▓▓▓ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on June 12, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by David Lira on June 9, 2020 in an email to a Perkins Coie attorney that copied other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

Other plaintiffs who were represented by Girardi Keese, who are not subject to this contempt proceeding, also settled with Boeing:

G. **Saroinsong et al. v. The Boeing Company, 1:19-cv-05211**

This claim was settled for ▓▓▓▓▓▓. Pursuant to the terms of the release, the funds were sent by Perkins Coie on October 20, 2020 to the Koushan Account and the CAL Account. Specifically, ▓▓▓▓▓▓ were sent to the Koushan Account and ▓▓▓▓▓▓ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on October 20, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of this email. Although Perkins Coie has not located an email from Girardi Keese confirming receipt, Perkins Coie received confirmation from its bank that the funds were successfully transferred to the Koushan Account and was never advised by Girardi Keese or anyone else that the funds were not successfully transferred to the Koushan Account.

H. **Anggraeni et al. v. The Boeing Company, 1:19-cv-05213**

This claim was settled for ▓▓▓▓▓▓. Pursuant to the terms of the release, the funds were sent by Perkins Coie on June 9, 2020 to the Koushan Account and the CAL Account. Specifically, ▓▓▓▓▓▓ were sent to the Koushan Account and ▓▓▓▓▓▓ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on

June 12, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by David Lira on June 9, 2020 in an email to a Perkins Coie attorney that copied other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

I.   **Warti et al. v. The Boeing Company, 1:19-cv-05842**

This claim was settled for ▬▬▬▬. Pursuant to the terms of the release, the funds were sent by Perkins Coie on June 9, 2020 to the Girardi Keese Account and the CAL Account. Specifically, ▬▬▬▬ were sent to the Girardi Keese Account and ▬▬▬▬ were sent to the CAL Account. Receipt of the CAL funds was confirmed to Perkins Coie by Kelly Anthony on June 12, 2020 in an email to a Perkins Coie attorney that copied David Lira, Tom Girardi, and other Perkins Coie personnel. Receipt of the Girardi Keese funds was confirmed by David Lira on June 9, 2020 in an email to a Perkins Coie attorney that copied other Perkins Coie personnel. Perkins Coie is unaware of any additional recipients of these emails.

\*            \*            \*

Boeing did not make any agreement that would authorize Girardi Keese to withhold any portion of the settlement funds that were to be paid to the plaintiffs in accordance with the releases. Boeing had no involvement in the disposition of the settlement funds after the settlement funds were transmitted in accordance with the instructions in the releases.

DATED this 1st day of December 2021.

| | |
|---|---|
| By: /s/ J. Eli Wade-Scott<br><br>J. Eli Wade-Scott<br>ewadescott@edelson.com<br>**Edelson PC**<br>350 N LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>T: (312) 589-6370<br><br>Counsel for Edelson PC | By: /s/ Ryan Saba<br><br>Ryan Saba<br>rsaba@rosensaba.com<br>**Rosen Saba, LLP**<br>9350 Wilshire Blvd., Suite 250<br>Beverly Hills, CA 90212<br>T: (310) 285-1727<br><br>Counsel for Keith Griffin |
| By: /s/ Edith R. Matthai<br><br>Edith R. Matthai<br>EMatthai@romalaw.com<br>**Robie & Matthai**<br>350 S. Grand Ave., Suite 3950<br>Los Angeles, CA 90071<br>T: (213) 706-8000<br><br>Counsel for David Lira | By: /s/ Mack H. Schultz<br><br>Mack H. Shultz<br>MShultz@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>T: (206) 359-8000<br><br>Counsel for The Boeing Company |