IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: Lion Air Flight JT 610 Crash<br><br>MOELJONO KHAN, individually; as Personal Representative of the Estate of PERMADI ANGGRIMULJA; and as next friend of his minor child A.R.N.,<br><br>Plaintiff,<br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation;<br>ROSEMOUNT AEROSPACE, INC., a Delaware Corporation;<br>ROCKWELL COLLINS, INC., a Delaware Corporation;<br>RAYTHEON TECHNOLOGIES CORPORATION, a Delaware Corporation;<br>GOODRICH CORPORATION., a Delaware Corporation;<br>XTRA AEROSPACE LLC, a<br>THE UNITED STATES OF AMERICA and its subordinate agencies THE DEPARTMENT OF TRANSPORTATION and THE FEDERAL AVIATION ADMINISTRATION,<br><br>Defendants. | Main Case No. 1:18-cv-07686<br>Original Case No.: 20-cv-05773<br><br>Assigned To: Hon. Thomas M. Durkin<br><br>Hearing Date: December 14, 2021<br>Time: 09:30 AM |

## MOTION FOR LEAVE TO FILE ADDITIONAL APEPARANCE

NOW COMES, Vincent C. Mancini of Reimer Dobrovolny & LaBardi PC, seeking leave of this Honorable Court to file an additional appearance for Sri Umi Anggraini and the Khan Family Claimants. In further of said request, Attorney Mancini state as follows:

1. I am an attorney licensed to practice law in the State of Illinois since 1997. I am admitted in the Northern District of Illinois, including a member of the Trial Bar.

2. I have been retained by Sri Umi Anggrimulja and Moeljono Khan's heirs ("Khan Family Claimants") to be local counsel in the above-captioned matter.

WHEREFORE, Vincent C. Mancini, respectfully requests this Honorable Court grant him leave to file an additional appearance on behalf of Sri Umi Anggrimulja and the Khan Family Claimants and for any and all other relief this Court deems appropriate.

        Respectfully Submitted,

        s/ Vincent C. Mancini

Vincent C. Mancini
Reimer Dobrovolny & LaBardi PC
15 Spinning Wheel Road, Suite 310
Hinsdale, IL 60521
630.654.9547
vmancini@rdlaborlawpc.com
ARDC No. 6243417