# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Welly Chandra, et al.

                        Plaintiff,

v.

BOEING INTERNATIONAL SALES CORPORATION, a Washington State Profit Corporation, et al.

                        Defendant.

Case No.: 1:18−cv−07686

Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 12/15/2021. For the reasons stated on the record, Plaintiff Asri Umi Anggraini and Khan Family Claimants' motion to adjudicate appointment of settlement proceeds [1298] is denied. Plaintiff's motion to allow Cook County Probate Division to make all determinations concerning heirship, allocation of settlement proceeds, and oversee the administration of Decedent Permadi Anggrimulja's estate [1301] is granted. Tandina Sukarno Putri's motion to strike declarations and brief based on ex parte communications with a represented party [1312] is denied as moot. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.