IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 crash**<br><br>TERRENCE BUEHLER, Personal Representative and Supervised Administrator of the Estate of PERMADI ANGGRIMULJA, Deceased, and on behalf of all heirs of PERMADI ANGGRIMULJA, Deceased.<br><br>*Plaintiff*,<br><br>v.<br><br>THE BOEING COMPANY, a corporation, *et al*.<br><br>*Defendants*. | **Lead Case**: 1:18-cv-07686<br><br>Original Case No.:<br><br>1:19-cv-01552<br><br>Honorable Thomas M. Durkin |

**UPDATE TO THE SUPPLEMENTAL STATUS REPORT BY THE KHAN FAMILY CLAIMANTS IN THE PERMADI ANGGRIMULJA MATTER**

The undersigned wish to inform the Court of the following developments since the February 14, 2022 supplemental status update:

1. On Wednesday, February 16, 2022, Counselors Singh and Indrajana identified a bank (U.S. BANK) that is willing and ready to rapidly open a blocked savings account (similar to several minor blocked trust accounts approved by this Court) pursuant to a court order. Based on this development, the parties were able to come to an agreement this afternoon that is now

1

memorialized in a joint stipulation and proposed order submitted to the Court's Proposed Order mailbox at Proposed_Order_Durkin@ilnd.uscourts.gov.[1]

2. The U.S. BANK representative has indicated that the account can be opened as soon as U.S. BANK receives the signed court order and the signatures of the co-trustees (i.e., Mr. Indrajana, Mr. Bartlett, and Mr. Hunt).

February 16, 2022            Respectfully submitted,

By: /s/ Sanjiv N. Singh
Sanjiv N. Singh *(admitted pro hac vice)*
**Sanjiv N. Singh, A Professional Law Corporation**
1650 South Amphlett Blvd. Suite 220
San Mateo CA 94402
(415) 816-5548
(650) 389-2255
admin@sanjivnsingh.com

*Counsel for The Khan Family Claimants (admitted pro hac vice)*

By: /s/ Michael B. Indrajana
Michael B. Indrajana *(admitted pro hac vice)*
**Indrajana Law Group, A Professional Law Corporation**
1650 South Amphlett Blvd. Suite 220
San Mateo CA 94402
(650) 597-0928
michael@indrajana.com

*Counsel for The Khan Family Claimants (admitted pro hac vice)*

---

[1] Normally, the undersigned would have ECF filed the stipulation and emailed the proposed order to the proposed order mailbox. In this instance, counsel for A.R.N. requested that the undersigned email the documents only so that A.R.N.'s counsel can clarify with the Court the use of A.R.N.'s full legal name in public filings moving forward.