# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 crash**<br><br>TERRENCE BUEHLER, Personal Representative and Supervised Administrator of the Estate of PERMADI ANGGRIMULJA, Deceased, and on behalf of all heirs of PERMADI ANGGRIMULJA, Deceased.<br><br>*Plaintiff*,<br><br>v.<br><br>THE BOEING COMPANY, a corporation, *et al*.<br><br>*Defendants*. | **Lead Case**: 1:18-cv-07686<br><br>Original Case No.:<br><br>1:19-cv-01552<br><br>Honorable Thomas M. Durkin<br><br>ORDER APPROVING A COURT SUPERVISED BLOCKED SAVINGS ACCOUNT TO HOLD DECEDENT PERMADI ANGGRIMULJA'S BOEING SETTLEMENT PROCEEDS |

**ORDER APPROVING A COURT SUPERVISED BLOCKED SAVINGS ACCOUNT TO HOLD DECEDENT PERMADI ANGGRIMULJA'S BOEING SETTLEMENT PROCEEDS**

The Court, having reviewed the parties' joint stipulation, due notice having been given and the Court being advised in the premises, the Court finds that there is good cause for the Court to issue an Order approving a Court supervised blocked savings account to hold Decedent Permadi Anggrimulja's Boeing settlement proceeds.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall create a blocked savings account in US BANK branch at 136 2nd Avenue, San Mateo, CA 94401 to receive the gross settlement proceeds from Boeing;

2. Once deposited, no withdrawals or transfers of funds shall be made without either (1) joint stipulation between the parties and the signatures of all co-trustee Attorneys (Mr. Michael B. Indrajana, Mr. Austin Bartlett, and Mr. Keith Hunt), or (2) in the event the parties cannot agree, by an order of this Court authorizing such a withdrawal; except that US BANK shall be authorized to withhold and pay any U.S. federal taxes on interest received together with the cost of preparing such tax filings;

3. All net interest shall inure to the benefit of the heirs;

4. Attorneys Michael B. Indrajana, Austin Bartlett, and Keith Hunt shall be appointed co-trustees of the account and are authorized to jointly open and maintain the account at the specified U.S. Bank branch; and

5. The Court retains jurisdiction to effectuate the settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendent matters.

DATED: 2/18/2022          ENTERED:

_Thomas M Durkin_
Hon. Thomas M. Durkin
U.S. District Court Judge