IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 |
| | Hon. Thomas M. Durkin |

**STATUS REPORT BY
EDELSON PC AND FLOYD WISNER**

Pursuant to the Court's order directing Edelson PC and Mr. Wisner (on behalf of Plaintiffs Anice Kasim, Bias Ramadhan A.S. bin Misyadi, Dian Daniaty, Septiana Damayanti, and Multi Rizki and their families ("the Client Families")) to submit a joint status report on the status of mediation (dkt. 1339), Edelson and Mr. Wisner state as follows:

1. At the status hearing on January 27, 2022, counsel for Edelson advised the Court that Edelson was working to step into the Client Families' shoes against Mr. Griffin, Mr. Lira, and other wrongdoers—at the Court's suggestion—and had set a mediation to do so.

2. To that end, Edelson and the Client Families' current counsel, Mr. Wisner, have participated in two mediations with the Honorable Wayne R. Andersen (Ret.) on February 10, 2022 and March 15, 2022.

3. The parties to the mediation have nearly finalized a full agreement. The draft is out for final review and signature.

4. The parties anticipate being able to present the agreement for the Court's approval within seven calendar days, or by April 6, 2022.

Respectfully submitted,

**EDELSON PC**

Dated: March 30, 2022          /s/ J. Eli Wade-Scott

2

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Amy B. Hausmann
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**ANICE KASIM, SEPTIANA DAMAYANTI, DIAN DANIATY BINTY UDIN ZAENUDIN, BIAS RAMADHAN A.S. BIN MISYADI, AND MULTI RIZKI**

/s/ Floyd A. Wisner

Floyd A. Wisner
faw@wisner-law.com
Alexandra M. Wisner
awisner@wisner-law.com
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Tel: 630.262.9434