IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 <br><br> This document relates to: <br><br> Case No. 1:19-cv-2979 <br> Case No. 1:19-cv-2982 <br> Case No. 1:19-cv-2987 <br><br><br> Hon. Thomas M. Durkin |

**ORDER GRANTING EDELSON PC'S MOTION
FOR CONDITIONAL APPROVAL
OF AGREEMENT WITH MINOR PLAINTIFFS**

The Court having reviewed Edelson PC's Motion for Conditional Approval of Agreement with Minor Plaintiffs (dkt. 1360), the Court finds that:

1. Floyd Wisner is an attorney who is competent to represent the interest of minor plaintiffs N.I.R. and A.M.Q (in case 19-cv-2979, by guardian ad litem Septiana Damayanti), T.A.S. and S.C.S. (in case 19-cv-2982, by guardian ad litem Anice Kasim); and M.N. (in case 19-cv-2987, by guardian ad litem Dian Daniaty).

2. The assignment agreement reached by Edelson PC, the minor plaintiffs, and the parties set forth in the document attached as Exhibit 1 to docket entry 1360 ("the Agreement") is fair and reasonable, and in the best interests of all parties to the Agreement including the minor plaintiffs N.I.R., A.M.Q., T.A.S., S.C.S., and M.N.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Agreement on behalf of the minor plaintiffs N.I.R., A.M.Q., T.A.S., S.C.S., and M.N. is approved and will become effective, according to its terms, upon receipt of additional signatures as set forth in the Agreement. (*See* Agreement ¶¶ 2, 21.) Edelson

PC and the Wisner Law Firm shall a joint status report within seven (7) days after the Effective Date of the Agreement.

2. The claims of other plaintiffs in other actions consolidated into Case No. 1:18-cv-07686 are unaffected by this order.

3. The court retains jurisdiction to effectuate the Agreement.

DATED: April 6, 2022                ENTERED:

_____
Thomas M. Durkin
U.S. District Court Judge