## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re Lion Air Flight JT 610 Crash | Lead Case: 1:18-cv-07686 <br><br> Honorable Thomas M. Durkin <br><br> This filing applies to: <br> 1:19-cv-01552 <br> 1:19-cv-07091 |

### Boeing's Motion for a Bench Trial under the Death on the High Seas Act

For the reasons explained in the accompanying memorandum of law, the Boeing Company respectfully moves for a bench trial under the Death on the High Seas Act to resolve the claims in (1) *Chandra v. Boeing Co.*, 19-cv-01552; and (2) *Smith v. Boeing Co.*, 19-cv-07091. The briefing schedule on Boeing's motion is as follows:

- Opening briefs due June 30, 2022.

- Response briefs due August 1, 2022.

- Reply briefs due August 15, 2022.

*See* Dkt. 1383 (minute order adopting briefing schedule).


DATED: June 30, 2022                    THE BOEING COMPANY

                                        By: /s/ Mack H. Shultz, Jr.
                                            *One of its Attorneys*

Bates McIntyre Larson
BLarson@perkinscoie.com
Daniel T. Burley
DBurley@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

Mack H. Shultz, Jr.
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

## CERTIFICATE OF SERVICE

      I, Mack H. Shultz, Jr., certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record. I also certify that I served the foregoing by email to the following attorneys:

Filippo Marchino
fm@xlawx.com
Tom Cassaro
tc@xlawx.com
Thomas Gray
tg@xlawx.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave., Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of June 2022.

      /s/    Mack H. Shultz, Jr.
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000