IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Lion Air Flight JT 610 Crash | Lead Case No. 18-cv-07686 <br><br> Hon. Thomas M. Durkin |

**NOTICE OF FILING**

Pursuant the assignment agreement conditionally approved by the Court on April 6, 2022, (dkts. 1361-1, 1362), Edelson PC hereby files the attached confirmations signed by the five individuals who received funds under that agreement. Because the amount received by Multi Rizki remains confidential, it is redacted in the public record.

Respectfully submitted,

**EDELSON PC**

Dated: August 3, 2022       /s/ Alexander G. Tievsky

Jay Edelson
jedelson@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Amy B. Hausmann
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1