# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | Original & Consolidated Case No.: 1:18-cv-07686 |
| LAIG WIE LING, Personal Representative of the Heirs of MONNIE, deceased, Plaintiff, vs. THE BOEING COMPANY, Defendant. | Honorable Thomas M. Durkin |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL [UNOPPOSED]

Attorney Floyd A. Wisner, of Wisner Law Firm, P.C., pursuant to Local Rule 83.17, moves for leave to withdraw as counsel for Plaintiff Laig Wie Ling, Personal Representative of the Heirs of Monnie, deceased, in this consolidated matter[1], and in support thereof states as follows:

1. Attorney Floyd A. Wisner formerly represented Laig Wie Ling, Personal Representative of the Heirs of Monnie, deceased.

2. Decedent Monnie's Estate is represented by Herrmann Law Group in Case No 1:19-cv-02774 for Plaintiff "VINCENT LIONEL, as Personal Representative of the Estate of MONNI, individually, and as legal guardian of Decedent's minor children V.S.K., and V.L.K."

3. Floyd A. Wisner conferred with counsel for defendant The Boeing Company and defendant has no objection to the relief requested herein.

WHEREFORE, Attorney Floyd A. Wisner, of Wisner Law Firm P.C., respectfully requests leave to withdraw his appearances on behalf of Plaintiff Laig Wie Ling, Personal Representative of the Heirs of Monnie, deceased.

---

[1] Plaintiff Laig Wei Ling was part of the original action (No. 1:18-cv-07686) in which other case were consolidated into. Thus, no individual case exists for Laig Wei Ling.

Dated: August 8, 2022                                   Respectfully submitted,


                                                        /s/Floyd A. Wisner
                                                        _____

                                                        Wisner Law Firm, P.C.
                                                        161 N. Clark Street
                                                        Suite 1600
                                                        Chicago, Illinois  60601
                                                        (312) 216-5168
                                                        (312) 878-5698 (fax)
                                                        faw@wisner-law.com
                                                        IL Bar #3048713

## **CERTIFICATE OF SERVICE**

    Floyd A. Wisner, an attorney, certifies that he served the above Motion for Leave to Withdraw As Counsel [Unopposed] upon all counsel of record via CM/ECF on August 8, 2022.

                                                    /s/Floyd A. Wisner