# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE: LION AIR FLIGHT JT 610 CRASH** | Consolidated Case No.: **1:18-cv-07686** |
| **VINCENT LIONEL**, as Personal Representative of the Estate of MONNI, individually, and as legal guardian of Decedent's minor children **V.S.K.**, and **V.L.K.**, Plaintiffs, vs. **THE BOEING COMPANY**, Defendant. | Original Case No.: 1:19-cv-02774  Honorable Thomas M. Durkin |

# ORDER

The Court having reviewed the parties' **STIPULATION OF DISMISSAL** finds that settlement had been reached by the parties.

**IT IS THEREFORE HEREBY ORDERED:**

1. This fully resolves Plaintiffs Vincent Lionel, as Personal Representative of the Estate of Monni, individually, and as legal guardian of Decedent's minor children V.S.K., and V.L.K. (both of whom have now reached the age of majority), claims found in case number 18-cv-7686, which was originally filed under cause number 19-cv-02774;

2. Plaintiffs' actions are dismissed in their entirety with prejudice and without costs. The claims of other Plaintiffs in case number 18-cv-07686 are unaffected by this order; and

1

3. The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

ENTERED:

Dated: August 15, 2022

Hon. Thomas M. Durkin