## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE: LION AIR FLIGHT JT 610 CRASH** | **Original & Consolidated Case No.:** **1:18-cv-07686** |
| **LAIG WIE LING**, Personal Representative of the Heirs of MONNIE, deceased, <br> Plaintiff, <br> vs. <br> **THE BOEING COMPANY,** <br> Defendant. | Honorable Thomas M. Durkin |

## ORDER

The Court having reviewed the parties' **STIPULATION OF DISMISSAL** finds that settlement had been reached by the parties.

**IT IS THEREFORE HEREBY ORDERED:**

1. This fully resolves Plaintiff Laig Wie Ling's (also known as Laij We Ling), Personal Representative of the Heirs of Monnie (also known as Monni), claims found in case number 18-cv-7686.

2. Plaintiff's action is dismissed in its entirety with prejudice and without costs. The claims of other Plaintiffs whose lawsuits have been consolidated in this action are unaffected by this order; and

3. The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

ENTERED:

_____
Dated: August 15, 2022                                        Hon. Thomas M. Durkin