# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| *In re: Lion Air Flight JT 610 Crash* | **Lead Case: 1:18-cv-07686** |
| RINI EKA A. SOEGIYONO, Administrator of the Estate of NIAR RURI SUNARNIATI SOEGIYONO, deceased, et al.; | Case Nos.: 1:19-cv-02764 and 1:19-cv-05311 (Soegiyono Actions) |
| Plaintiff, | Related to Case No.: 1:19-cv-05311 (Nurdin Action) |
| vs. | *Assigned for all purposes to the Hon. Thomas M. Durkin* |
| THE BOEING COMPANY, a corporation, | ORDER REMOVING LARA HERRMANN AS CO-TRUSTEE FOR FFNW AND FSNW'S COURT SUPERVISED BOEING MINORS' SETTLEMENT TRUST ACCOUNTS |
| Defendants. | |
| RINI EKA A. SOEGIYONO, Administrator of the Estate of ANDRI WIRANOFA, deceased, et al. | |
| Plaintiff, | |
| vs. | |
| THE BOEING COMPANY, a corporation, | |
| Defendants. | |
| Related to: | |
| NURDIN RAKHMAN SEMENDAWAI, Administrator of the Estate of ANDRI WIRANOFA, deceased, et al. | |
| Plaintiff, | |
| vs. | |
| THE BOEING COMPANY, a corporation, | |
| Defendants. | |

ORDER REMOVING LARA HERRMANN AS CO-TRUSTEE FOR FFNW AND FSNW'S COURT SUPERVISED BOEING MINORS' SETTLEMENT TRUST ACCOUNTS

**ORDER REMOVING LARA HERRMANN AS CO-TRUSTEE FOR FFNW AND FSNW'S COURT SUPERVISED MINORS' BOEING SETTLEMENT TRUST ACCOUNTS**

The Court, having reviewed the motion, any responses, replies, and heard arguments submitted by the parties at the hearing, finds that:

WHEREAS, on February 22, 2021, the Court appointed attorneys Lara Herrmann and Michael Indrajana as co-trustees for FFNW and FSNW's Court Supervised Minors' Boeing Settlement Trust Accounts held at U.S. Bank [Dkt. No. 1007], with FFNW's account ending in 7230 and FSNW's account ending in 7248;

WHEREAS, the Court is deferring to the July 8, 2022 Indonesian Supreme Court's order affirming Rini Soegiyono as the legal guardian of minors FFNW and FSNW as a matter of Indonesian Law; and

WHEREAS, there is now a conflict between Rini Soegiyono, as the guardian of FFNW and FSNW, on the one hand, and Herrmann Law Group, on the other hand, such that Ms. Herrmann would be conflicted to continue to serve as co-trustee with Mr. Indrajana for FFNW and FSNW's Court Supervised Minors' Boeing Settlement Trust Accounts.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Court hereby amends its previous order (Dkt. No. 1007) by removing Lara Herrmann as co-trustee for FFNW and FSNW's Court Supervised Minors' Boeing Settlement Trust Account. Mr. Indrajana shall remain as the sole trustee for co-trustee for FFNW and FSNW's Court Supervised Minors' Boeing Settlement Trust Account. The Court's previous order, including the restriction that no withdrawals or transfers of funds shall be made without further order of the Court except that US BANK shall be authorized to withhold and pay USA federal taxes on interest received together with the cost of preparing such tax filings, shall remain in effect.

2. Upon receipt of a copy of this Order, U.S. Bank shall promptly remove Ms. Herrmann as co-trustee from FFNW's account ending in 7230 and FSNW's account ending in 7248, with Mr. Indrajana to remain as the sole remaining trustee for these two accounts.

Dated: November 17, 2023

ENTERED:

_Thomas M Durkin_

Hon. Thomas M. Durkin
U.S. District Court Judge

[PROPOSED] ORDER REMOVING LARA HERRMANN AS CO-TRUSTEE FOR FFNW AND FSNW'S COURT
SUPERVISED BOEING MINORS' SETTLEMENT TRUST ACCOUNTS