# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Welly Chandra, et al.

                                                Plaintiff,

v.                                                                           Case No.: 1:18–cv–07686
                                                                          Honorable Thomas M. Durkin

The Boeing Company, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

        MINUTE entry before the Honorable Thomas M. Durkin: Motion to Request Leigh P. Robie and Edith R. Matthai Be Removed from Service List [1550] is granted. Mailed notice. (ecw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.