UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** ) <br> ) | **Lead Case: 18 CV 7686** <br><br> **District Judge: Thomas M. Durkin** <br><br> **Magistrate Judge: M. David Weisman** |

### ORDER

Counsel appearing in person: Nicholas Bart, Mack Shultz, Kate Stetsko, Austin Barlett, Jill Rosa, John Murray, and Richard Walker.

Counsel requested to appear by phone: Filippo Marchino.

DATED: May 8, 2024

_M. David Weisman_
M. David Weisman
United States Magistrate Judge