# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: LION AIR FLIGHT JT 610 CRASH | Lead Case: 1:18-cv-07686 (Consolidated) <br><br> District Judge Thomas M. Durkin <br> Magistrate Judge David Weisman |

**JOINT MOTION TO POSTPONE STATUS CONFERENCE SET FOR SEPTEMBER 18, 2025 AND DEADLINE TO SUBMIT JOINT STATUS REPORT**

Defendant The Boeing Company ("Boeing") and Plaintiffs jointly request that, due to the parties' settlement discussions, the Court indefinitely postpone the status conference set for Thursday, September 18, 2025, before Judge Weisman and also indefinitely postpone the deadline to submit a joint status report due by close of business September 16, 2025. Counsel for Boeing and Plaintiffs propose providing an update to the Court no later than Friday, October 3, on the status of settlement discussions.

Counsel for defendants Rockwell Collins, Rosemount Aerospace, and Xtra Aerospace advised that they agree to the relief sought in this motion.

/////

/////

/////

/////

/////

Respectfully submitted, this the 17th day of September, 2025.

| | |
|---|---|
| **THE X-LAW GROUP, P.C.** | **PERKINS COIE LLP** |
| By:*/s/ Filippo Marchino* | By:*/s/ Mack Shultz* |
| Filippo Marchino<br>FM@xlawx.com<br>**THE X-LAW GROUP, P.C.**<br>625 Fair Oaks Ave, Suite 390<br>South Pasadena, CA 91030<br>Tel: (213) 599-3380<br><br>***Attorneys for the Manfredi Plaintiffs*** | Kathleen Stetsko<br>KStetsko@perkinscoie.com<br>**Perkins Coie LLP**<br>110 North Wacker Drive, Ste 3400<br>Chicago, Illinois 60606-1511<br>Phone: (312) 324-8400<br>Fax: (312) 324-9400<br><br>Mack H. Shultz, Jr.<br>MShultz@perkinscoie.com<br>**Perkins Coie LLP**<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>206.359.8000<br><br>Alletta Brenner<br>ABrenner@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, Oregon 97209-4128<br>Phone: (503) 727-2000<br>Fax: (503) 727-2222<br><br>***Attorneys for The Boeing Company, various related entities*** |